IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COREMETRICS, INC., <br><br> Defendant. | Civil Action No. 05-_____ |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff NetRatings, Inc. ("NetRatings") certifies that: VNU, N.V., a public company listed on the Euronext Amsterdam stock exchange, indirectly owns approximately 60% of NetRatings' stock. A subsidiary of VNU, N.V., Nielsen Media Research, Inc., directly owns more than 10% of NetRatings' stock.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ John W. Shaw
_____
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
(302) 571-6600
Attorneys for Plaintiff NetRatings, Inc.

                                  BROWN RAYSMAN MILLSTEIN
                                   FELDER & STEINER LLP
                                  Frederick L. Whitmer
                                  Seth H. Ostrow
                                  Steven S. Rubin
                                  Tara N. Stein
                                  900 Third Avenue
                                  New York, New York 10022
                                  (212) 895-2000

Dated: May 19, 2005