AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

NETRATINGS, INC.,
           Plaintiff.

V.

COREMETRICS, INC.,
           Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-314

TO: (Name and address of Defendant)

Coremetrics, Inc.
c/o Corporation Service Company (Registered Agent)
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Josy W. Ingersoll, Esq., John W. Shaw, Esq.
Young Conway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6600

Frederick L. Whitmer, Esq., Seth H. Ostrow, Esq.
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, New York 10022
(212) 895-2000

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO      5/19/05

CLERK          *Monica Mosley*        DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/19/05 @ 4:44 PM |
| NAME OF SERVER (PRINT) SHANE HANDLIN | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served COREMETRICS, INC. by serving their registered agent Corporation Service Company at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808. Name of individual: MARY T. DRUMMOND.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/05
Date

Signature of Server: Shane Handlin

Address of Server:
PARCELS INC.
4 E. 7th St.
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.