IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------ x
: 
NETRATINGS, INC.,
:
      Plaintiff,
:
v.                                       Civil Action No. 05-314

COREMETRICS, INC.,
:
      Defendant.
:
------------------------------ x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Seth H. Ostrow, Frederick L. Whitmer, Jeffrey P. Weingart, Arianna Frankl, and Steven S. Rubin to represent Plaintiff NetRatings, Inc. in this matter.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*
_____
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
Karen E. Keller (# 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6600

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Frederick L. Whitmer
Seth H. Ostrow
Steven S. Rubin
Tara N. Stein
900 Third Avenue
New York, New York 10022
(212) 895-2000

Attorneys for Plaintiff NetRatings, Inc.

Dated:  June 22, 2005

                                                          YOUNG CONAWAY STARGATT
                                                                                   & TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
Karen E. Keller (# 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6600

Of Counsel:

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Frederick L. Whitmer
Seth H. Ostrow
Steven S. Rubin
Tara N. Stein
900 Third Avenue
New York, New York 10022
(212) 895-2000