UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COREMETRICS, INC., <br><br> Defendant. | Civil Action No. 05-cv-314-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has caused copies of Netratings, Inc.'s Rule 26(a)(1) Initial Disclosures to be served on September 14, 2005 on the following counsel in the manner indicated:

**BY FACSIMILE AND U.S. MAIL**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

Nitin Subhedar, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

PLEASE TAKE FURTHER NOTICE that on September 19, 2005, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court

DB01:1854669.1                                                                                     064271.1001

using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19899

Additionally, I further certify that on September 19, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Nitin Subhedar, Esquire
> Heller Ehrman LLP
> 275 Middlefield Road
> Menlo Park, CA 94025

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ John W. Shaw
> _____
> Josy W. Ingersoll (No. 1088)
> John W. Shaw (No. 3362)
> Karen E. Keller (No. 4489)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> (302) 571-6600
> jshaw@ycst.com
> Attorneys for Plaintiffs.

Of Counsel:

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Frederick L. Whitmer
Seth H. Ostrow
Steven S. Rubin
Tara N. Stein
900 Third Avenue
New York, New York 1002
(212) 895-2000

Dated: September 19, 2005