IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
NETRATINGS, INC., :
: 
Plaintiff, :
: Civil Action No. 05-314-GMS
v. :
:
COREMETRICS, INC., :
:
Defendant. :
:
------------------------------- x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of NetRatings, Inc.'s First Request for the Production of Documents and Things to Coremetrics, Inc. were caused to be served on August 29, 2005 on the following counsel of record in the manner indicated:

**BY U.S. MAIL**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 22, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Robert T. Haslam, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900

Attorneys for NetRatings, Inc.

Dated: September 22, 2005