## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>COREMETRICS, INC.<br><br>                  Defendant. | **Civil Action No. 05-314 GMS** |

### STIPULATION AND ORDER RE: TWO-DAY EXTENSION TO PROVIDE PROTECTIVE ORDER SUBMISSION

**IT IS HEREBY STIPULATED** by and between the parties, NetRatings, Inc. ("NetRatings") and Coremetrics, Inc. ("Coremetrics"), hereto through their respective attorneys of record as follows:

1. According to the Case Management Order, a submission with respect to the Protective Order is due October 26, 2005.

2. For the past several weeks, the parties have been diligently negotiating a stipulated protective order. As a result of these negotiations, the parties have reached final agreement on all but two terms and anticipate that they may be able to reach an agreement with respect to these terms as well, but need some additional time.

3. The two terms about which the parties are still negotiating relate to procedures to be followed in connection with a party's confidentiality obligations to third-parties and a restriction on patent prosecution by attorneys having access to certain documents designated under the proposed protective order.

4. Accordingly, the parties believe that good cause exists for a two-day extension

and hereby jointly request an extension until October 28, 2005, so that they can have time to complete their negotiations regarding the remaining terms.

Date:  October 26, 2005

*Counsel for NetRatings, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Karen E. Keller_____
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
kkeller@ycst.com

*Counsel for Coremetrics, Inc.*

ASHBY & GEDDES

___/s/ Steven J. Balick_____
Steven J. Balick (No. 2114)
John G. Day (No. 2403)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
Telephone: (302) 654-1888
Facsimile:(302) 654-2067
sbalick@ashby-geddes.com

**IT IS SO ORDERED this ____ day of _____ 2005.**

_____
Honorable Gregory M. Sleet
United States District Judge