IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
NETRATINGS, INC.,                                         :
                                                          :
                    Plaintiff,                            :
                                                          :   Civil Action No. 05-314-GMS
       v.                                                 :
                                                          :
COREMETRICS, INC.,                                        :
                                                          :
                    Defendant.                            :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of NetRatings, Inc.'s First Set of Interrogatories to Coremetrics, Inc. were caused to be served on October 19, 2005 on the following counsel of record in the manner indicated:

### BY FACSIMILE & U.S. MAIL

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Nitin Subhedar, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on October 27, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

    John G. Day, Esquire
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19899

**BY FEDERAL EXPRESS**

    Nitin Subheder, Esquire
    Heller Ehrman LLP
    275 Middlefield Road
    Menlo Park, CA 94025

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Karen E. Keller
    John W. Shaw (No. 3362)
    Karen E. Keller (No. 4489)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900

Attorneys for NetRatings, Inc.

Dated: October 27, 2005