IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COREMETRICS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-314-GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 31st day of October, 2005, **DEFENDANT COREMETRICS, INC.'S RESPONSES TO NETRATINGS, INC.'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO COREMETRICS** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire <br> John W. Shaw, Esquire <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE  19899 | VIA ELECTRONIC and <br> <u>FIRST CLASS MAIL</u> |
| Frederick L. Whitmer, Esquire <br> Karine Louis, Esquire <br> Seth H. Ostrow, Esquire <br> Steven S. Rubin, Esquire <br> Brown Raysman Millstein Felder & Steiner LLP <br> 900 Third Avenue <br> New York, NY  10022 | VIA ELECTRONIC and <br> <u>FIRST CLASS MAIL</u> |

ASHBY & GEDDES

/s/ *John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D.# 2403)
Lauren E. Maguire (I.D. 4261)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant
Coremetrics, Inc.*

*Of Counsel:*

Robert T. Haslam
Nitin Subhedar
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650)-324-7000
Facsimile: (650)-324-0638

Dated: November 2, 2005
161487.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                    HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Frederick L. Whitmer, Esquire                 VIA FEDERAL EXPRESS
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022


*/s/ John G. Day*
_____
John G. Day