IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COREMETRICS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-314-GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of December, 2005, **DEFENDANT COREMETRICS, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF NETRATINGS, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19899 | HAND DELIVERY |
| Frederick L. Whitmer, Esquire <br> Brown Raysman Millstein Felder & Steiner LLP <br> 900 Third Avenue <br> New York, NY 10022 | VIA FEDERAL EXPRESS |

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | /s/ *Lauren E. Maguire* |
|  | _____ |
|  | Steven J. Balick (I.D. #2114) |
|  | John G. Day (I.D. #2403) |
|  | Lauren E. Maguire (I.D. #4261) |
|  | 222 Delaware Ave., 17th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
|  | Telephone: (302) 654-1888 |
|  | Facsimile: (302) 654-2067 |
|  | sbalick@ashby-geddes.com |
|  | jday@ashby-geddes.com |
|  | lmaguire@ashby-geddes.com |
|  |  |
|  | *Attorneys for Defendant Coremetrics, Inc.* |

*Of Counsel:*

Robert T. Haslam
Nitin Subhedar
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Dated: December 20, 2005
161487.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Frederick L. Whitmer, Esquire<br>Brown Raysman Millstein Felder & Steiner LLP<br>900 Third Avenue<br>New York, NY 10022 | **VIA FEDERAL EXPRESS** |

/s/ Lauren E. Maguire
_____
Lauren E. Maguire