UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
NETRATINGS, INC.,
:
          Plaintiff,    :    Civil Action No. 05-cv-314-GMS
:
vs.
:
COREMETRICS, INC.,
:
          Defendant.
:
---------------------------------x

## STIPULATION AND ORDER

Plaintiff NetRatings, Inc. ("NetRatings"), by and through its undersigned counsel, and Defendant Coremetrics, Inc. ("Coremetrics"), by and through its undersigned counsel, hereby stipulate, subject to the approval of the Court, to the following:

Coremetrics consents to the amendment of NetRatings, Inc.'s complaint which is being filed simultaneously with this Stipulation.

This amended complaint identifies an additional patent, U.S. Patent No. 6,138,155 ("'155 Patent"). So as to avoid any changes to the scheduling order in this case, the parties further agree as follows:

    1.    Coremetrics agrees to accept service of the amended complaint on or after January 13, 2006.

    2.    Coremetrics will serve document requests and interrogatories directed to

the '155 Patent, and NetRatings agrees to serve infringement contentions relating to the '155 Patent and the other patents-in-suit three weeks from the day that Coremetrics produces, consistent with its previously-asserted objections and written responses to NetRatings' document requests, technical documents sufficient to show the operation and functionality of the Coremetrics products identified in the amended complaint.

3.  Either party may exchange additional proposed terms to be construed until February 17, as part of the meet and confer process for narrowing and reducing the number of claim construction issues.

Date: January 13, 2006

*Counsel for NetRatings, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
kkeller@ycst.com

*Counsel for Coremetrics, Inc.*

ASHBY & GEDDES
/s/Lauren E. Maguire
Steven J. Balick (No. 2114)
John G. Day (No. 2403)
Lauren E. Maguire (No. 4261)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
Telephone: (302) 654-1888
Facsimile:(302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com

SO ORDERED:

_____
Date

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE