IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                       :
NETRATINGS, INC.,                                      :
                                                       :
                  Plaintiff,                           :   Civil Action No. 05-314-GMS
                                                       :
       v.                                              :
                                                       :
COREMETRICS, INC.,                                     :   JURY TRIAL DEMANDED
                                                       :
                  Defendant.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**EXHIBITS TO AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
kkeller@ycst.com

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Frederick L. Whitmer
Seth H. Ostrow
Arianna Frankl
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000

Attorneys for Plaintiff NetRatings, Inc.

Dated: January 16, 2006

## CERTIFICATE OF SERVICE

 I, Karen E. Keller, hereby certify that on January 16, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

 I further certify that on January 16, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL**

> Robert T. Haslam, Esquire
> Heller & Ehrman LLP
> 275 Middlefield Rd.
> Menlo Park, CA 94025

YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
Karen E. Keller (# 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600