IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETRATINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-314-GMS |
| v. | ) | |
| | ) | |
| COREMETRICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 13th day of January, 2006, **DEFENDANT COREMETRICS, INC.'S SECOND SET OF INTERROGATORIES TO PLAINTIFF NETRATINGS, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway<br>  Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | VIA FACSIMILE and FEDERAL EXPRESS |
| Frederick L. Whitmer, Esquire<br>Brown Raysman Millstein<br>  Felder & Steiner LLP<br>900 Third Avenue<br>New York, NY 10022 | VIA FACSIMILE and FEDERAL EXPRESS |

                                        ASHBY & GEDDES

                                        /s/ *Lauren E. Maguire*
                                        _____
                                        Steven J. Balick (I.D. #2114)
                                        John G. Day (I.D. #2403)
                                        Lauren E. Maguire (I.D. #4261)
                                        222 Delaware Ave., 17th Floor
                                        P.O. Box 1150
                                        Wilmington, DE  19899
                                        Telephone:  (302) 654-1888
                                        Facsimile:  (302) 654-2067
                                        sbalick@ashby-geddes.com
                                        jday@ashby-geddes.com
                                        lmaguire@ashby-geddes.com

                                        *Attorneys for Defendant Coremetrics, Inc.*

*Of Counsel:*

Robert T. Haslam
Nitin Subhedar
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Dated: January 18, 2006
161487.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | HAND DELIVERY |
| Frederick L. Whitmer, Esquire<br>Brown Raysman Millstein Felder & Steiner LLP<br>900 Third Avenue<br>New York, NY 10022 | VIA FEDERAL EXPRESS |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire