IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COREMETRICS, INC., )<br>)<br>Defendant. ) | C.A. No. 05-314-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of February, 2006, **DEFENDANT COREMETRICS, INC.'S FIRST AMENDED RESPONSES TO NETRATINGS, INC.'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO COREMETRICS, INC.** was served upon the following counsel of record at the address and in the manner indicated:

Karine Louis, Esquire
Arianna Frankl, Esquire
Brown Raysman Millstein
 Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

VIA FACSIMILE and FIRST CLASS MAIL

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant Coremetrics, Inc.*

*Of Counsel:*

Robert T. Haslam
Nitin Subhedar
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Dated: February 6, 2006
161487.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire          HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Frederick L. Whitmer, Esquire       VIA FEDERAL EXPRESS
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

/s/ Lauren E. Maguire
_____
Lauren E. Maguire