IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
NETRATINGS, INC.,
                                        :
                        Plaintiff,
                                        :
            v.                          :    Civil Action No. 05-314-GMS

COREMETRICS, INC.,                      :

                        Defendant.      :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby

certify that copies of (1) NetRatings, Inc.'s Responses and Objections to Coremetrics, Inc.'s First

Set of Requests for Production of Documents and Tangible Things, and (2) NetRatings, Inc.'s

Responses and Objections to Coremetrics, Inc.'s Second Set of Requests for Production of

Documents and Tangible Things, were caused to be served on January 19, 2006 on the following

counsel of record in the manner indicated:

**BY FACSIMILE & U.S. MAIL**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Nitin Subhedar, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 6, 2006, upon the following counsel of record in the manner indicated:

**BY CM/ECF  & HAND DELIVERY**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Nitin Subheder, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900

Attorneys for NetRatings, Inc.

Dated: February 6, 2006