IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
                                                     :

NETRATINGS, INC.,
                                                   :

        Plaintiff,

                                                   :    Civil Action No. 05-314-GMS
    v.

COREMETRICS, INC.,
                                                   :

        Defendant.  :

                                                 :
------------------------------ x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of (1) NetRatings, Inc.'s Second Set of Interrogatories to Coremetrics, Inc., and (2) Notice of Deposition Pursuant to Fed. R. Civ. P. 30 (b)(6), were caused to be served on January 23, 2006 on the following counsel of record in the manner indicated:

        **BY FACSIMILE & U.S. MAIL**

            John G. Day, Esquire
            Ashby & Geddes
            222 Delaware Avenue
            P.O. Box 1150
            Wilmington, DE  19899

            Nitin Subhedar, Esquire
            Heller Ehrman LLP
            275 Middlefield Road
            Menlo Park, CA  94025

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 6, 2006, upon the following counsel of record in the manner indicated:

DB01:1885811.1                                                                                             064271.1001

**BY CM/ECF & HAND DELIVERY**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Nitin Subheder, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

                                       YOUNG CONAWAY STARGATT &
                                       TAYLOR, LLP

                                       /s/ Andrew A. Lundgren
                                       John W. Shaw (No. 3362)
                                       Karen E. Keller (No. 4489)
                                       Andrew A. Lundgren (No. 4429)
                                       The Brandywine Building
                                       1000 West Street, 17th Floor
                                       P.O. Box 391
                                       Wilmington, DE 19899
                                       Telephone: (302) 571-6600
                                       Facsimile: (302) 571-1253

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900

Attorneys for NetRatings, Inc.

Dated: February 6, 2006

DB01:1885811.1                                                                                                       064271.1001