IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                :
NETRATINGS, INC.,               :
                                :
            Plaintiff,          :
                                :   Civil Action No. 05-314-GMS
    v.                          :
                                :
COREMETRICS, INC.,              :
                                :
            Defendant.          :
                                :
------------------------------- x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of (1) NetRatings, Inc.'s Second Request for the Production of Documents and Things to Coremetrics, Inc.; (2) NetRatings, Inc.'s Third Set of Interrogatories to Coremetrics, Inc.; and (3) NetRatings, Inc.'s Amended First Request for the Production of Documents and Things to Coremetrics, Inc. were caused to be served on March 10, 2006 on the following counsel of record in the manner indicated:

**BY FACSIMILE & U.S. MAIL**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Nitin Subhedar, Esquire
Matthew C. Lapple, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

PLEASE TAKE FURTHER NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of (1) NetRatings, Inc.'s Responses and Objections to Coremetrics, Inc.'s Third Set of Requests for Production of Documents and Tangible Things and (2) NetRatings, Inc.'s Responses and Objections to Coremetrics, Inc.'s Third Set of Interrogatories were caused to be served on March 16, 2006 on the following counsel of record in the manner indicated:

**BY FACSIMILE & U.S. MAIL**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Nitin Subhedar, Esquire
Matthew C. Lapple, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 20, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Nitin Subheder, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

        /s/ John W. Shaw

        John W. Shaw (No. 3362)
        Karen E. Keller (No. 4489)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900

Attorneys for NetRatings, Inc.

Dated: March 20, 2006