IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
                               :
NETRATINGS, INC.,              :
                               :
            Plaintiff,         :
                               :   Civil Action No. 05-314-GMS
      v.                       :
                               :
COREMETRICS, INC.,             :
                               :
            Defendant.         :
                               :
------------------------------ x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of (1) Notice of Deposition of Brett Hurt; (2) Notice of Deposition of Robin Williamson; (3) Notice of Deposition of Heather Brunner; and (4) Notice of Deposition of Matthew Lawson were caused to be served on March 20, 2006 on the following counsel of record in the manner indicated:

**BY FACSIMILE & U.S. MAIL**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Nitin Subhedar, Esquire
Matthew C. Lapple, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025

DB01:2049091.1                                              064271.1001

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 28, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Nitin Subheder, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ John W. Shaw_
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
jshaw@ycst.com

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000

Attorneys for NetRatings, Inc.

Dated: March 28, 2006