IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NETRATINGS, INC.,                                    :

                              Plaintiff,      :        Civil Action No. 05-cv-314-GMS

           v.                                        :

COREMETRICS, INC.,                              :

                              Defendant.      :

                                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>JOINT SUBMISSION OF CLAIM CONSTRUCTION CHART</u>

Pursuant to the Court's Scheduling Order of October 12, 2005, Plaintiff NetRatings, Inc.

("NetRatings"), by and through its undersigned counsel, and Defendant Coremetrics, Inc.

("Coremetrics"), by and through its undersigned counsel, submit herewith as Exhibit A a Joint

Claim Construction Chart to facilitate Markman proceedings in the action.  In accordance with

the Scheduling Order, the parties exchanged lists of terms to be construed and engaged in

multiple meet and confer sessions for the purpose of attempting to narrow the list of terms.

Dated: April 3, 2006

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

*Andrew A. Lundgren*

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Andrew A. Lundgren (#4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
alundgren@ycst.com

BROWN RAYSMAN MILLSTEIN
  FELDER & STEINER LLP
Frederick L. Whitmer (FW 8888)
Seth H. Ostrow  (SO 9605)
Arianna Frankl (AF 7764)
900 Third Avenue
New York, New York  10022
Telephone: (212) 895-2000

Attorneys for Plaintiff NetRatings, Inc.

ASHBY & GEDDES

  /s/ John G. Day (#2403)

_____
Steven J. Balick (#2114)
John G. Day (#2403)
Lauren E. Mcguire (#4261)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware  19899
Telephone:  (302) 654-1888
jday@ashby-geddes.com

HELLER EHRMAN LLP
Robert T. Haslam
Nitin Subhedar
275 Middlefield Road
Menlo Park, California  94025
Telephone:  (650) 324-7000

Attorneys for Defendant Coremetrics, Inc.