IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-314-GMS |
| v. | ) |
| | ) |
| COREMETRICS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 10th day of April, 2006, **DEFENDANT COREMETRICS, INC.'S RESPONSES TO NETRATINGS, INC.'S AMENDED FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO COREMETRICS, INC.** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                          VIA FACSIMILE and U.S. MAIL
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Karine Louis, Esquire                                VIA FACSIMILE and U.S. MAIL
Arianna Frankl, Esquire
Brown Raysman Millstein
  Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ *John G. Day* |
|  | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>Telephone:  (302) 654-1888<br>Facsimile:  (302) 654-2067<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
|  | *Attorneys for Defendant Coremetrics, Inc.* |
| *Of Counsel:*<br><br>Robert T. Haslam<br>Nitin Subhedar<br>Bhanu K. Sadasivan<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, CA  94025<br>Telephone: (650) 324-7000<br>Facsimile: (650) 324-0638<br><br>Matthew C. Lapple<br>HELLER EHRMAN LLP<br>4350 La Jolla Drive, 7th Floor<br>San Diego, CA  92121<br>Telephone: (858) 450-8400<br>Facsimile: (858) 450-8999<br><br>Dated: April 11, 2006<br>161487.1 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | HAND DELIVERY |
| Frederick L. Whitmer, Esquire<br>Brown Raysman Millstein Felder & Steiner LLP<br>900 Third Avenue<br>New York, NY 10022 | VIA FEDERAL EXPRESS |

/s/ John G. Day
_____
John G. Day