IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-314-GMS |
| ) | |
| COREMETRICS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 10th day of March, 2006, a **NOTICE OF SUBPOENA OF NIELSON MEDIA RESEARCH** and a **NOTICE OF SUBPOENA OF THE NPD GROUP, INC.** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | VIA FACSIMILE and U.S. MAIL |
| Karine Louis, Esquire<br>Arianna Frankl, Esquire<br>Brown Raysman Millstein<br> Felder & Steiner LLP<br>900 Third Avenue<br>New York, NY 10022 | VIA FACSIMILE and U.S. MAIL |

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant Coremetrics, Inc.*

*Of Counsel:*

Robert T. Haslam
Nitin Subhedar
Bhanu K. Sadasivan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Matthew C. Lapple
HELLER EHRMAN LLP
4350 La Jolla Drive, 7th Floor
San Diego, CA 92121
Telephone: (858) 450-8400
Facsimile: (858) 450-8999

Dated: April 12, 2006
161487.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                    HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Frederick L. Whitmer, Esquire                                 VIA FEDERAL EXPRESS
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022


/s/ Lauren E. Maguire
_____
Lauren E. Maguire