## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NETRATINGS, INC.,

                    Plaintiff,

        vs.

COREMETRICS, INC.,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 05-cv-314-GMS

## APPENDIX OF EXHIBITS TO NETRATINGS, INC.'S
## OPENING BRIEF ON CLAIM CONSTRUCTION

OF COUNSEL:

Frederick L. Whitmer
Seth H. Ostrow
Arianna Frankl
**BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP**
900 Third Avenue
New York, New York 10022
(212) 895-2000

John W. Shaw (#3362)
Andrew A. Lundgren (#4429)
**YOUNG CONAWAY STARGATT
& TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6600

Dated: April 17, 2006

## TABLE OF CONTENTS

| Description | Exhibit No. | Page Nos. |
|---|---|---|
| Coremetrics, Inc. Overview (coremetrics.com/company/index.html) | 1 | A001 - A002 |
| Coremetrics, Inc. Solutions Page for Online Analytics (coremetrics.com/solutions/index.html) | 2 | A003 – A005 |
| Coremetrics, Inc. Technology Page for SmartTags (coremetrics.com/technology/smarttags.html) | 3 | A006 – A007 |
| Coremetrics, Inc. Technology Page for Coremetrics LIVE Profiles (coremetrics.com/technology/index.html) | 4 | A008 – A010 |
| Excerpts, *IBM Dictionary of Computing* (George McDaniel ed., 10th Ed. 1993) ("*IBM*") **[log, computer, install, resource, computer program, personal computer, store]** | 5 | A011 – A020 |
| Excerpts, *McGraw-Hill Dictionary of Scientific and Technical Terms* (Sybil P. Parker ed., 5th Ed. 1994) ("*McGraw-Hill*") **[log, record, installation, character string, program, store]** | 6 | A021 – A028 |
| Excerpts, *Webster's II New College Dictionary* (1995) ("*Webster's II*") **[log, predetermine, record, install, title, resource, characteristic, generate]** | 7 | A029 – A038 |
| Excerpts, *The Merriam-Webster Dictionary* (1997) ("*MW*") **[log, predetermine, record, events, install, title, resource, characteristic, generate, representative]** | 8 | A039 – A049 |
| Excerpts, *The New IEEE Standard Dictionary of Electrical and Electronics Terms* (Christopher J. Booth ed., 5th Ed. 1993) ("*IEEE*") **[computer, computer program, store, instruction, store, dictionary]** | 9 | A050 – A057 |
| Excerpts, *Microsoft Press Computer Dictionary* (3rd Ed. 1997) ("*Microsoft*") **[resource, computer program, executable program, encryption]** | 10 | A058 – A064 |
| *Webopedia Computer Dictionary* at http://www.webopedia.com/TERM/C/computer.html | 11 | A065 – A068 |
| Mark Johnson, "*C#: A language alternative or just J--?, Part 1,* (http://www.javaworld.com/javaworld/jw-11-2000/jw-1122-csharp1_p.html) | 12 | A069 – A082 |

064271.1001

# EXHIBIT 1

Coremetrics



# CORE METRICS

Your Account | Support | Contact

| SOLUTIONS | TECHNOLOGY | SERVICES | CLIENTS | PARTNERS | COMPANY |

Company → Overview

- About Us
- Management
- Investors
- News Articles
- Press Releases
- Events
- SurfAid FAQ
- Privacy
- Careers
- Contact Us

A team dedicated to your success

## About Us

Coremetrics is the leading provider of on-demand web analytics and precision marketing solutions ____ ting the industry's only web analytics platform that captures and stores all cu___ 'd visitor clickstream activity to build LIVE (Lifetime Individual Visi____ ce) Profiles. Representing the single most accurate and comprehens' ___ ~ online customer data, LIVE Profiles serve as the foundation for all success_ful eBusiness initiatives. Leading online brands rely on Coremetrics LIVE Profiles to monitor and optimize the performance of multiple marketing campaigns, improve cross sell and multichannel initiatives, and precisely target customers through intelligent marketing campaigns. Coremetrics services more than 600 brands and has delivered over $300 million in documented ROI in the past two years. The company is privately held with funding from Accel Partners, FTVentures,

### Featured Press Releases

| 04.11.06 | Abebooks.com Measures Success of Page Redesign with Help of Coremetrics

| 04.04.06 | Coremetrics Customer, Baseball Express, Recognized by AberdeenGroup

| 04.03.06 | Coremetrics Acquires IBM's SurfAid Analytics Business

A001

Coremetrics

and Highland Capital Partners and is headquartered in San Mateo, California with offices in Austin, Texas, Dallas, Texas and London, England.



Request More Information :-

Copyright © 2005 Coremetrics, Inc. All rights reserved. Privacy policy.

# EXHIBIT 2



Coremetrics

**CORE METRICS**

Your Account | Support | Contact

| SOLUTIONS | TECHNOLOGY | SERVICES | CLIENTS | PARTNERS | COMPANY |

Solutions → Online Analytics

**Online Analytics**
- LIVEview
- TruePath
- Profile Mining
- Management Dashboards
- Marketing
- Content Analysis
- Merchandising
- On-Site Search
- Scenario Analysis
- Custom Applications
- Enterprise Data Integration

**Precision Marketing**
- Behavioral Email Marketing
- Search Engine Marketing
- Cross Sell Marketing

**Industry Benchmarking**

**Solutions**

Customer profiles drive actionable analysis

## Industry Leading Online Analytics Solutions

Coremetrics 2006 offers enhanced data access and availability, providing organizations with a single resource for planning, measuring, and testing truly integrated marketing and merchandising efforts. Coremetrics 2006 also provides groundbreaking visualization tools, delivering intuitive, ad hoc end user created dashboards for identifying patterns in customer behavior and understanding site performance. By building an application instead of simply providing a toolkit for reporting, Coremetrics delivers targeted business solutions that allow marketers to uncover value quickly and take action.

Coremetrics LIVE Profile approach to analytics also ensures that your solution provides not only metrics, but also information on actual customer behaviors. With

### Featured Press Releases

| 04.11.06 | Coremetrics Measures Success of Page Redesign with Help of Coremetrics

| 04.04.06 | Coremetrics Customer, Baseball Express, Recognized by AberdeenGroup

| 04.03.06 | Coremetrics Acquires IBM's SurfAid Analytics Business

Coremetrics

Coremetrics Online Analytics eBusiness managers can avoid the pitfalls of simply managing to site usage metrics. Focusing too narrowly on converting visitors ultimately leads to commoditization and reduced margin. By understanding key customer segments, eBusiness managers can focus on acquiring and converting high-value customers and growing more profitable relationships with those customers over time.

Online Analytics Solutions Include:

**LIVEview** – LIVEview enables users to perform real-time analysis on every page and link by simply browsing their own Web site.

**Management Dashboards** – Coremetrics Management Dashboards provide a complete picture of key performance indicator (KPI) trending against industry and site-wide benchmarks, allowing for precise business management.

**Marketing** – Coremetrics Marketing Management Center allows marketers to track all sources of customer acquisition within a single interface to determine channel investments across paid marketing, natural search, and referring sites.

**Merchandising** – Coremetrics Product Analysis automatically maps product and promotional categories to analytical reports for rapid insight into creative, placement, and cross sell effectiveness.

**Content Analysis** – Coremetrics Content Analysis leverages flexible in-browser and A/B testing tools to help analysts understand page real estate value and content and promotional effectiveness.

**On-Site Search** – Site search impacts over a third of all online transactions. Using Coremetrics On-Site Search analysts can understand search preferences and effectiveness to improve the customer experience and search conversion.

**Scenario Analysis** – Coremetrics Scenario Analysis enables visualization of how customers are moving through the site, allowing marketers to identify process bottlenecks, improve site navigation, and increase customer satisfaction.

**Profile Mining** – Coremetrics Profile Mining provides true ad hoc visitor segmentation capabilities, allowing organizations to identify high value visitors, understand consumer affinities, and value online investments based on a complete



Request More
Information :-

Coremetrics

measure of customer response.

Copyright © 2005 Coremetrics, Inc. All rights reserved. Privacy policy.

4/14/2006

# EXHIBIT 3

Coremetrics



**CORE METRICS**

Your Account | Support | Contact

SOLUTIONS | TECHNOLOGY | SERVICES | CLIENTS | PARTNERS | COMPANY

Technology → SmartTags

LIVE Profiles Overview
SmartTags
Core Data Platform
First Party Data Collection
Enterprise Data Bridge
Online Analytics

## Technology

**Building a data asset**

### SmartTags

Coremetrics SmartTags capture visitor behavior data directly from each user's Web browser to ensure that every action is recorded. SmartTags dynamically accommodate all content changes to the site so adding a new page, new product, or new category typically requires no tag maintenance. These additions are automatically tagged as they are rolled out to the site. Even a complete redesign of a web site's content rarely requires new tagging.

Because Coremetrics creates a comprehensive record of visitor interactions in LIVE Profiles, clients also do not have to pre-define segments, visitor events, campaigns, or categories for analysis. This is handled through flexible, backend business logic instead of logic that is hard-coded into the site instrumentation. This approach

**Featured Press Releases**

| 04.11.06 | Abebooks.com Measures Success of Page Redesign with Help of Coremetrics

| 04.04.06 | Coremetrics Customer, Baseball Express, Recognized by AberdeenGroup

| 04.03.06 | Coremetrics Acquires IBM's SurfAid Analytics Business

A006

4/14/2006

Coremetrics

results in reduced IT maintenance and maximum analytical flexibility.

**Request More Information :-**

Copyright © 2005 Coremetrics, Inc. All rights reserved. Privacy policy.

http://www.coremetrics.com/technology/smarttags.html

A007

# EXHIBIT 4

Coremetrics



# CORE METRICS

Your Account · Support | Contact

| SOLUTIONS | TECHNOLOGY | SERVICES | CLIENTS | PARTNERS | COMPANY |

Technology → Coremetrics LIVE Profiles

LIVE Profiles Overview
SmartTags
Core Data Platform
First Party Data Collection
Enterprise Data Bridge
Online Analytics

## Technology

### Building a data asset

### LIVE Profiles Overview

The Web today represents the single richest source of customer behavior data for multi-channel marketers, but collecting and organizing billions of customer page views has made analyzing this information a challenge. This challenge has limited traditional web analysis to measuring only selective points in the customer experience. From the beginning, Coremetrics has addressed this challenge directly from a customer-centric standpoint, capturing and organizing visitor behaviors in Lifetime Individual Visitor Experience Profiles, or LIVE Profiles.

Coremetrics LIVE Profiles are the single most accurate and comprehensive source of online data available today, representing a complete record of all individual visitor interactions with client web sites. With LIVE Profiles, organizations can find the data

### Featured Press Releases

| 04.11.06 | Abebooks.com Measures Success of Page Redesign with Help of Coremetrics

| 04.04.06 | Coremetrics Customer, Baseball Express, Recognized by AberdeenGroup

| 04.03.06 | Coremetrics Acquires IBM's SurfAid Analytics Business

A008

Coremetrics

they require to meet their most complex analytical needs while also building a valuable customer data asset. Marketers can also extend their analysis beyond the Web, augmenting LIVE Profiles to understand the behaviors of cross-channel visitors as they traverse the Web, call center, and the offline channels. Finally, LIVE Profiles provide a critical foundation for one-to-one marketing, enabling online brands to manage intelligent interactions with visitors via email, paid search, and online promotions and recommendations, driving increased customer satisfaction, retention, and lifetime value.

To serve the needs of our clients, Coremetrics has built the industry's first and only scalable and secure technology platform for capturing and managing LIVE Profiles. Coremetrics clients currently leverage this technology to manage over 1.6 billion unique LIVE Profiles. Coremetrics technology platform is composed of five major components:

- **SmartTags** - Coremetrics SmartTags dynamically respond to online visitor activity by collecting the complete and accurate information required to build LIVE Profiles. SmartTags do not require complex business logic to be implemented during site instrumentation, resulting in a lightweight and maintenance free page tagging solution.

- **Enterprise Data Bridge** - Coremetrics LIVE Profiles represent far more than online data, featuring the ability to integrate with offline information through the Enterprise Data Bridge. Leveraging the Enterprise Data Bridge, clients can marry back office or multi-channel data with LIVE Profiles to enable better online execution, or bring LIVE Profiles into their multi-channel data warehousing environments for CRM and business intelligence initiatives.

- **Core Data Platform** - The Core Data Platform represents the industry's first and only massively scaleable and secure platform for storing and managing LIVE Profile data. The Core Data Platform currently manages over 1.6 Billion LIVE Profiles across all clients, utilizing over 100 Terabytes of data storage.

- **Online Analytics** - Coremetrics Online Analytics delivers a flexible and scaleable reporting platform, allowing organizations to customize applications to meet their unique analytical needs and deliver rapid insight

Request More
Information :-





Coremetrics

throughout the organization.

- **Core Data Services** - The Core Data Services platform delivers packaged LIVE Profile data export to client business partners, enabling organizations to target customers based on behavior within a variety of operational CRM applications.

Copyright © 2005 Coremetrics, Inc. All rights reserved. Privacy policy.

A010

# EXHIBIT 5



# IBM Dictionary of Computing

▼ The most comprehensive computing dictionary ever published

▼ More than 18,000 entries

# IBM DICTIONARY
# OF COMPUTING

*Compiled and edited by*
## GEORGE McDANIEL

## McGRAW-HILL, INC.
New York   San Francisco   Washington, D.C.   Auckland   Bogotá
Caracas   Lisbon   London   Madrid   Mexico City   Milan
Montreal   New Delhi   San Juan   Singapore
Sydney   Tokyo   Toronto

A012

**Limitation of Liability**

While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

1 2 3 4 5 6 7 8 9 0   DOC/DOC   9 9 8 7 6 5 4 3

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)

*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**Tenth Edition (August 1993)**

This is a major revision of the *IBM Dictionary of Computing*, SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

**International Edition**

Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.
When ordering this title, use ISBN 0-07-113383-6.

This book is printed on acid-free paper.

computer graphics (1) Methods and techniques for converting data to or from graphic display via computers. (T)   (2) That branch of science and technology concerned with methods and techniques for converting data to or from visual presentation, using computers. (A)   (3) See also coordinate graphics, fixed-image graphics, interactive graphics, passive graphics, raster graphics.

computer input microfilm (CIM) A reversal of the digital-to-microimage process. Mixed media such as illustrations, graphics, and text can be digitized by a variety of methods and condensed into OCR-font CIM, then entered into the computer through an OCR workstation to update or create a document. See also optical character recognition (OCR).

computer instruction Synonym for machine instruction. (T)

computer instruction code Synonym for instruction code. (T)

computer instruction set A complete set of the operators of the instructions of a computer together with a description of the types of meanings that can be attributed to their operands. (A) Synonymous with machine instruction set.

computer-integrated manufacturing (CIM) The integration of computer operations, communications, and organizational functions for total factory automation.

·Note:  CIM comprises the information-technological cooperation between CAD, CAP, CAM, CAQ, and PPS. (T)

computerization Automation by means of computers. (T)  (A)

computerize To automate by means of computers. (T)

computerized branch exchange (CBX) An exchange in which a central node acts as a high-speed switch to establish direct connections between pairs of attached nodes.

computer language Synonym for machine language.

computer micrographics Methods and techniques for converting data to or from microform with the assistance of a computer. (I)  (A)

computer-name In COBOL, a system-name that identifies the computer on which a program is to be compiled or run.

computer network (1) A network of data processing nodes that are interconnected for the purpose of data communication. (T)   (2) A complex consisting of two or more connected computing units. (A)

computer numerical control (CNC) A technique in which a machine-tool control uses a computer to store numerical-control instruction which has been generated by CAD/CAM for controlling the machine. (T)

computer operation (1) Synonym for machine operation. (T)   (2) One of the elementary operations that a computer is designed to perform. (A)   Synonymous with machine operation.

computer-oriented language (1) A programming language that reflects the structure of a given computer or that of a given class of computers. (I) (A) Synonymous with low-level language.  (2) A programming language whose words and syntax are designed for use on a specific class of computers. (A) Synonymous with computer-dependent language, machine-oriented language. (3) See also computer language.

computer output microfilm (COM) Microfilm that contains data recorded directly from computer-generated signals. (T)

Note:  The abbreviation COM is also used for the technique (computer output microfilming) and for the device (computer output microfilmer).

computer output microfilm (COM) printer A page printer that produces a micro-image of each page on a photographic film. (T)

computer output microfilmer A device for computer output microfilming. (T)  (A)

computer output microfilming (COM) A technique for converting and recording data from a computer directly to a microfilmer. (T)

computer program A sequence of instructions suitable for processing by a computer. Processing may include the use of an assembler, a compiler, an interpreter, or a translator to prepare the program for execution, as well as the execution of the program. The sequence of instructions may include statements and necessary declarations. (T)  (A)

computer program annotation Synonym for comment.

computer program origin The address assigned to the initial storage location of a computer program in main storage. (A)

computer resource Synonym for resource. (T)

A014

inquiry logical terminal In IMS/VS, a type of logical terminal created automatically by IMS/VS and restricted to nonupdate transactions. Inquiry logical terminals are created for non-VTAM switched lines. See also logical terminal.

inquiry message A message that conveys information and that requests a reply.

inquiry mode A mode during which a job currently running from a display station is interrupted so that other work can be done. The operator puts the display station in inquiry mode by pressing the Attn key.

inquiry program (1) A program that allows an operator to obtain requested information. (2) A program that runs while a system is in inquiry mode.

inquiry/reply In ACF/TCAM, an application in which a device message handler receives a message from an external logical unit (LU) and then routes it to an application program that processes the message and generates a reply. The reply is routed back to the inquiring external LU.

inquiry/response communication In a network, the exchange of messages and responses, with one exchange usually involving a request for information and a response that provides the information. Contrast with batched communication.

inquiry/response operation In a network, an operation in which a terminal operator enters a request for information and the information is sent back and displayed at the terminal.

inquiry session A session established between a 3790 program and the host system for inquiry/response operations, that is, for the purpose of transmitting inquiries to the host system and receiving responses from the host system. Contrast with batch session. See also session, work session.

inquiry station (1) A user terminal primarily for the interrogation of a computer. (T)   (2) Data terminal equipment used for inquiry into a data processing system.

inquiry transaction A transaction that does not update a database. See also recoverable transaction, unrecoverable transaction.

insert (1) A function or mode that enables the introduction of additional characters within previously entered text. (T)   (2) To introduce data between previously stored items of data. (A)   (3) In text processing, to introduce new characters or text within previously recorded text. The text is automatically rearranged to accommodate the addition.   (A) (4) The source entry utility operation during which

source statements are keyed in and added as new records in a source member. (5) In the IBM Token-Ring Network, to make an attaching device an active part of a ring.

Insert, Ins A key on a keyboard that a user presses to add characters between existing characters.

insert editing In video or audio production, editing in which new video or audio material is inserted into any point of a material already recorded. It replaces previously recorded video or audio with new video or audio, leaving the already-recorded control track intact. See assemble editing.

inserted mode In an 8100 loop, a secondary station operating mode in which the secondary station monitors loop traffic and regenerates the loop signals it receives before placing them back on the loop. See also monitor mode.

insertion (1) The introduction of data or text within previously stored data or text. (2) In a conceptual schema language, the addition of a sentence to the information base or to the conceptual schema. (A)

insertion characters Characters that are inserted in the value of a field when it is displayed or printed, in order to make the value easier to read.

insertion loss In fiber optics, the total optical power loss caused by insertion of an optical component such as a connector, splice, or coupler. (E)   Synonymous with splice loss.

insertion sort A sort in which each item in a set is inserted into its proper position in the sorted set according to specified criteria. (A)

insert mode (1) A keyboard mode in which new text is entered within existing text at the cursor position. (2) The source entry utility operation during which source statements are keyed in and added as new records in a source member. (3) In SAA Common User Access architecture, a text-entry mode obtained by pressing the Insert key. Characters are inserted where the cursor is positioned. Text to the right is shifted to the right. Contrast with replace mode. (4) In the IBM Token-Ring Network, to make an attaching device an active part of a ring. (5) In System/36, the workstation utility mode during which operators can insert records in the transaction file.
Note: This function can differ for bidirectional and double-byte character set (DBCS) languages.

install (1) To add a program, program option, or software to a system in such a manner that it is runnable and interacts properly with all affected programs in the system. (2) To connect hardware to a system. (3) In

SMP and SMP/E, to incorporate a system modification (SYSMOD) into the target system libraries or to accept a SYSMOD into the distribution libraries.

**installation** (1) In system development, preparing and placing a functional unit in position for use. (T) (2) A particular computing system; including the work it does and the people who manage it, operate it, apply it to problems, service it, and use the results it produces. (3) See task set installation.

**installation diskette** An IBM-supplied diskette that contains a system or part of a system and that usually contains other data needed for installation purposes.

**installation exit** The means specifically described in an IBM software product's documentation by which an IBM software product may be modified by a customer's system programmers to change or extend the functions of the IBM software product. Such modifications consist of exit routines written to replace one or more existing modules of an IBM software product, or to add one or more modules or subroutines to an IBM software product, for the purpose of modifying or extending the functions of the IBM software product. See user exit.

**installation exit routine** A routine written by a user to take control at an installation exit of an IBM software product.

**Installation Facility** A facility that assists the user in installing the output of the configuring process on an ImagePlus workstation and tailoring the ImagePlus Workstation Program software where it may be unique to each workstation.

**installation news** In SDF/CICS, a set of tutorial topics that can be defined by installations and are selectable from the NEWS topic. This topic is accessible from the initial function selection or with the NEWS tutorial commands.

**installation performance specification (IPS)** In MVS, a set of installation-supplied control information used by the system workload manager. An IPS includes performance group definitions, performance objectives, and coefficients used to establish the service rate. See also service rate.

**installation profile** An object that can be tailored and used to control the automatic installation of a system.

**installation script** In the AIX operating system, a shell procedure or executable file created by the developer of an application program to install the program. The script file must follow specific guidelines in order to be compatible with the program installation tools that are provided in the operating system.

**installation time** Time spent in installing and testing hardware or software. (A)

**installation verification procedure (IVP)** A procedure distributed with a system that tests the newly generated system to verify that the basic facilities of the system are functioning correctly.

**installation-wide exit** The means specifically described in an IBM software product's documentation by which an IBM software product may be modified by a customer's system programmers to change or extend the functions of the IBM software product. Such modifications consist of exit routines written to replace an existing module of an IBM software product, or to add one or more modules or subroutines to an IBM software product for the purpose of modifying (including extending) the functions of the IBM software product. Contrast with user exit routine.

**Instance** In the AIX operating system, a concrete realization of an abstract object class. An instance of a widget or gadget is a specific data structure that contains detailed appearance and behavioral information that is used to generate a specific graphical object on-screen at run time. See widget instance.

**instance ID** In the AS/400 system query management, an identifier in the communications area. An instance ID is used to identify a particular query instance being used by an application program. See also query instance.

**instance (of an entity type) occurrence** In a conceptual schema language, an individual entity, for which a particular type of proposition holds, that is, an entity that belongs to a particular class of entities. (A)

**instance of a subprogram** In FORTRAN, a subprogram created when a function or subroutine defined by a procedure subprogram is invoked.

**instantaneous availability** The probability that a functional unit is in state to perform a required function under given conditions at a given instant of time, assuming that the required external resources are provided. (T)

**instantaneous sound pressure** In acoustics, the difference between the sound pressure that exists at a point in a medium at a particular instant and the static pressure. See also effective sound pressure, static pressure.

**instantiate** (1) To make an instance of; to replicate. (2) In object-oriented programming, to represent a class abstraction with a concrete instance of the class. (3) In the AIXwindows program, to create a specific concrete instance of that general class.

**lock file** (1) In a shared DASD environment under VSE, a system file on disk used by the sharing systems to control their access to shared data. (2) In AIX multiprocess applications, a system file on a disk that the sharing processes use to control their access to shared data or devices.

**lock hierarchy** In DPPX, a protective measure to prevent deadlocks between threads requesting locks. The locks are granted in lowest to highest order, based on their location in the hierarchy.

**locking** (1) A characteristic of code extension characters that applies any change in interpretation to all coded representations following, or to all coded representations of a given class, until the next appropriate code extension character occurs. (2) In DPPX, a method of ensuring uninterrupted use of a data area or code by one thread. (3) Contrast with nonlocking.

**locking device** On dictation equipment, a device used to fix in position a head support arm, playback head, or other critical component during transport of the equipment. (I)

**lock management** In IMS/VS, the reservation of a segment by a program to prevent other programs from using the segment until the program using it is done. See global lock management, local lock management.

**lock mode** In ACF/TCAM, a mode in which the next message received by an external logical unit (LU) entering an inquiry message for an application program is a reply from the application program to that inquiry. See also conversational mode, extended lock mode, line lock, message lock mode, station lock.

**lockout** (1) In a telephone circuit controlled by an echo-suppressor, the inability of one or both subscribers to get through either because of excessive local circuit noise or continuous speech from one subscriber. (2) On a calculator, the facility that inhibits entry of data when the machine is in overflow or error condition. (T) (3) In multiprocessing, a programming technique used to prevent access to critical data by both processing units at the same time. (4) To place unaddressed terminals on a multipoint line in control state so that they will not receive transmitted data. See also blind, polling, selection. (5) Synonym for protection.

**lock-out facility** The facility that inhibits the entry of data into a calculator when the calculator is in overflow or in error condition. (T) (A)

**lock state** In the AS/400 system and System/38, a condition defined for an object that determines how it is locked, how it is used (read or write), and whether the object can be shared (used by more than one job).

**lock/unlock facility** In OS/VS2, a supervisor facility that controls the execution of instruction strings when a disabled page fault occurs.

**log** (1) In ACF/TCAM, a collection of messages or message segments placed in an auxiliary storage device for accounting or data collection purposes. (2) To record; for example, to log all messages on the system printer. (3) In video production, a record of each take, shot, and scene produced; used as a guide for the editing of the tape. (4) Synonym for journal.

**logarithmic axis** In GDDM, an axis on which ascending powers of 10 are equally spaced.

**log data set** A data set consisting of the messages or message segments recorded on auxiliary storage by the ACF/TCAM logging facility.

**logged-on operator** A NetView operator station task that requires a terminal and a logged-on user. Contrast with autotask.

**logger** (1) A functional unit that records events and physical conditions, usually with respect to time. (I) (A) (2) A device that enables a user entity to log in; for example, to identify itself, its purpose, and time of entry, and to log out with the corresponding data so that the appropriate accounting procedures can be carried out in accordance with the operating system. (A)

**logger task** In NCCF, a subtask that records errors from EP mode and local mode devices to the EP database and transmits errors from network control program mode devices supported by VTAM and ACF/TCAM to the network control program database.

**logging** (1) The recording of data about specific events. (2) See data logging.

**logging service facility** In ACF/TCAM, a service facility that selectively causes incoming or outgoing messages or message segments to be copied onto tape or disk. The log produced by the logging service facility provides a record of message traffic through the message control program.

**logic** (1) The systematized interconnection of digital switching functions, circuits, or devices. (2) See double rail logic, formal logic, symbolic logic.

**logical** (1) Pertaining to content or meaning as opposed to location or actual implementation. (A) (2) Pertaining to a view or description of data that does not depend on the characteristics of the computer system or of the physical storage. (A) (3) Contrast with physical. (A)

process or input in I/O mode. This information occupies the top of the stack segment. See also user block.

**persistence** The length of time required for the light from a phosphor on a display screen to fade. See also phosphor.

**persistent session** In the NetView program, a network management session that remains active even though there is no activity on the session for a specified period of time.

**personal code** A code that identifies a user to a computer system. See also password.

**personal computer (PC)** (1) A microcomputer primarily intended for stand-alone use by an individual. (T)    (2) A desk-top, floor-standing, or portable microcomputer that usually consists of a system unit, a display monitor, a keyboard, one or more diskette drives, internal fixed-disk storage, and an optional printer. PCs are designed primarily to give independent computing power to a single user and are inexpensively priced for purchase by individuals or small businesses. See also desktop computer, laptop computer, mainframe, microcomputer, minicomputer, portable computer, supermini.

**personal document** A document that is intended to be handled only by its owner or by someone who knows the personal document password specified by the owner.

**perspective projection** A graphical technique used to achieve realism when drawing primitives. In a perspective projection, the lines of projection meet at the viewpoint; thus, the size of a primitive varies inversely with its distance from the source projection. The farther a primitive or part of a primitive is from the viewer, the smaller it will be drawn. This effect, known as perspective foreshortening, is similar to the effect achieved by photography and by the human visual system. See also orthographic projection.

**peta** Two to the fiftieth power.

**PF key** Programmed function key.

**PFM** Program fault management.

**PFT** Page frame table.

**PGB** Presentation services global block.

**PgDn** See Page Down.

**PGF** Presentation graphics feature.

**PG indicator** See program-mode indicator.

**PGR** Presentation graphics routines.

**PgUp** See Page Up.

**PH** Phase. Also shown by the Greek letter omega ($\Omega$).

**phantom circuit** A superimposed circuit derived from two side circuits, suitably arranged pairs of wires with each pair being a circuit that acts as one conductor of the phantom circuit.

**phantom hyphen** Synonym for soft hyphen. (T)

**phase** (1) A distinct part of a process in which related operations are performed. (2) A part of a sort/merge program; for example, sort phase, merge phase. (3) A part of a data call. See data transfer phase, network control phase. (4) In VSE, the smallest complete unit of executable code that can be loaded into virtual storage. (5) See assembly phase, compile phase, execute phase, translate phase.

**Phase Alternation Line (PAL)** The television broadcast standard for European video outside of France and the countries of the former Soviet Union.

**phase coherent FSK** Frequency shift keying where the two signaling frequencies are integrally related to the data rate and transitions between the signaling frequencies are made at zero crossings of the carrier waveform. (T)

**phase continuous FSK** Frequency shift keying where the transition between signaling frequencies is accomplished by a continuous change of frequency (as opposed to the discontinuous replacement of one frequency by another, such as might be accomplished by a switch); thus, it is also a form of frequency modulation. (T)

**phase distortion** See distortion.

**phase encoding** (1) Encoding in which the phase of the wave is used to encode digital data; for example, Manchester encoding. (T)    (2) Synonym for phase modulation recording.

**phase jitter** A form of perturbation that causes intermittent variations of the phase of signals. (T)

**phase modulation** Modulation that varies the phase angle of a sinusoidal carrier from a reference carrier phase angle by an amount proportional to the instantaneous amplitude of the modulating signal.

**phase modulation recording** A magnetic recording in which each storage cell is divided into two regions that are magnetized in opposite senses. The sequence of these senses indicates whether the binary character

**residue check** (1) A validation check in which an operand is divided by a number n to generate a remainder that is then used for checking. (A) (2) Synonym for modulo-N check.

**resilience** (1) Synonym for fault tolerance. (2) See system resilience.

**resolution** (1) In computer graphics, a measure of the sharpness of an image, expressed as the number of lines and columns on the display screen or the number of pels per unit of area. (2) See also definition. (3) A measure of the sharpness of an input or output device capability, as given by some measure relative to the distance between two points or lines that can just be distinguished. (4) The number of addressable pels per unit of length. (5) The number of lines in an image that an imaging system, such as a telescope, a camera, or the human eye, can resolve. A higher resolution makes text and graphics appear clearer.

**resolve** (1) In programming, to change a predefined, symbolic value to the actual value of the item being processed. For example, a symbolic value of LAST defined for the name of a file member is resolved to the name of the last member when the member is processed. (2) In WP/36, to prepare a document for printing.

**resolver** (1) A functional unit whose input analog variables are the polar coordinates of a point and whose output analog variables are the Cartesian coordinates of the same point, or vice versa. (I) (A) (2) A device whose input is a vector quantity and whose outputs are components of the vector. (A) See Figure 126. (3) In TCP/IP, a program or subroutine that obtains information from a domain name server or local table for use by a calling program.



Figure 126. Resolver

**resolver routine** In the AIX operating system, a kernel process used to resolve symbolic host names into Internet addresses.

**resource** (1) Any of the data processing system elements needed to perform required operations, including storage, input/output units, one or more processing units, data, files, and programs. Synonymous with computer resource. (T) (2) Any facility of a computing system or operating system required by a job or task, and including main storage, input/output devices, processing unit, data sets, and control or processing programs. (3) A transaction

program controlled by a CICS/VS transaction processing system that serves as an interface between a local terminal and a transaction program associated with another transaction processing system. The relay transaction routes message units back and forth between the local terminal and the remote transaction program. (4) In AIX Enhanced X-Windows, an item such as a window, pixmap, cursor, font, graphics context, or colormap that has a unique identifier associated with it for naming purposes. The lifetime of a resource is bounded by the lifetime of the connection over which the resource was created. (5) In AIX Enhanced X-Windows, named data in a widget that can be set by a client, by an application, or by user defaults. (6) In the AIXwindows program and Enhanced X-Windows, a unique characteristic of appearance or behavior that is associated with one specific class of graphical object. Resources can be passed downward (inherited) by each subclass that is downstream from a higher-level class in the class hierarchy. (7) See child resource. (8) In COBOL, a facility or service, controlled by the operating system, that can be used by an executing program. (9) In the NetView program, any hardware or software that provides function to the network. (10) Synonym for resource object. (11) See network resource.

**Resource Access Control Facility (RACF)** An IBM-licensed program that provides for access control by identifying and by verifying the users to the system, authorizing access to protected resources, logging the detected unauthorized attempts to enter the system, and logging the detected accesses to protected resources.

**resource access security** In IMS/VS, the use of system definition macroinstructions and security maintenance utility control statements to limit the IMS/VS resources that can be used by application programs and utilities executing in dependent regions.

**resource allocation** (1) The assignment of the facilities of a computer system for the accomplishment of jobs; for example, assignment of main storage, input-output devices, or files. (I) (A) (2) See dynamic resource allocation.

**resource-based access control** In computer security, access control based on the subject's presentation of evidence of authorization, such as an object-related password, with a request for access to an object. Contrast with identity-based access control.

**Resource Control table (RCT)** The CICS table that contains customization information for a particular Object Distribution Manager installation.

**resource definition** A library member containing the set of records that collectively define a resource.

Case 1:05-cv-00314-GMS    Document 51    Filed 04/17/2006    Page 27 of 46

**storage structure language** Synonym for data storage description language. (T)

**storage tab setting** In word processing, the feature of a machine that enables tabulator settings to be entered on the recording medium or into storage so that these settings can be used in subsequent operations. (T)

**storage tube** (1) A type of cathode ray tube (CRT) that retains a display image without requiring refresh. (I) (A)    (2) Contrast with electrostatic storage.

**storage unit subassembly** In ImagePlus, that part of the OSAR Library that contains the drives and storage cells for the data cartridges.

**storage usage map** An overlay linkage editor printout that shows the names and storage locations of routines that make up the load member.

**store** (1) To place data into a storage device. (I) (A)    (2) To retain data in a storage device. (I) (A)    (3) Deprecated term for storage.

**store and forward** Pertaining to the operation of a data network in which packets, messages, or frames are temporarily stored before they are retransmitted toward the destination. (T)

**store and forward mode** (1) A manner of operating a data network in which packets or messages are stored before transmission to the ultimate destination. (T)    (2) See also message switching.

**store controller** (1) A programmable unit in a network used to collect data, direct inquiries, and control communication within a system. (2) In PSS, the primary link between the host processor and the terminals attached to it. Synonymous with subsystem controller. See Figure 143.



IBM
3274
Controller

Figure 143. Store Controller

**store controller data** IBM-provided modules, tables, lists, and control blocks that are used by the programmable store system host support at the host processor

in order to create an operational environment for a store controller.

**store controller definition record (SCDR)** (1) In PSS, a control record residing in the subsystem library that specifies part of the configuration and options for an individual subsystem controller. (2) Synonymous with subsystem controller definition record.

**store controller disk** An integral part of a programmable store system controller that is used for auxiliary storage of store controller data, user files, and application programs.

**store controller storage** (1) The auxiliary disk storage and active monolithic storage in an IBM 3651 or 7480 Store Controller or the control segment of an IBM 3684 Point of Sale – Control Unit. (2) In SPPS II, the portion of store controller working storage available to the user for executing application programs.

**store controller storage save** The automatic writing of the critical areas of store controller storage onto the integrated disk when power is turned off or when a power failure is detected.

**stored format instruction** In word processing, a pre-recorded instruction that determines the layout of textual or other information. (T)

**stored paragraph** Synonym for boilerplate.

**stored program computer** A computer controlled by internally stored instructions that can synthesize and store instructions and that can subsequently execute these instructions. (I) (A)

**stored record** (1) A physical record that represents an entry. Synonymous with internal record. (T)    (2) In systems with VSAM, a data record together with its control information, as stored in auxiliary storage.

**store function** The action of storing a document or object at a workstation using the Object Distribution Manager, the front-end application, and the Object Access Method.

**store indicator** Synonym for memory indicator. (A)

**store loop** A cable over which data are transmitted between the store controller and the terminals of the programmable store system.

**store loop driver** A hardware component used to connect a store controller to the store loop.

**store protection** A storage protection feature that determines right of access to main storage by

# EXHIBIT 6



McGraw-Hill

Dictionary of

Scientific and

Technical

Terms

Fifth Edition

# McGraw-Hill
# Dictionary of
# Scientific and
# Technical
# Terms

## Fifth Edition

**Sybil P. Parker**
Editor in Chief

McGraw-Hill, Inc.

New York    San Francisco    Washington, D.C.
Auckland    Bogotá    Caracas    Lisbon    London    Madrid    Mexico City    Milan
Montreal    New Delhi    San Juan    Singapore    Sydney    Tokyo    Toronto

On the cover: Photomicrograph of crystals of vitamin B₁.
(*Dennis Kunkel, University of Hawaii*)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

## McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fifth Edition

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    DOW/DOW    9 9 8 7 6 5 4 3

ISBN 0-07-042333-4

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms / Sybil P. Parker, editor in chief.—5th ed.
    p.    cm.
    ISBN 0-07-042333-4
    1. Science—Dictionaries.   2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34   1993
503—dc20
                         93-34772
                         CIP

## INTERNATIONAL EDITION

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

**350** | **characteristic manifold**

**charge**

CHARACTER RECOGNITION

ABCDEFGHIJKLM
NOPQRSTUVWXYZ
0123456789
・,:;=+/$☆*"&|
'-{}%?ЛЧ⊢

Character set approved by the
American Standards Association
for use in optical character
recognition applications.



The common or Wilson's snipe
(*Gallinago gallinago*).

have lost an amount of energy equal to the core-level binding energy are detected.  Abbreviated CLS.  { ,kar·ik·tə'ris·tik 'lōs ,spek'träs·kə·pē }

**characteristic manifold**  [MATH]  **1.** A surface used to study the problem of existence of solutions to partial differential equations.  **2.** The limit imposed by the hardware manufacturer.  { ,kar·ik·tə'ris·tik 'man·ə,fōld }

**characteristic number**  See eigenvalue.  { ,kar·ik·tə'ris·tik 'nəm·bər }

**characteristic overflow**  [COMPUT SCI]  An error condition encountered when the characteristic of a floating point number exceeds the limit imposed by the hardware manufacturer.  { ,kar·ik·tə'ris·tik 'ō·vər,flō }

**characteristic point**  [MATH]  The characteristic point of a one-parameter family of surfaces corresponding to the value $u_0$ of the parameter is the limit of the point of intersection of the surfaces corresponding to the values $u_0$, $u_1$, and $u_2$ of the parameter as $u_1$ and $u_2$ approach $u_0$ independently.  { ,kar·ik·tə'ris·tik 'pöint }

**characteristic polynomial**  [MATH]  The polynomial whose roots are the eigenvalues of a given linear transformation on a finite dimensional vector space.  { ,kar·ik·tə'ris·tik ,päl·ə'nō·mē·əl }

**characteristic radiation**  [ATOM PHYS]  Radiation originating in an atom following removal of an electron, whose wavelength depends only on the element concerned and the energy levels involved.  { ,kar·ik·tə'ris·tik ,rād·ē'ā·shən }

**characteristic ray**  [MATH]  For a differential equation, an integral curve which generates all the others.  { ,kar·ik·tə'ris·tik 'rā }

**characteristic root**  See eigenvalue.  { ,kar·ik·tə'ris·tik 'rüt }

**characteristic temperature**  See Debye temperature.  { ,kar·ik·tə'ris·tik 'tem·prə·chər }

**characteristic underflow**  [COMPUT SCI]  An error condition encountered when the characteristic of a floating point number is smaller than the smallest limit imposed by the hardware manufacturer.  { ,kar·ik·tə'ris·tik 'ən·dər,flō }

**characteristic value**  See eigenvalue.  { ,kar·ik·tə'ris·tik 'val·yü }

**characteristic vector**  See eigenvector.  { ,kar·ik·tə'ris·tik 'vek·tər }

**characteristic velocity**  See characteristic exhaust velocity.  { ,kar·ik·tə'ris·tik və'läs·əd·ē }

**characteristic x-rays**  [ATOM PHYS]  Electromagnetic radiation emitted as a result of rearrangements of the electrons in the inner shells of atoms; the spectrum consists of lines whose wavelengths depend only on the element concerned and the energy levels involved.  { ,karik·tə'ris·tik 'eks,rāz }

**characterization factor**  [CHEM ENG]  A number which expresses the variations in physical properties with change in character of the paraffinic stock; ranges from 12.5 for paraffinic stocks to 10.0 for the highly aromatic stocks.  Also known as Watson factor.  { ,kar·ik·tər·ə'zā·shən 'fak·tər }

**character mode**  [COMPUT SCI]  A mode of computer operation in which only text is displayed.  { 'kar·ik·tər ,mōd }

**character neurosis**  [PSYCH]  In psychoanalysis, any longstanding neurotic syndrome manifested first in childhood.  { 'kar·ik·tər nü,rō·səs }

**character of the bottom**  [NAV]  In marine operations, the type of material of which the bottom is composed; a sounding lead is sometimes armed with tallow or similar substance so that a sample of the bottom is obtained when a sounding is made; the sample is often helpful in determining position.  Also known as nature of the bottom.  { 'kar·ik·tər əv the 'bäd·əm }

**character-oriented computer**  [COMPUT SCI]  A computer in which the locations of individual characters, rather than words, can be addressed.  { 'kar·ik·tər ,ór·ē,ent·əd kəm,pyüd·ər }

**character-oriented protocol**  See byte-oriented protocol.  { 'kar·ik·tər ,ór·ē,ent·əd 'prōd·ə,kól }

**character outline**  [COMPUT SCI]  The graphic pattern formed by the stroke edges of a printed or handwritten character in character recognition.  { 'kar·ik·tər 'aùt,līn }

**character pitch**  [GRAPHICS]  The number of characters printed in 1 inch (25.4 millimeters) by a printer or typewriter.  { 'kar·ik·tər ,pich }

**character printer**  See serial printer.  { 'kar·ik·tər ,prin·tər }

**character progression**  [ECOL]  The geographic gradation of

expression of specific characters over the range of distribution of a race or species.  { 'kar·ik·tər prə,gresh·ən }

**character reader**  [COMPUT SCI]  In character recognition, any device capable of locating, identifying, and translating into machine code the handwritten or printed data appearing on a source document.  { 'kar·ik·tər ,rēd·ər }

**character recognition**  [COMPUT SCI]  The technology of using a machine to sense and encode into a machine language the characters which are originally written or printed by human beings.  { 'kar·ik·tər ,rek·ig'nish·ən }

**character set**  [COMMUN]  A set of unique representations called characters, for example, the 26 letters of the English alphabet, the Boolean 0 and 1, the set of signals in Morse code, and the 128 characters of the USASCII.  { 'kar·ik·tər ,set }

**character skew**  [COMPUT SCI]  In character recognition, an improper appearance of a character to be recognized, in which it appears in a tilted condition with respect to a real or imaginary horizontal base line.  { 'kar·ik·tər ,skyü }

**character stasis**  [GEN]  Long-term constancy in a phenotypic character within a lineage.  { 'kar·ik·tər ,stā·səs }

**character string**  [COMPUT SCI]  A sequence of characters in a computer memory or other storage device.  Also known as alphabetic string.  { 'kar·ik·tər 'striŋ }

**character string constant**  [COMPUT SCI]  An arbitrary combination of letters, digits, and other symbols which, in the processing of nonnumeric data involving character strings, performs a function analogous to that of a numeric constant in the processing of numeric data.  { 'kar·ik·tər ,striŋ ,kän·stant }

**character stroke**  See stroke.  { 'kar·ik·tər ,strōk }

**character style**  [COMPUT SCI]  In character recognition, a distinctive construction that is common to all members of a particular character set.  { 'kar·ik·tər ,stīl }

**character terminal**  [COMPUT SCI]  A screen that can display only text.  { 'kar·ik·tər ,tərm·ə·nəl }

**character-writing tube**  [ELECTR]  A cathode-ray tube that forms alphanumeric and symbolic characters on its screen for viewing or recording purposes.  { 'kar·ik·tər ,rīd·iŋ ,tüb }

**Charadrii**  [VERT ZOO]  The shore birds, a suborder of the order Charadriiformes.  { kə'rad·rē,ī }

**Charadriidae**  [VERT ZOO]  The plovers, a family of birds in the superfamily Charadrioidea.  { kə·rə'drī·ə,dē }

**Charadriiformes**  [VERT ZOO]  An order of cosmopolitan birds, most of which live near water.  { kə,rad·rē·ə'fór,mēz }

**Charadrioidea**  [VERT ZOO]  A superfamily of the suborder Charadrii, including plovers, sandpipers, and phalaropes.  { kə,rad·rē'óid·ē·ə }

**Charales**  [BOT]  Green algae composing the single order of the class Charophyceae.  { kə'rā·lēz }

**charcoal**  [MATER]  Also known as char.  **1.** A porous solid product containing 85–98% carbon and produced by heating carbonaceous materials such as cellulose, wood, or peat at 500–600°C in the absence of air.  **2.** The residue obtained from the carbonization of a noncoking coal, such as subbituminous coal, lignite, or anthracite.  **3.** See low-temperature coke.  { 'chär,kōl }

**charcoal canister**  [MECH ENG]  In an evaporative control system, a container filled with activated charcoal that traps gasoline vapors emitted by the fuel system.  Also known as canister; carbon canister.  { 'chär,kōl 'kan·ə·stər }

**charcoal rot**  [PL PATH]  A fungus disease of potato, corn, and other plants caused by *Macrophomina phaseoli*; tissues of the root and lower stem are destroyed and blackened.  { 'chär,kōl ,rät }

**charcoal test**  [CHEM ENG]  A determination of the natural gasoline content of natural gas by adsorbing the gasoline on activated charcoal and then recovering it by distillation.  { 'chär,kōl ,test }

**Chareae**  [BOT]  A tribe of green algae belonging to the family Characeae.  { 'kar·ē,ē }

**charge**  [ELEC]  **1.** A basic property of elementary particles of matter; the charge of an object may be a positive or negative number or zero; only integral multiples of the proton charge occur, and the charge of a body is the algebraic sum of the charges of its constituents; the value of the charge may be inferred from the Coulomb force between charged objects.  Also known as electric charge.  **2.** To convert electrical energy to chemical energy in a secondary battery.  **3.** To feed electrical energy to a capacitor or other device that can store it.  [ENG]  **1.** A unit of an explosive, either by itself or contained in a bomb.

transposons, viruses, or synthetic deoxyribonucleic acid. { in'sər·shən ,mytü·ə,jen·ə·səs }

**insertion site** [MOL BIO] 1. In a cloning vector molecule of deoxyribonucleic acid (DNA), a restriction site into which foreign DNA can be inserted. 2. The position at which a transposable genetic element is integrated. { in'sər·shən ,sīt }

**insertion switch** [COMPUT SCI] Process by which information is inserted into the computer by an operator who manually operates switches. { in'sər·shən ,swich }

**insert pump** See rod pump. { 'in,sərt ,pəmp }

**inshore** [GEOGR] 1. Located near the shore. 2. Indicating a shoreward position. { 'in'shòr }

**inshore current** [OCEANOGR] The horizontal movement of water inside the surf zone, including longshore and rip currents. { 'in,shòr 'kər·ənt }

**inshore zone** [GEOL] The zone of variable width extending from the shoreline at low tide through the breaker zone. { 'in,shòr 'zōn }

**inside caliper** [DES ENG] A caliper that has two legs with feet that turn outward; used to measure inside dimensions; as the diameter of a hole. { 'in,sīd 'kal·ə·pər }

**inside diameter** [DES ENG] The length of a line which passes through the center of a hollow cylindrical or spherical object, and whose end points lie on the inner surface of the object. Abbreviated ID. { 'in,sīd dī'am·əd·ər }

**inside face** [DES ENG] That part of the bit crown nearest to or parallel with the inside wall of an annular or coring bit. { 'in,sīd ¦fās }

**inside gage** [DES ENG] The inside diameter of a bit as measured between the cutting points, such as between inset diamonds on the inside-wall surface of a core bit. { 'in,sīd ¦gāj }

**inside micrometer** [DES ENG] A micrometer caliper with the points turned outward for measuring the internal dimensions of an object. { 'in,sīd mī'kräm·əd·ər }

**inside work** See internal work. { 'in,sīd ,wərk }

**insight therapy** [PSYCH] Treatment of a personality disorder by attempting to uncover the deep causes of the individual's problem and to help eliminate defense mechanisms. { 'in,sīt ,ther·ə·pē }

**in situ** [SCI TECH] In the original location. { in'si·chü }

**in situ combustion** [PETRO ENG] A method of driving high-viscosity, low-gravity ore otherwise unrecoverable from a formation by setting fire to the oil sand and thereby heating the oil in the horizon to increase its mobility by reducing its viscosity. { in'si·chü kəm'bəs·chən }

**in situ foaming** [ENG] Depositing of the ingredients of a foamable plastic onto the location where foaming is to take place; for example, in situ foam insulation on equipment or walls. { in 'si·chü 'fōm·iŋ }

**insol** See insoluble. { 'in,säl }

**insolation** [ASTRON] 1. Exposure of an object to the sun. 2. Solar energy received, often expressed as a rate of energy per unit horizontal surface. { ,in·sō'lā·shən }

**insoluble** [CHEM] Incapable of being dissolved in another material; usually refers to solid-liquid or liquid-liquid systems. Abbreviated insol. { (')in'säl·yə·bəl }

**insoluble anode** [CHEM] An anode that resists dissolution during electrolysis. { in'säl·yə·bəl 'an,ōd }

**insoluble residue** [GEOL] Material remaining after a geological specimen is dissolved in hydrochloric or acetic acid. { in'säl·yə·bəl 'rez·ə,dü }

**insomnia** [MED] Sleeplessness; disturbed sleep; prolonged inability to sleep. { in'säm·nē·ə }

**insomniac** [MED] A person who is susceptible to insomnia. { in'säm,nē,ak }

**inspect** [IND ENG] To examine an object to determine whether it conforms to standards; may employ sight, hearing, touch, odor, or taste. { in'spekt }

**inspection by variables** [IND ENG] A quality-control inspection method in which the sampled articles are evaluated on the basis of quantitative criteria. { in'spek·shən bī 'ver·ē·ə·bəlz }

**inspection** [IND ENG] The critical examination of a product to determine its conformance to applicable quality standards or specifications. { in'spek·shən }

**inspector** [MIN ENG] One employed to make examinations of and to report upon mines and surface plants relative to compliance with mining laws, rules and regulations, and safety methods. { in'spek·tər }

**inspiration** [PHYSIO] The drawing in of the breath. { ,in·spə'rā·shən }

**inspiratory capacity** [PHYSIO] Commencing from expiratory standstill, the maximum volume of gas which can be drawn into the lungs. { in'spīr·ə,tòr·ē kə'pas·əd·ē }

**inspiratory reserve volume** [PHYSIO]. The amount of air that can be inhaled by forcible inspiration after completion of a normal inspiration. { in'spīr·ə,tòr·ē ri'zərv ,väl·yəm }

**inspirometer** [MED] An instrument for measuring the amount of air inspired. { ,in·spə'räm·əd·ər }

**inspissation** [CHEM] The process of thickening a liquid by evaporation. [GEOCHEM] Thickening of an oil deposit by evaporation or oxidation, resulting, for example, after long exposure in pitch or gum formation. { ,in·spi'sā·shən }

**instability** [CONT SYS] A condition of a control system in which excessive positive feedback causes persistent, unwanted oscillations in the output of the system. [PHYS] A property of the steady state of a system such that certain disturbances or perturbations introduced into the steady state will increase in magnitude, the maximum perturbation amplitude always remaining larger than the initial amplitude. { ,in·stə'bil·əd·ē }

**instability line** [METEOROL] Any nonfrontal line or band of convective activity in the atmosphere; this is the general term and includes the developing, mature, and dissipating stages; however, when the mature stage consists of a line of active thunderstorms, it is properly termed a squall line; therefore, in practice, instability line often refers only to the less active phases. { ,in·stə'bil·əd·ē ,līn }

**instability strip** [ASTRON] A portion of the Hertzsprung-Russell diagram occupied by pulsating stars; stars traverse this region at least once after they leave the main sequence. { ,in·stə'bil·əd·ē ,strip }

**installation** [ENG] Procedures for setting up equipment for use or service. { ,in·stə'lā·shən }

**installation kit** [ORD] A collection of items, which are of a supplementary nature to a major component or equipment; the items within the collection are used to establish and install an accessory or equipment to an operational condition or to the component or equipment. { ,in·stə'lā·shən ,kit }

**installation processing control** [COMPUT SCI] A system that automatically schedules the processing of jobs by a computer installation, in order to minimize waiting time and time taken to prepare equipment for operation. { ,in·stə'lā·shən 'präs,es·iŋ kən,trōl }

**installation specification** [COMPUT SCI] The criteria defined by a computer manufacturer for specifying correct physical installation. { ,in·stə'lā·shən ,spes·ə·fə,kā·shən }

**installation tape number** [COMPUT SCI] A number that is permanently assigned to a reel of magnetic tape to identify it. { ,in·stə'lā·shən ,tāp ,nəm·bər }

**installed capacity** [ELEC] The maximum runoff of a hydroelectric facility that can be constantly maintained and utilized by equipment. { in'stòld kə'pas·əd·ē }

**install program** [COMPUT SCI] A computer program that adapts a software package for use on a particular computer system. { in'stòl ,prō·gram }

**instance variable** [COMPUT SCI] The data in an object of an object-oriented program. { 'in·stəns ,ver·ē·ə·bəl }

**instantaneous automatic gain control** [ELECTR] Portion of a radar system that automatically adjusts the gain of an amplifier for each pulse to obtain a substantially constant output-pulse peak amplitude with different input-pulse peak amplitudes; the circuit is fast enough to act during the time a pulse is passing through the amplifier. { ,in·stan'tā·nē·əs ,òd·ə'mad·ik 'gān kən,trōl }

**instantaneous axis** [MECH] The axis about which a rigid body is carrying out a pure rotation at a given instant in time. { ,in·stan'tā·nē·əs 'ak·səs }

**instantaneous carrying current** [ELEC] The maximum value of current which a switch, circuit breaker, or similar apparatus can carry instantaneously. { ,in·stan'tā·nē·əs 'kar·ē·iŋ ,kər·ənt }

**instantaneous center** [MECH] A point about which a rigid body is rotating at a given instant in time. Also known as instant center. { ,in·stan'tā·nē·əs 'sen·tər }

**instantaneous companding** [ELECTR] Companding in which the effective gain variations are made in response to instantaneous values of the signal wave. { ,in·stan'tā·nē·əs kəm'pan·diŋ }



INSIDE CALIPER

Inside caliper. (From R. J. Sweeney, Measurement Techniques in Mechanical Engineering, Wiley, 1953)

A025

The common name for various migratory grasshoppers of the family Locustidae. { 'lō·kəst }

**Locustidae** [INV ZOO] A family of insects in the order Orthoptera; antennae are usually less than half the body length, hindlegs are adapted for jumping, and the ovipositor is multipartite. { lō'kəs·tə,dē }

**lodar** [NAV] A direction finder used to determine the direction of arrival of loran signals, free of night effect, by observing the separately distinguishable ground and sky-wave loran signals on a cathode-ray oscilloscope and positioning a loop antenna to obtain a null indication of the component selected to be most suitable. Also known as lorad. { 'lō,där }

**lode** [GEOL] A fissure in consolidated rock filled with mineral; usually applied to metalliferous deposits. { lōd }

**lode claim** [MIN ENG] That portion of a vein or lode, and of the adjoining surface, which has been acquired by a compliance with the law, both Federal and state. { 'lōd ,klām }

**loden cloth** [TEXT] A fleecy fabric woven from coarse wool in the Tyrolese area of Austria and Germany; it is naturally water-repellent. { 'lōd·ən ,klöth }

**lodestone** [MINERAL] The naturally occurring magnetic iron oxide, or magnetite, possessing polarity, and attracting iron objects to itself. Also known as Hercules stone; loadstone. { 'lōd,stōn }

**lodicule** [BOT] One of the minute membranous bodies found at the base of the carpel in most flowering grasses; usually occurs in pairs. { 'läd·ə,kyül }

**lodos** [METEOROL] A southerly wind on the Black Sea coast of Bulgaria. { 'lō·dòs }

**lodranite** [GEOL] A stony iron meteorite composed of bronzite and olivine within a fine network of nickel-iron. { 'lō·drə,nīt }

**Loeffler's syndrome** [MED] Extensive infiltration of the lung by eosinophils, and eosinophilia of the peripheral circulation. Also known as eosinophilic pneumonitis. { 'lef·lərz ,sin,drōm }

**loellingite** [MINERAL] FeAs₂ A silver-white to steel-gray mineral composed of iron arsenide with some cobalt, nickel, antimony, and sulfur; isomorphous with arsenopyrite; a source of arsenic. Also known as leucopyrite; lanollingite. { 'lel·iŋ,īt }

**loess** [GEOL] An essentially unconsolidated, unstratified calcareous silt; commonly it is homogeneous, permeable, and buff to gray in color, and contains calcareous concretions and fossils. { les }

**loess kindchen** [GEOL] An irregular or spheroidal nodule of calcium carbonate that is found in loess. { 'les ,kint·chən }

**loeweite** [MINERAL] Na₄Mg₃(SO₄)₄·5H₂O A white to pale-yellow mineral composed of hydrous sulfate of sodium and magnesium. { 'lā·və,īt }

**lofar** [NAV] A submarine detection system using autocorrelation techniques for long-range analysis of patterned sound picked up at the low-frequency end of the sound spectrum by underwater hydrophones of the Caesar submarine detection system. Derived from low-frequency acquisition and ranging. { 'lō,fär }

**loft** [BUILD] 1. An upper part of a building. 2. A work area in a factory or warehouse. [TEXT] 1. The quality of resilience possessed by wool that permits it to return to its original shape after deformation. 2. The degree of fluffiness of manufactured fibers and blends. { löft }

**loft bombing** [ORD] A method of aerial bombing in which the delivery plane approaches the target at a very low altitude, makes a definite pull-up at a given point, releases bomb at predetermined point during the pull-up, and tosses the missile on the target. { 'löft ,bäm·iŋ }

**loft building** [BUILD] A building with a large open floor area. { 'löft ,bild·iŋ }

**log** [COMMUN] A written record of radio and television station operating data, required by law. [COMPUT SCI] A record of computer operating runs, including tapes used, control settings, halts, and other pertinent data. [ENG] The record of, or the act or process of recording, events or the type and characteristics of the rock penetrated in drilling a borehole as evidenced by the cuttings, core recovered, or information obtained from electronic devices. [MATER] Unshaped timber either rough or squared. [NAV] 1. An instrument for measuring the speed or distance or both traveled by a vessel. 2. A written record of the movements of a craft, with regard to courses, speeds, positions, and other information of interest to navigators, and of

important happenings aboard the craft. 3. A written record of specific related information, such as that concerning performance of an instrument. { läg }

**Loganiaceae** [BOT] A family of mostly woody dicotyledonous plants in the order Gentianales; members lack a latex system and have fully united carpels and axile placentation. { lō,gān·ē'ā·sē,ē }

**Logan slabbing machine** [MIN ENG] A machine that has three cutting chains; two are horizontal—one at the base of the coal seam, the other at a distance from the floor; the third is mounted vertically and shears off the coal at the back of the cut; a short conveyor transfers the coal to the face conveyor. { 'lō·gən 'slab·iŋ mə,shēn }

**logarithm** [MATH] 1. The real-valued function log u defined by log u = v if eᵛ = u, eᵛ denoting the exponential function. Also known as hyperbolic logarithm; Naperian logarithm; natural logarithm. 2. An analog in complex variables relative to the function eᶻ. { 'läg·ə,rith·əm }

**logarithmically convex function** [MATH] A function whose logarithm is a convex function. { ,läg·ə,rith·mik·lē 'kän,veks ,fəŋk·shən }

**logarithmic amplifier** [ELECTR] An amplifier whose output signal is a logarithmic function of the input signal. { 'läg·ə,rith·mik 'am·plə,fī·ər }

**logarithmic coordinate paper** [MATH] Paper ruled with two sets of mutually perpendicular, parallel lines spaced according to the logarithm of consecutive numbers, rather than the numbers themselves. { 'läg·ə,rith·mik kō·'örd·ən·ət ,pā·pər }

**logarithmic coordinates** [MATH] In the plane, logarithmic coordinates are defined by two coordinate axes, each marked with a scale where the distance between two points is the difference of the logarithms of the two numbers. { 'läg·ə,rith·mik kō'örd·ən·əts }

**logarithmic curve** [MATH] A curve whose equation in cartesian coordinates is y = log ax, where a is greater than 1. { 'läg·ə,rith·mik 'kərv }

**logarithmic decrement** [PHYS] The natural logarithm of the ratio of the amplitude of one oscillation to that of the next which has the same polarity, when no external forces are applied to maintain the oscillation. { 'läg·ə,rith·mik 'dek·rə·mənt }

**logarithmic derivative** [MATH] The logarithmic derivative of a function f(z) of a real (complex) variable is the ratio f'(z)/f(z), that is, the derivative of log f(z). { 'läg·ə,rith·mik də'riv·əd·iv }

**logarithmic differentiation** [MATH] A technique often helpful in computing the derivatives of a differentiable function f(z); set g(z) = log f(z) where f(z) ≠ 0, then g'(z) = f'(z)/ f(z), and if there is some other way to find g'(z), then one also finds f'(z). { 'läg·ə,rith·mik ,dif·ə,ren·chē'ā·shən }

**logarithmic diode** [ELECTR] A diode that has an accurate semilogarithmic relationship between current and voltage over wide and forward dynamic ranges. { 'läg·ə,rith·mik 'dī,ōd }

**logarithmic distribution** [STAT] A frequency distribution whose value at any integer n = 1, 2,... is λⁿ/(−n) log (1 − λ), where λ is fixed. { 'läg·ə,rith·mik ,dis·trə'byü·shən }

**logarithmic equation** [MATH] An equation which involves a logarithmic function of some variable. { 'läg·ə,rith·mik i'kwā·zhən }

**logarithmic fast time constant** [ELECTR] Constant false alarm rate scheme which has a logarithmic intermediate-frequency amplifier followed by a fast time constant circuit. { 'läg·ə,rith·mik 'fast ¦tīm ,kän·stənt }

**logarithmic growth** See exponential growth. { 'läg·ə,rith·mik 'grōth }

**logarithmic multiplier** [ELECTR] A multiplier in which each variable is applied to a logarithmic function generator, and the outputs are added together and applied to an exponential function generator, to obtain an output proportional to the product of two inputs. { 'läg·ə,rith·mik 'məl·tə,plī·ər }

**logarithmic potential** [PHYS] A potential function that is proportional to the logarithm of some coordinate; for example, a straight, electrically charged cylinder of circular cross section and effectively infinite length gives rise to an electrostatic potential that is the sum of a constant and a term proportional to the logarithm of the distance from the cylinder's axis. { 'läg·ə,rith·mik pə'ten·chəl }

**logarithmic profile of velocity** [FL MECH] The mean velocity parallel to a boundary of a fluid in turbulent motion as a function of distance from the boundary, on the assumption that the shear-



**LOCUSTIDAE**

Drawing of the grasshopper
*(Melanoplus mexicanus).*

the ground as it would appear if it were intersected by a vertical plane. { 'prō,fil ,sek·shon }

**profile thickness** [AERO ENG] The maximum distance between the upper and lower contours of an airfoil, measured perpendicular to the mean line of the profile. { 'prō,fil ,thik·nəs }

**profiling** [ENG] Electrical exploration wherein the transmitter and receiver are moved in unison across a structure to obtain a profile of mutual impedance between transmitter and receiver. Also known as lateral search. { 'prō,fil·iŋ }

**profiling machine** [MECH ENG] A machine used for milling irregular profiles; the cutting tool is guided by the contour of a model. { 'prō,fil·iŋ mə,shēn }

**profiling snow gage** [HYD] A type of radioactive gage for measuring the water equivalent and density/depth distribution of a snowpack, consisting of a radioactive source and a radioactivity detector which move up and down in two adjacent vertical pipes surrounded by snow. Also known as nuclear twin-probe gage. { 'prō,fil·iŋ 'snō ,gāj }

**profilograph** [ENG] An instrument for measuring and recording roughness of the surface over which it travels. { prō'fil·ə,graf }

**profilometer** [ENG] An instrument for measuring the roughness of a surface by means of a diamond-pointed tracer arm attached to a coil in an electric field; movement of the arm across the surface induces a current proportional to surface roughness. { ,prō·fə'läm·əd·ər }

**profit in sight** [MIN ENG] Probable gross profit from a mine's ore reserves, as distinct from the ground that is still to be blocked out. { 'präf·ət in 'sīt }

**profit sharing** [IND ENG] Sharing of company profits with the employees. { 'präf·ət ,sher·iŋ }

**proflavine sulfate** [ORG CHEM] $C_{13}H_{11}N_3 \cdot H_2SO_4$ A reddish-brown, crystalline powder, soluble in alcohol and water; used in medicine. { prō'flā,vēn 'səl,fāt }

**profunda** [ANAT] Deep-seated; applied to certain arteries. { prō'fən·də }

**profundal zone** [ECOL] The region occurring below the limnetic zone and extending to the bottom in lakes deep enough to develop temperature stratification. { prō'fənd·əl ,zōn }

**Proganosauria** [PALEON] The equivalent name for Mesosauria. { ,prō,gan·ə'sȯr·ē·ə }

**progeny** [BIOL] Offspring; descendants. { 'präj·ə·nē }

**progeny test** [GEN] The assessment of parental genotype by study of its progeny under controlled conditions. { 'präj·ə·nē ,test }

**progeria** [MED] An abnormal childhood state of premature senescence, characterized by wrinkled skin, gray hair, lack of pubic or facial hair, development of atherosclerosis, and a short life span. Also known as Hutchinson-Gilford syndrome. { prō'jir·ē·ə }

**progestational hormone** [BIOCHEM] 1. The natural hormone progesterone, which induces progestational changes of the uterine mucosa. 2. Any derivative or modification or progesterone having similar actions. { prō,je'stā·shən·əl 'hȯr,mōn }

**progesterone** [BIOCHEM] $C_{21}H_{30}O_2$ A steroid hormone produced in the corpus luteum, placenta, testes, and adrenals; plays an important physiological role in the luteal phase of the menstrual cycle and in the maintenance of pregnancy; it is an intermediate in the biosynthesis of androgens, estrogens, and the corticoids. { prō'jes·tə,rōn }

**proglacial** [GEOL] Of streams, deposits, and other features, being immediately in front of or just beyond the outer limits of a glacier or ice sheet, and formed by or derived from glacier ice. { prō'glā·shəl }

**proglottid** [INV ZOO] One of the segments of a tapeworm. { prō'gläd·əd }

**prognathic** [ANTHRO] A condition of the upper jaw in which it projects anteriorly with respect to the profile of the facial skeleton, when the skull is oriented on the Frankfort horizontal plane; having a gnathic index of 103.0 or more. { präg'nath·ik }

**prognosis** [MED] A prediction as to the course and outcome of a disease, injury, or developmental abnormality. { präg'nō·səs }

**prognostic chart** [METEOROL] A chart showing, principally, the expected pressure pattern (or height pattern) of a given synoptic chart at a specified future time; usually, positions of fronts are also included, and the forecast values of other meteorological elements may be superimposed. { präg'näs·tik ,chärt }

**prognostic equation** [METEOROL] Any equation governing a system which contains a time derivative of a quantity and therefore can be used to determine the value of that quantity at a later time when the other terms in the equation are known (for example, the vorticity equation). { präg'näs·tik i'kwā·zhən }

**progradation** [GEOL] Seaward buildup of a beach, delta, or fan by nearshore deposition of sediments transported by a river, by accumulation of material thrown up by waves, or by material moved by longshore drifting. { ,prō·grə'dā·shən }

**prograde metamorphism** [GEOL] Metamorphic changes in response to a higher pressure or temperature than that to which the rock was last adjusted. { 'prō,grād ,med·ə'mȯr,fiz·əm }

**prograde motion** [ASTRON] 1. The apparent motion of a planet around the sun in the direction of the sun's rotation. 2. See prograde orbit. { 'prō,grād 'mō·shən }

**prograde orbit** [ASTRON] Orbital motion in the usual direction of celestial bodies within a given system; specifically, of a satellite, motion in the direction of rotation of the primary. Also known as prograde motion. { 'prō,grād 'ȯr·bət }

**prograding shoreline** [GEOL] A shoreline that is being built seaward by accumulation or deposition. { 'prō,grād·iŋ 'shȯr,līn }

**program** [AERO ENG] In missile guidance, the planned flight path events to be followed by a missile in flight, including all the critical functions, preset in a program device, which control the behavior of the missile. [COMMUN] A sequence of audio signals alone, or audio and video signals, transmitted for entertainment or information. [COMPUT SCI] A detailed and explicit set of directions for accomplishing some purpose, the set being expressed in some language suitable for input to a computer, or in machine language. [IND ENG] An undertaking of significant scope that is enduring rather than occurring within a limited time span. { 'prō·grəm or 'prō,gram }

**program analysis** [COMPUT SCI] The process of determining the functions to be carried out by a computer program. { 'prō·grəm ə,nal·ə·səs }

**program block** [COMPUT SCI] A division or section of a computer program that functions to a large extent as if it were a separate program. { 'prō·grəm ,bläk }

**program card** [COMPUT SCI] A punched card containing one or more instructions in a computer program in either source language or machine language, in contrast to a card that contains data to be processed according to the instructions. { 'prō·grəm ,kärd }

**program check** [COMPUT SCI] A built-in check system in a program to determine that the program is running correctly. { 'prō·grəm ,chek }

**program compatibility** [COMPUT SCI] The type of compatibility shared by two computers that can process the identical program or programs written in the same source language or machine language. { 'prō·grəm kəm,pad·ə'bil·əd·ē }

**program control** [CONT SYS] A control system whose set point is automatically varied during definite time intervals in order to make the process variable vary in some prescribed manner. { 'prō·grəm kən,trōl }

**program conversion** [COMPUT SCI] The changing of the source language of a computer program from one dialect to another, or the modification of the program to operate with a different operating system or data-base management system. { 'prō·grəm kən,vər·zhən }

**program counter** See instruction counter. { 'prō·grəm ,kau̇nt·ər }

**program design** [COMPUT SCI] The phase of computer program development in which the hardware and software resources needed by the program are identified and the logic to be used by the program is determined. { 'prō·grəm di,zīn }

**program development time** [COMPUT SCI] The total time taken on a computer to produce operating programs, including the time taken to compile, test, and debug programs, plus the time taken to develop and test new procedures and techniques. { 'prō·grəm di'vel·əp·mənt ,tīm }

**program device** [CONT SYS] In missile guidance, the automatic device used to control time and sequence of events of a program. { 'prō·grəm di,vīs }

**program editor** [COMPUT SCI] A computer routine used in time-sharing systems for on-line modification of computer programs. { 'prō·grəm ,ed·ət·ər }

PROGESTERONE

Structural formula of progesterone.

interval is equal to the change in storage; it is applied in hydrology to the routing of floods through a reservoir or a reach of a stream; the moisture continuity equation applied to the atmosphere is a modification of this. { 'stȯr·ij ‚kwä·zhən }

**storage factor** *See* Q. { 'stȯr·ij ‚fak·tər }

**storage fill** [COMPUT SCI] Storing a pattern of characters in areas of a computer storage that are not intended for use in a particular machine run; these characters cause the machine to stop if one of these areas is erroneously referred to. Also known as memory fill. { 'stȯr·ij ‚fil }

**storage hierarchy** [COMPUT SCI] The sequence of storage devices, characterized by speed, type of access, and size for the various functions of a computer; for example, core storage from programs and data, disks or drums for temporary storage of massive amounts of data, tapes and cards for back-up storage. { 'stȯr·ij 'hī·ər‚är·kē }

**storage integrator** [COMPUT SCI] In an analog computer, an integrator used to store a voltage in the hold condition for future use while the rest of the computer assumes another computer control state. { 'stȯr·ij ‚int·ə‚grād·ər }

**storage key** [COMPUT SCI] A special set of bits associated with every word or character in some block of storage, which allows tasks having a matching set of protection key bits to use that block of storage. { 'stȯr·ij ‚kē }

**storage location** [COMPUT SCI] A digital-computer storage position holding one machine word and usually having a specific address. { 'stȯr·ij lō‚kā·shən }

**storage mark** [COMPUT SCI] The name given to a point location which defines the character space immediately to the left of the most significant character in accumulator storage. { 'stȯr·ij ‚märk }

**storage medium** [COMPUT SCI] Any device or recording medium into which data can be copied and held until some later time, and from which the entire original data can be obtained. { 'stȯr·ij ‚mēd·ē·əm }

**storage oscilloscope** [ELECTR] An oscilloscope that can retain an image for a period of time ranging from minutes to days, or until deliberately erased to make room for a new image. { 'stȯr·ij ə‚sil·ə‚skōp }

**storage pool** [COMPUT SCI] A collection of similar data storage devices. { 'stȯr·ij ‚pül }

**storage print** [COMPUT SCI] In computers, a utility program that records the requested core image, core memory, or drum locations in absolute or symbolic form either on the line-printer or on the delayed-printer tape. { 'stȯr·ij ‚print }

**storage protection** [COMPUT SCI] Any restriction on access to storage blocks, with respect to reading, writing, or both. Also known as memory protection. { 'stȯr·ij prə‚tek·shən }

**storage register** [COMPUT SCI] A register in the main internal memory of a digital computer storing one computer word. Also known as memory register. { 'stȯr·ij rej·ə·stər }

**storage reservoir** *See* impounding reservoir. { 'stȯr·ij ‚rez·əv‚wär }

**storage-retrieval machine** [CONT SYS] A computer-controlled machine for an automated storage and retrieval system that operates on rails and moves material either vertically or horizontally between a storage compartment and a transfer station. { 'stȯr·ij ri'trēv·əl mə‚shēn }

**storage rings** [NUCLEO] Annular vacuum chambers in which charged particles can be stored, without acceleration, by a magnetic field of suitable focusing properties; they are used to stretch effectively the duty cycle of a particle accelerator or to produce colliding beams of particles, resulting in a greater possible center of mass energy. { 'stȯr·ij ‚ringz }

**storage ripple** [COMPUT SCI] A hardware function, used during maintenance periods, which reads or writes zeros or ones through available storage locations to detect a malfunctioning storage unit. { 'stȯr·ij ‚rip·əl }

**storage routing** *See* flood routing. { 'stȯr·ij ‚rüd·iŋ }

**storage surface** [COMPUT SCI] In computers, the surface (screen), in an electrostatic storage tube, on which information is stored. { 'stȯr·ij ‚sər·fəs }

**storage tank** *See* tank. { 'stȯr·ij ‚taŋk }

**storage time** [ELECTR] **1.** The time required for excess minority carriers stored in a forward-biased *pn* junction to be removed after the junction is switched to reverse bias, and hence the time interval between the application of reverse bias and the cessation of forward current. **2.** The time required for excess charge carriers in the collector region of a saturated transistor

to be removed when the base signal is changed to cut-off level, and hence for the collector current to cease. [PHYS] *See* decay time. { 'stȯr·ij ‚tīm }

**storage-to-register instruction** [COMPUT SCI] A machine-language instruction to move a word of data from a location in main storage to a register. { 'stȯr·ij tə 'rej·ə·stər in‚strək·shən }

**storage-to-storage instruction** [COMPUT SCI] A machine-language instruction to move a word of data from one location in main storage to another. { 'stȯr·ij tə 'stȯr·ij in‚strək·shən }

**storage tube** [ELECTR] An electron tube employing cathode-ray beam scanning and charge storage for the introduction, storage, and removal of information. Also known as electrostatic storage tube; memory tube (deprecated usage). { 'stȯr·ij ‚tüb }

**storage-type camera tube** *See* iconoscope. { 'stȯr·ij ‚tīp 'kam·rə ‚tüb }

**store** [COMPUT SCI] **1.** To record data into a (static) data storage device. **2.** To preserve data in a storage device. { stȯr }

**store and forward** [COMMUN] A procedure in data communications in which data are stored at some point between the sender and the receiver and are later forwarded to the receiver. { 'stȯr ən 'fȯr·wərd }

**stored-energy welding** [MET] Welding by means of energy accumulated electrostatically, electrochemically, or electromagnetically at a low rate. { 'stȯrd ‚en·ər·jē 'weld·iŋ }

**stored program** [COMPUT SCI] A computer program that is held in a computer's main storage and carried out by a central processing unit that reads and acts on its instructions. { 'stȯrd ‚prō‚gram }

**stored-program computer** [COMPUT SCI] A digital computer which executes instructions that are stored in main memory as patterns of data. { 'stȯrd ‚prō‚gram kəm'pyüd·ər }

**stored-program control** [COMMUN] Electronic control of a telecommunications switching system by means of a program of instructions stored in bulk electronic memory. Abbreviated SPC. { 'stȯrd ‚prō‚gram kən'trōl }

**stored-program logic** [COMPUT SCI] Program that is stored in a memory unit containing logical commands in order to perform the same processes on all problems. { 'stȯrd ‚prō ‚gram ‚läj·ik }

**stored-program numerical control** *See* computer numerical control. { 'stȯrd ‚prō‚gram nü'mer·ə·kəl kən‚trōl }

**stored response chain** [COMPUT SCI] A fixed sequence of instructions that are stored in a file and acted on by an interactive computer program at a point where it would normally request instructions from the user, in order to save the user the trouble of repeatedly keying the same commands for a frequently used function. Abbreviated SRC. { 'stȯrd ri'späns ‚chān }

**stored routine** [COMPUT SCI] In computers, a series of instructions in storage to direct the step-by-step operation of the machine. { 'stȯrd rü'tēn }

**stored word** [COMPUT SCI] The actual linear combination of letters (or their machine equivalents) to be placed in the machine memory; this may be physically quite different from a dictionary word. { 'stȯrd 'wərd }

**storethrough** [COMPUT SCI] The process of updating data in main memory each time the central processing unit writes into a cache. { 'stȯr‚thrü }

**store transmission bridge** [ELEC] Transmission bridge, which consists of four identical impedance coils (the two windings of the back-bridge relay and live relay of a connector, respectively) separated by two capacitors, which couples the calling and called telephones together electrostatically for the transmission of voice-frequency (alternating) current, but separates the two lines for the transmission of direct current for talking purposes (talking current). { 'stȯr tranz'mish·ən ‚brij }

**storetrieval system** *See* storage and retrieval system. { 'stȯr·i‚trē·vəl ‚sis·təm }

**stork** [VERT ZOO] Any of several species of long-legged wading birds in the family Ciconiidae. { stȯrk }

**storm** [METEOROL] An atmospheric disturbance involving perturbations of the prevailing pressure and wind fields on scales ranging from tornadoes (0.6 mile or 1 kilometer across) to extratropical cyclones (1.2–1800 miles or 2–3000 kilometers across); also the associated weather (rain storm or blizzard) and the like. { stȯrm }

**storm beach** [GEOL] A ridge composed of gravel or shingle built up by storm waves at the inner margin of a beach. { 'stȯrm ‚bēch }



**STORM**

**Principal tracks of extratropical cyclones and hurricanes with significantly associated features in the Northern Hemisphere.**

# EXHIBIT 7



Riverside

# Webster's II

*New College Dictionary*

# Webster's II

## *New College Dictionary*



**Houghton Mifflin Company**
*Boston • New York*

A030

Words are included in this Dictionary on the basis of their usage.
Words that are known to have current trademark registrations are
shown with an initial capital and are also identified as trademarks.
No investigation has been made of common-law trademark rights in
any word, because such investigation is impracticable. The inclusion
of any word in this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to proprietary
rights. Indeed, no definition in this Dictionary is to be regarded as
affecting the validity of any trademark.

Copyright © 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form
or by any means, electronic or mechanical, including photocopying
and recording, or by any information storage or retrieval system
without the prior written permission of Houghton Mifflin Company
unless such copying is expressly permitted by federal copyright law.
Address inquiries to Reference Permissions, Houghton Mifflin
Company, 222 Berkeley Street, Boston MA 02116.

Illustrations azimuthal equidistant projection and sinusoidal
projection © 1986 by The American Congress on Surveying and
Mapping.

*Library of Congress Cataloging-in-Publication Data*

Webster's II new college dictionary.
      p.      cm.

    ISBN 0-395-70869-9  {alk. paper]
    1. English language — Dictionaries.  I. Webster's II new
  Riverside University dictionary
  PE1628.W55164     1995
  423 — dc20                                    95-5833
                                                CIP

For information about this and other Houghton Mifflin trade
and reference books and multimedia products, visit
The Bookstore at Houghton Mifflin on the World Wide Web at
http://www.hmco.com/trade/.

Printed in the United States

**chant·er** (chăn′tər) n. 1. One who chants, as a chorister. 2. A priest who sings in a chantry. 3. The pipe of a bagpipe on which the melody is played.

**chan·te·relle** (shăn′tə-rĕl′, shăn′-) n. [Fr. < NLat. cantharellus, dim. of Lat. cantharus, cup (from the mushroom's shape) < Gk. kantharos.] An edible yellow mushroom, Cantharellus cibarius, with a pleasant fruity odor.

**chan·teuse** (shän-tœz′) n. [Fr., fem. of chanteur, singer < chanter, to sing < OFr. < Lat. cantare, freq. of canere.] A woman singer, esp. a nightclub singer.

**chan·tey** also **chan·ty** (shăn′tē, chăn′-) n., pl. **-teys** also **-ties.** [Prob. < Fr. chantez, imper. of chanter, to sing < OFr. < Lat. cantare, freq. of canere.] A song sung by sailors to the rhythm of their movements while working.

**chan·ti·cleer** (chăn′tĭ-klîr′, shăn′-) n. [ME chauntecler < OFr. chantecler : chanter, to sing + cler, clear < Lat. clarus.] ROOSTER 1a.

**chan·try** (chăn′trē) n., pl. **-tries.** [ME chauntrie < OFr. < chanter, to sing. —see CHANT.] 1a. An endowment to cover expenses for the saying of masses and prayers, usu. for the soul of the founder of the endowment. 2. An endowed altar or chapel.

**chan·ty** (shăn′tē, chăn′-) n. var. of CHANTEY.

**Cha·nu·kah** (KHä′nə-kə, hä′-) n. [Heb. ḥanukkāh, consecration.] An 8-day Jewish festival beginning on the 25th day of the month of Kislev and commemorating the victory of the Maccabees over the Syrians in 165 B.C. and the rededication of the Temple at Jerusalem.

**cha·os** (kā′ŏs′) n. [Lat., formless matter < Gk. khaos.] 1. A state or place of total confusion or disorder. 2. often **Chaos.** The disordered state of unformed matter and infinite space believed, according to some religious cosmological views, to have existed prior to the ordered universe. 3. Obs. A vast chasm or abyss. —cha·ot′ic (-ŏt′ĭk) adj. —cha·ot′i·cal·ly adv.

**chap¹** (chăp) v. **chapped, chap·ping, chaps.** [ME chappen.] —vt. To cause (the skin) to split or roughen, esp. due to cold or exposure. —vi. To split or become rough and sore <skin that chaps easily> —chap n.

**chap²** (chăp) n. [Short for CHAPMAN.] FELLOW 1a.

**tcha·pa·re·jos** also **cha·pa·ra·jos** (shăp′ə-rā′ōs) pl.n. [Mex. Sp. chaparreras.] Southwestern U.S. Chaps.

**chap·ar·ral** (shăp′ə-răl′) n. [Sp. < chaparro, evergreen oak < Basque txapar, dim. of saphar, thicket.] A dense thicket of shrubs and small trees, esp. in the southwestern United States and Mexico.

**chaparral cock** n. The roadrunner.

**chaparral pea** n. A thorny shrub, Pickeringia montana of California, having reddish-purple flowers and forming dense thickets.

**chap·book** (chăp′bŏŏk′) n. [CHAP(MAN) + BOOK (so called because it was orig. sold by chapmen).] A small book of poems, ballads, stories, or religious tracts.

**chape** (chāp, chăp) n. [ME < OFr., covering < LLat. cappa.] A metal trimming or mounting on a scabbard or sheath.

**cha·peau** (shă-pō′) n., pl. **-peaux** (-pōz′) or **-peaus** (-pōz′) [Fr. < OFr. chapel < Med. Lat. cappellus < LLat. cappa.] HAT 1.

**chap·el** (chăp′əl) n. [ME chapele < OFr. < Med. Lat. capella, chapel, cape (from a shrine containing the cape of St. Martin of Tours), dim. of cappa, cloak.] 1. A place of worship smaller than and subordinate to a church. 2. A place of worship in an institution, as a university or hospital. 3. The services held at a chapel. 4. A recess or room in a church reserved for small or special services. 5. A place of worship for those not affiliated with or not members of an established church. 6. A choir or orchestra connected with a chapel or royal court. 7. a. Obs. A printing house or print shop.

**chap·er·on** also **chap·er·one** (shăp′ə-rōn′) [Fr. < chaperon, hood < OFr. < chape, covering. —see CHAPEL.] —n. 1. A person, esp. an older or married woman, who accompanies a young unmarried woman in public. 2. An older person who attends and supervises a social gathering for young people. —vt. **-oned, -on·ing, -ons** also **-oned, -on·ing, -ones.** To act as chaperon to or for. —chap′er·on′age (-ə′nĭj) n.

**chap·fall·en** (chăp′fô′lən, chŏp′-) also **chop·fall·en** (chŏp′-) adj. [< obs. chaps, alteration of CHOPS.] Dispirited.

**chap·i·ter** (chăp′ĭ-tər) n. [ME chapitre, chapter, chapiter < OFr. < chapitle < Lat. capitulum, dim. of caput, head.] The capital of an architectural column.

**chap·lain** (chăp′lĭn) n. [ME chapelein < OFr. chapelain < Med. Lat. cappellanus < capella, chapel. —see CHAPEL.] 1. A member of the clergy attached to a chapel. 2. A minister or layperson who conducts religious services, as for a legislative assembly. 3. A member of the clergy attached to a military unit. —chap′lain·cy, chap′lain·ship′ n.

**chap·let** (chăp′lĭt) n. [ME chapelet < OFr., dim. of chapel, hat. —see CHAPEAU.] 1. A wreath or garland for the head. 2. Rom. Cath. Ch. a. A string of prayer beads with one third the number of a rosary's beads. b. The prayers counted on such beads. 3. A string of beads. 4. A

small molding carved so as to resemble a string of beads. —chap′let·ed adj.

**chap·man** (chăp′mən) n. [ME < OE cēapman : cēap, trade (ult. < Lat. caupo, tradesman) + mann, man.] 1. Chiefly Brit. A peddler. 2. Archaic. A dealer or merchant.

**chaps** (chăps, shăps) pl.n. [Short for Mex. Sp. chaparreras.] Heavy leather trousers without a seat, worn over ordinary trousers by cowboys to protect their legs.

**chap·ter** (chăp′tər) n. [ME chapitre, chapter, chapiter. —see CHAPITER.] 1. A division of a book or other writing, usu. numbered or titled. 2. A period or sequence of events marking a distinct change of pattern <a sad chapter in the history of our nation> 3. A local branch of an organization, as a club or fraternity. 4. a. An assembly of the canons of a church. b. The canons as a group. 5. An assembly of the members or representatives of a religious house, community, or order. 6. A meeting of a sorority or fraternity. 7. A short Scriptural passage read after the psalms in some church services.

**chapter house** n. 1. A building in which the chapter of a cathedral or monastery assembles. 2. A house in which a chapter of a fraternity or sorority lives and meets.

**char¹** (chär) v. **charred, char·ring, chars.** [Back-formation < CHARCOAL.] 1. To scorch or become scorched. 2. To reduce or become reduced to charcoal by incomplete combustion. —n. A charred substance.

**char²** also **charr** (chär) n., pl. **char** or **chars** also **charr** or **charrs.** [Orig. unknown.] A fish of the genus Salvelinus, related to the trout, esp. the widely distributed species S. alpinus.

**char³** (chär) n. [ME, a piece of work < OE čerr, a turning.] 1. A chore, esp. a household task. 2. A charwoman. —vi. **charred, char·ring, chars.** 1. To do tasks or chores. 2. To work as a charwoman.

**char·a·banc** (shăr′ə-băng′) n. [Fr. char à bancs : char, carriage + à, with + bancs, benches.] Chiefly Brit. A large bus, often used for sightseeing.

**char·a·cin** (kăr′ə-sĭn) also **char·a·cid** (-sĭd) n. [NLat. Characinidae, former family name < Gk. kharax, a kind of fish.] Any of numerous chiefly tropical freshwater fishes of the family Characidae, many of which are popular aquarium fishes.

**char·ac·ter** (kăr′ək-tər) n. [ME character < Lat. character < Gk. kharaktēr < kharassein, to inscribe.] 1. The combination of emotional, intellectual, and moral qualities distinguishing one person or group from another. 2. A distinctive feature or attribute : CHARACTERISTIC. 3. Moral or ethical strength : INTEGRITY <a person with character> 4. Public estimation : REPUTATION. 5. Status, capacity, or role <in my character as a single parent> 6. Informal. An eccentric person. 7. An important, influential person. 8. A person portrayed in an artistic piece, as a drama or novel. 9. A description of one's attributes, traits, or abilities. 10. A formal written statement as to competency and dependability, given by an employer to a former employee : RECOMMENDATION. 11. A symbol or mark used in a writing system. 12. Computer Sci. a. One of a set of symbols, as letters or numbers, arranged to express information. b. The multibit code representing such a character. 13. A style of printing or writing. 14. A symbol used in secret writing. 15. Genetics. A structure, function, or attribute determined by a gene or group of genes. —adj. 1. Having the ability to act in roles emphasizing traits markedly different from those of the performer <a character actress> 2. Of or requiring the abilities of a character actor or actress <a character part in the play> —vt. **-tered, -ter·ing, -ters.** 1. To write, print, engrave, or inscribe. 2. Archaic. To portray, describe, or represent. —in character. Consistent with one's character or behavior. —out of character. Inconsistent with one's character or behavior.

★ SYNS: CHARACTER, COMPLEXION, DISPOSITION, MAKE-UP, NATURE n. core meaning : the combination of emotional, intellectual, and moral qualities that distinguishes a person <Goodness is the foundation of a truly great person's character.>

**character assassination** n. A vicious personal verbal attack, esp. one intended to destroy or damage a public figure's reputation. —character assassin n.

**char·ac·ter·is·tic** (kăr′ək-tə-rĭs′tĭk) adj. Serving to identify or set apart a person or group : DISTINCTIVE. —n. 1. A distinguishing attribute or element. 2. Math. The integral part of a logarithm as distinguished from the mantissa <6 is the characteristic of the logarithm 6.32144.> —char′ac·ter·is′ti·cal·ly adv.

★ SYNS: CHARACTERISTIC, DISTINCTIVE, INDIVIDUAL, PECULIAR, TYPICAL, VINTAGE adj. core meaning : serving to identify or set apart <the zebra's characteristic stripes> <behavior characteristic of psychopaths> <a characteristic remark>

**char·ac·ter·i·za·tion** (kăr′ək-tər-ĭ-zā′shən) n. 1. The act of characterizing. 2. A representation of a person's attributes or peculiarities. 3. Creation or delineation of a character or characters on the stage or in writing, esp. by imitating or describing gestures, or speeches.

**char·ac·ter·ize** (kăr′ək-tə-rīz′) vt. **-ized, -iz·ing, -iz·es.** 1. To describe the qualities or peculiarities of <characterized that person as weak> 2. To be a distinguishing trait or mark of <a seaport characterized by its charm> —char′ac·ter·iz′er n.

**char·ac·ter·y** (kăr′ək-tə-rē, kə-răk′-) n., pl. **-ies.** A system of characters or symbols used to express or convey thought and meaning.

Case 1:05-cv-00314-GMS   Document 51   Filed 04/17/2006   Page 42 of 46

**ge·müt·lich** (gə-müt′liKt) *adj.* [G. < *gemüt,* spirit.] Having a feeling of warmth or congeniality ; FRIENDLY.

**ge·müt·lich·keit** (gə-möōt′liKt-kīt′) *n.* [G. < *gemütlich, gemüt-lich.*] Cordial regard : AMICABILITY.

**-gen** *or* **-gene** *suff.* [Fr. *-gène* < Gk. *-genēs,* born.] 1. Producer <*androgen*> 2. One that is produced <*phosgene*>

**gen·darme** (zhän′därm′) *n.* [Fr. < *gens d'armes,* men of arms.] 1. A member of a French national police organization forming a branch of the armed forces with responsibility for general law enforcement. 2. A police officer.

**gen·dar·me·rie** *also* **gen·dar·mer·y** (zhän-där′mə-rē) *n.* [Fr. < *gendarme, gendarme.*] A group of gendarmes.

**gen·der** (jĕn′dər) *n.* [ME *gendre* < OFr., kind < Lat. *genus.*] 1. a. A set of two or more categories, as masculine, feminine, and neuter, into which words are divided according to sex, animation, psychological associations, or other characteristic and that govern agreement with or the selection of modifiers, referents, or grammatical forms. b. One category of such a set. c. The classification of a word or grammatical form in such a category. d. The distinguishing form or forms used. 2. Classification of sex. —*vt.* **-dered, -der·ing, -ders.** *Archaic.* To engender.

**gender gap** *or* **gen·der-gap** (jĕn′dər-găp′) *n.* A disproportionate difference, as in attitudes, between the sexes.

**gene** (jēn) *n.* [G. *Gen,* short for *Pangen* : Gk. *pan,* all + Gk. *-genēs,* born.] A functional hereditary unit that occupies a fixed location on a chromosome, has a specific influence on phenotype, and is capable of undergoing mutation to various allelic forms.
—**gene** *suff. var. of* -GEN.

**ge·ne·al·o·gy** (jē′nē-ŏl′ə-jē, -ăl′ə-jē, -jĭ′ə-jē, jĕn′ē-) *n., pl.* **-gies.** [ME *genealogie* < OFr. < LLat. *genealogia* < Gk. : *geneā,* family + *-logia, -logy.*] 1. A record or table of familial descent. 2. Direct descent from an ancestor : LINEAGE. 3. The study of family histories. —**ge′ne·a·log′i·cal** (-ə-lŏj′ĭ-kəl) *adj.* —**ge′ne·a·log′i·cal·ly** *adv.* —**ge′ne·al′o·gist** *n.*

**gene pool** *n.* The collective genetic information contained within a population of sexually reproducing organisms.

**gen·er·a** (jĕn′ər-ə) *n. pl. of* GENUS.

**gen·er·a·ble** (jĕn′ər-ə-bəl) *adj.* [ME *generabill* < Lat. *generabilis* < *generare,* to produce < *genus,* birth.] Capable of being generated.

**gen·er·al** (jĕn′ər-əl) *adj.* [ME < Lat. *generalis* < *genus,* kind.] 1. Pertaining to, concerned with, or applicable to the whole or every member of a class or category. 2. Affecting or characteristic of the majority : PREVALENT <*general* unrest> 3. Being uppn the case. 4. a. Not limited in scope, area, or application <as a *general* rule> b. Not limited to one class or set <*general* studies> 5. Involving only the main features <a *general* description> 6. Highest or superior in rank <the *general* manager> —*n.* 1. a. An officer in the U.S. Army, Air Force, or Marine Corps holding a rank above colonel. b. A military officer holding a rank just below field marshal in England, Canada, and certain other countries. 2. Something, as a condition, principle, or fact, that embraces or is applicable to the whole. 3. *Archaic.* The public <" 'twas caviare to the general" —Shakespeare> —**in general.** Generally. —**gen′er·al·ness** *n.*

* **syns:** GENERAL, ALL-INCLUSIVE, ALL-ROUND, BROAD, BROAD-SPECTRUM, COMPREHENSIVE, EXPANSIVE, EXTENSIVE, GLOBAL, INCLUSIVE, OVERALL, SWEEPING, WIDESPREAD *adj. core meaning* : covering a wide scope <*general* discontent>

* **A word history:** The Latin adjective *generalis,* the ultimate ancestor of the English word *general,* meant literally "pertaining to the whole genus (kind or class)." The English noun *general* meaning "a military officer" preserves something of the Latin sense. It originally designated a *general* officer, the commander of the general, or entire, army. Since such an officer was of a very high rank, the term *general* was also prefixed to the titles of other ranks of officers to indicate superiority of rank and command.

**general anesthetic** *n.* An anesthetic that anesthetizes the entire body and induces unconsciousness.

**general assembly** *n.* 1. A legislative body, esp. a U.S. state legislature. 2. **General Assembly.** The chief deliberative body of the United Nations. 3. The supreme governing body of some religious denominations.

**General Court** *n.* 1. A legislative body with judicial powers in Colonial New England. 2. The state legislature in Massachusetts and New Hampshire.

**general court-martial** *n.* A court-martial for trying major offenses and composed of at least five officers.

**gen·er·al·cy** (jĕn′ər-əl-sē) *n., pl.* **-cies.** GENERALSHIP 1.

**general delivery** *n.* 1. A post office department that holds mail for addressees until it is called for. 2. Mail sent to general delivery.

**general election** *n.* An election involving most or all constituencies of a state or nation in the choice of candidates.

**gen·er·al·is·si·mo** (jĕn′ər-ə-lĭs′ə-mō′) *n., pl.* **-mos.** [Ital., superl. of *generale,* a general < Lat. *generalis,* general < *genus,* kind.] The commander in chief of all the armed forces in certain countries.

**gen·er·al·ist** (jĕn′ər-ə-lĭst) *n.* One with broad general knowledge and skills in several fields.

**gen·er·al·i·ty** (jĕn′ə-răl′ĭ-tē) *n., pl.* **-ties.** 1. The quality or state of being general. 2. GENERALIZATION 2. 3. A vague, imprecise statement or idea. 4. The greater portion or number : MAJORITY.

**gen·er·al·i·za·tion** (jĕn′ər-ə-lə-zā′shən) *n.* 1. An act or instance of generalizing. 2. A general principle, statement, or idea.

**gen·er·al·ize** (jĕn′ər-ə-līz′) *v.* **-ized, -iz·ing, -iz·es.** —*vt.* 1. a. To reduce to a general form, class, or law. b. To make indefinite or unspecific. 2. a. To infer from many particulars. b. To draw inferences or a general conclusion from. 3. a. To make generally applicable. b. To popularize. —*vi.* 1. a. To form a concept inductively. b. To form general conclusions. 2. To speak or think in generalities. 3. *Med.* To spread through the body, as a usu. localized disease.

**gen·er·al·ized** (jĕn′ər-ə-līzd′) *adj.* Not well-adapted to a specific environment or function : UNDIFFERENTIATED.

**gen·er·al·ly** (jĕn′ər-ə-lē) *adv.* 1. For the most part : WIDELY <*generally* admired> 2. As a rule : USUALLY. 3. In disregard of particular instances and details <*generally* speaking>

**general officer** *n.* GENERAL 1a.

**General of the Air Force** *n.* A general having the highest rank in the U.S. Air Force and an insignia of five stars.

**General of the Army** *n.* A general having the highest rank in the U.S. Army and an insignia of five stars.

**general paresis** *n.* A syphilitic brain disorder characterized by mental deterioration, speech disturbances, and progressive muscular weakness.

**general practitioner** *n.* A physician who treats a wide variety of medical problems.

**gen·er·al-pur·pose** (jĕn′ər-əl-pûr′pəs) *adj.* Having many uses.

**general relativity** *n.* The geometric theory of gravitation developed by Albert Einstein, incorporating and extending the special theory of relativity to accelerated frames of reference and introducing the principle that gravitational and inertial forces are equivalent.

**general semantics** *n. (sing. or pl. in mean.)* A doctrine proposed by Alfred Korzybski (1879–1950) that presents a method of improving human behavior through a more critical use of words and symbols.

**gen·er·al·ship** (jĕn′ər-əl-shĭp′) *n.* 1. The rank, office, or tenure of a general. 2. Leadership or skill in the conduct of a war. 3. Skillful management.

**general staff** *n.* A group of officers charged with assisting the commander of a division or larger unit in planning and supervising military operations.

**general store** *n.* A retail store that sells a wide variety of merchandise but is not subdivided into departments.

**general term** *n. Math.* An expression that represents the successive terms of a sequence or series by some combination of variables and constants which, when successive integers are substituted for one of the variables, yields back the sequence or series.

**gen·er·ate** (jĕn′ə-rāt′) *vt.* **-at·ed, -at·ing, -ates.** [Lat. *generare, generat-,* to produce < *genus,* birth.] 1. To bring into existence : PRODUCE. 2. To engender (offspring) : BEGET. 3. To form (a geometric figure) by describing a curve or surface. 4. *Computer Sci.* To produce a program by instructing a computer to follow given parameters with a skeleton program. —**gen′er·a′tive** (jĕn′ə-rā′tĭv, -ər-ə-tĭv) *adj.*

**gen·er·a·tion** (jĕn′ə-rā′shən) *n.* 1. The act or process of generating, esp. procreation, origination, or production. 2. Offspring sharing a common parent or parents and forming a single stage of descent. 3. A class of objects derived from a preceding class <the new *generation* of microcomputers> 4. a. A group of contemporaneous individuals. b. A group of individuals considered as sharing a common contemporaneous cultural or social attribute <the beat *generation*> 5. The average time interval between the birth of parents and that of their offspring. 6. *Computer Sci.* The technique of generating programs. —**gen·er·a′tion·al** *adj.*

**generation gap** *n.* The differences in values and attitudes between one generation and the next, esp. a generation of adolescents and that of their parents.

**Gen·er·a·tion X** (jĕn′ə-rā′shən) *n.* [After the 1991 book *Generation X* by Douglas Coupland (b. 1961).] A group of people born between 1961 and 1972 typified by a college education, dissatisfaction with career opportunities, and pessimism.

**generative grammar** *n.* A linguistic theory that attempts to describe a native speaker's tacit grammatical knowledge by a system of rules that can produce all the well-formed sentences of a language.

**gen·er·a·tor** (jĕn′ə-rā′tər) *n.* 1. One that generates. 2. A machine that converts mechanical energy into electrical energy. 3. An apparatus that generates vapor or gas. 4. A generatrix. 5. *Computer Sci.* A routine that performs a generating function.

**gen·er·a·trix** (jĕn′ə-rā′trĭks) *n., pl.* **-er·a·tri·ces** (-ə-rā′trĭ-sēz′, -ə-trĭ′sēz). A geometric element that generates a geometric figure, esp. a line that generates a surface by moving in a specified way.

**ge·ner·ic** (jə-nĕr′ĭk) *adj.* [Fr. *générique* < Lat. *genus,* kind.] 1. Pertaining to or describing an entire group or class : GENERAL. 2. *Biol.* Of or pertaining to a genus. 3. Not bearing a trademark or trade name <*generic* raisins> —**ge·ner′i·cal·ly** *adv.*

**gen·er·os·i·ty** (jĕn′ə-rŏs′ĭ-tē) *n., pl.* **-ties.** 1. The quality of being

---

ŏŏ boot   ou out   th thin   *th* this   ŭ cut   û urge   y young
yŏŏ abuse   zh vision   ə about,   item,   edible,   gallop,   circus

pr.part. of *solēre*, to be accustomed.] **1.** Presumptuous and abrasive in speech or manner : ARROGANT. **2.** Brazenly impudent : IMPERTINENT. —**in′so·lence** *n.* —**in′so·lent·ly** *adv.*

**in·sol·u·ble** (ĭn-sŏl′yə-bəl) *adj.* [ME *insolible*, unanswerable < Lat. *insolubilis*, irrefutable : *in-*, not + *solvere*, to loosen.] **1.** Incapable of being dissolved. **2.** Incapable of being explained or solved. —**in·sol′u·bil′i·ty, in·sol′u·ble·ness** *n.* —**in·sol′u·bly** *adv.*

**in·solv·a·ble** (ĭn-sŏl′və-bəl) *adj.* Incapable of being solved. —**in·solv′a·bly** *adv.*

**in·sol·vent** (ĭn-sŏl′vənt) *adj.* **1.** Unable to meet debts or discharge liabilities : BANKRUPT. **2.** Of or relating to insolvent or bankrupt persons. —*n.* One who is insolvent. —**in·sol′ven·cy** *n.*

**in·som·ni·a** (ĭn-sŏm′nē-ə) *n.* [Lat. < *insomnis*, sleepless : *in-*, not + *somnus*, sleep.] Chronic inability to sleep : SLEEPLESSNESS. —**in·som′ni·ac′** (-ăk′) *adj. & n.*

**in·so·much as** (ĭn′sō-mŭch′) *conj.* **1.** To such extent or degree as. **2.** Inasmuch as : SINCE.

**in·sou·ci·ance** (ĭn-sōō′sē-əns, ăN′sōō-syäNs′) *n.* Blithe lack of concern : NONCHALANCE.

**in·sou·ci·ant** (ĭn-sōō′sē-ənt, ăN′sōō-syäN′) *adj.* [Fr. : *in-*, not (< Lat.) + *souciant*, pr.part. of *soucier*, to trouble < Lat. *sollicitare*, to vex. —see SOLICIT.] Cheerfully nonchalant. —**in·sou′ci·ant·ly** *adv.*

**in·soul** (ĭn-sōl′) *v.* var. of ENSOUL.

**in·spect** (ĭn-spĕkt′) *vt.* **-spect·ed, -spect·ing, -spects.** [Lat. *inspectare*, freq. of *inspicere*, to look into : *in-*, in + *specere*, to look.] **1.** To examine in detail, esp. for flaws. **2.** To review or examine officially <*inspected* the safety procedures at the factory> —**in·spec′tive** *adj.*

**in·spec·tion** (ĭn-spĕk′shən) *n.* **1.** The act of inspecting. **2.** Official review or examination. —**in·spec′tion·al** *adj.*

**in·spec·tor** (ĭn-spĕk′tər) *n.* **1.** A person, esp. an official, who inspects. **2.** A police officer ranking next below superintendent. —**in·spec′to·ral, in′spec·to′ri·al** (-tôr′ē-əl, -tōr′-) *adj.* —**in·spec′tor·ship′** *n.*

**in·spec·tor·ate** (ĭn-spĕk′tər-ĭt) *n.* **1.** The duties or office of an inspector. **2.** A staff of inspectors. **3.** An inspector's district.

**inspector general** *n., pl.* **inspectors general.** An officer with general investigative powers within a civil or military organization.

**in·sphere** (ĭn-sfîr′) *v.* var. of ENSPHERE.

**in·spi·ra·tion** (ĭn′spə-rā′shən) *n.* **1.** A Stimulation of the mind or emotions to a high level of activity or feeling. **b.** The condition of being so stimulated. **2.** One that moves the intellect or emotions or prompts action or invention. **3.** A sudden creative idea or act. **4.** The quality of exalting or inspiring <a sculpture full of *inspiration*> **5.** Divine influence or guidance exerted directly on the mind and soul of man. **6.** The act of breathing in : INHALATION.

**in·spi·ra·tion·al** (ĭn′spə-rā′shə-nəl) *adj.* **1.** Of or relating to inspiration. **2.** Providing or meant to convey inspiration. **3.** Resulting from inspiration. —**in′spi·ra′tion·al·ly** *adv.*

**in·spi·ra·tor** (ĭn′spə-rā′tər) *n.* **1.** An inhaler. **2.** A respirator.

**in·spir·a·to·ry** (ĭn-spîr′ə-tôr′ē, -tōr′ē) *adj.* Of, relating to, or used for the drawing in of air.

**in·spire** (ĭn-spîr′) *v.* **-spired, -spir·ing, -spires.** [ME *enspiren* < OFr. *enspirer* < Lat. *inspirare* : *in-*, into + *spirare*, to breathe.] —*vt.* **1.** To guide, affect, or arouse by divine influence. **2.** To fill with high or reverent emotion : EXALT <works that *inspired* the gathering> **3.** To stimulate to creativity or action. **4.** To elicit : arouse. **5.** To be the cause or source of : OCCASION <a discovery that *inspired* new cancer research> **6.** To inhale (air). **7.** *Archaic.* **a.** To breathe on. **b.** To breathe life into. —*vi.* To inhale. —**in·spir′er** *n.*

**in·spired** (ĭn-spîrd′) *adj.* Of such surpassing brilliance or excellence as to suggest divine inspiration <an *inspired* musician> —**in·spir′ed·ly** (-spî′rĭd-lē, -spîrd′lē) *adv.*

**in·spir·ing** (ĭn-spîr′ĭng) *adj.* Tending to arouse or exalt <an *inspiring* eulogy> —**in·spir′ing·ly** *adv.*

**in·spir·it** (ĭn-spîr′ĭt) *vt.* **-it·ed, -it·ing, -its.** To fill with spirit : ANIMATE.

**in·spis·sate** (ĭn-spĭs′āt′, ĭn′spĭ-sāt′) *vi. & vt.* **-sat·ed, -sat·ing, -sates.** [< LLat. *inspissatus*, thickened : Lat. *in-* (intensive) + *spissus*, thick.] To thicken or cause to thicken, as by evaporation or boiling : CONDENSE. —**in′spis·sa′tion** *n.* —**in·spis′sa′tor** *n.*

**in·sta·bil·i·ty** (ĭn′stə-bĭl′ĭ-tē) *n., pl.* **-ties.** Lack of stability.

**in·stall** *also* **in·stal** (ĭn-stôl′) *vt.* **-stalled, -stall·ing, -stalls** *also* **-stals.** [ME *installen* < OFr. *installer* < Med. Lat. *installare* : *in-*, in + *stallum*, place.] **1.** To set in position or adjust for use. **2.** To induct into an office or rank <a meeting to *install* the new general manager> **3.** To settle in a certain place or condition : ESTABLISH <*installed* myself in the guest room> —**in·stall′er** *n.*

**in·stal·la·tion** (ĭn′stə-lā′shən) *n.* **1.** The act of installing or state of being installed. **2.** An apparatus, as a system of machinery, set up for use. **3.** A military camp or base.

**in·stall·ment¹** *also* **in·stal·ment** (ĭn-stôl′mənt) *n.* [Alteration of obs. *estallment* < OFr. *estaler*, to place, fix < *estal*, place, of Germanic orig.] **1.** One of several successive payments in settlement of a debt. **2.** A part of something issued at intervals. **3.** One chapter or section of a literary work presented serially.

**in·stall·ment²** *also* **in·stal·ment** (ĭn-stôl′mənt) *n.* INSTALLATION 1.

**in·stance** (ĭn′stəns) *n.* [ME *instance* < OFr. *instance* < Lat. *instantia*, presence < *instans*, present. —see INSTANT.] **1.** Something illustrative of a class or group : EXAMPLE. **2.** A legal proceeding or process : SUIT. **3.** A step in a process. **4. a.** Prompting : request <called at the *instance* of my supervisor> **b.** *Archaic.* Urgent solicitation. **5.** *Obs.* An impelling motive. —*vt.* **-stanced, -stanc·ing, -stanc·es.** **1.** To offer as an example : CITE. **2.** To demonstrate or clarify with examples : EXEMPLIFY.

**in·stan·cy** (ĭn′stən-sē) *n.* **1.** Urgency. **2.** Immediateness.

**in·stant** (ĭn′stənt) *n.* [ME < OFr. < Lat. *instans*, present, p.part. of *instare*, to approach : *in-*, on + *stare*, to stand.] **1.** A short time : MOMENT. **2.** A particular point in time <the *instant* I left> **3.** The current month. —*adj.* **1.** Immediate <an *instant* prize winner> **2.** Urgent : imperative <an *instant* request> **3.** Now under consideration : PRESENT. **4. a.** Designed for quick and easy preparation <*instant* coffee> <*instant* soup> **b.** Appearing, done, or occurring with or as if with maximum quickness and ease. —*adv.* Instantly.

**in·stan·ta·ne·ous** (ĭn′stən-tā′nē-əs) *adj.* [Med. Lat. *instantaneus* < Lat. *instans*, present. —see INSTANT.] **1.** Occurring or completed without perceptible delay. **2.** Present or occurring at a given instant <*instantaneous* velocity> —**in′stan·ta′ne·ous·ly** *adv.* —**in′·stan·ta′ne·ous·ness** *n.*

**in·stan·ter** (ĭn-stăn′tər) *adv.* [Lat. < *instans*.] Without delay : INSTANTLY.

**in·stant·ly** (ĭn′stənt-lē) *adv.* **1.** At once : IMMEDIATELY. **2.** *Archaic.* Urgently. —*conj.* As soon as.

**instant replay** *n.* A recording of an event on videotape for playback immediately after completion of the event.

**in·star¹** (ĭn-stär′) *vt.* **-starred, -star·ring, -stars.** To stud with or as if with stars.

**in·star²** (ĭn′stär′) *n.* [NLat. < Lat., image, form.] An insect, as an arthropod, between molts, as during metamorphosis.

**in·state** (ĭn-stāt′) *vt.* **-stat·ed, -stat·ing, -states.** To establish in office : INSTALL.

**in·stau·ra·tion** (ĭn′stô-rā′shən) *n.* [Lat. *instauratio* < *instaurare*, to renew.] *Archaic.* **1.** Renovation : restoration. **2.** Institution.

**in·stead** (ĭn-stĕd′) *adv.* [ME *in sted of*, in place of.] In the place of something previously mentioned : as an alternative or substitute <were going to fly, but drove *instead*>

**instead of** *prep.* In place of : rather than.

**in·step** (ĭn′stĕp′) *n.* **1.** The arched middle part of the human foot. **2.** The part of a shoe or stocking covering the instep.

**in·sti·gate** (ĭn′stĭ-gāt′) *vt.* **-gat·ed, -gat·ing, -gates.** [Lat. *instigare, instigat-*.] **1.** To urge on : GOAD. **2.** To stir up : FOMENT. —**in′sti·ga′tion** *n.* —**in′sti·ga′tive** *adj.* —**in′sti·ga′tor** *n.*

**in·still** *also* **in·stil** (ĭn-stĭl′) *vt.* **-stilled, -still·ing, -stills** *also* **-stils.** [Lat. *instillare*, to drip in : *in-*, in + *stillare*, to drip < *stilla*, drop.] **1.** To introduce by gradual, persistent means. **2.** To pour in drop by drop. —**in′stil·la′tion** (ĭn′stə-lā′shən) *n.* —**in·still′er** *n.*

**in·stinct** (ĭn′stĭngkt′) *n.* [ME < Lat. *instinctus*, impulse < p.part. of *instinguere*, to incite : *in-*, on + *stinguere*, to prick.] **1. a.** The innate, complex, and normally adaptive aspect of behavior. **b.** A strong impulse or motivation. **2.** A natural capability or aptitude. —*adj.* (ĭn-stĭngkt′). **1.** *Obs.* Impelled from within. **2.** Imbued : filled <a look *instinct* with concern>

**in·stinc·tive** (ĭn-stĭngk′tĭv) *adj.* **1.** Of, relating to, or resulting from instinct. **2.** Arising from a natural impulse : SPONTANEOUS <an *instinctive* distrust of strangers> —**in·stinc′tive·ly** *adv.*

**in·sti·tute** (ĭn′stĭ-tōōt′, -tyōōt′) *vt.* **-tut·ed, -tut·ing, -tutes.** [ME *instituen* < Lat. *institutus*, p.part. of *instituere*, to establish : *in-* + *statuere*, to set up < *status*, to stand.] **1. a.** To organize, establish, and set in operation. **b.** To begin : initiate. **2.** To establish in an office or position. —*n.* **1.** *Obs.* The act of instituting. **2.** Something instituted, esp. an authoritative precedent or rule. **3.** An organization established to promote a cause <an *institute* for the blind> **4. a.** An educational institution. **b.** The building or buildings housing such an institution. **5.** A usu. short, intensive seminar or workshop on a subject. **6. institutes.** A digest of the principles or rudiments of a subject, esp. a legal abstract. —**in′sti·tut′er, in′sti·tu′tor** *n.*

**in·sti·tu·tion** (ĭn′stĭ-tōō′shən, -tyōō′shən) *n.* **1.** The act of instituting. **2. a.** An important custom, relationship, or behavioral pattern in a culture or society. **b.** *Informal.* A lasting feature : FIXTURE. **3. a.** An established organization or foundation, esp. one dedicated to public service. **b.** The building or buildings housing such an organization. **4.** A place for the care of the destitute, disabled, or mentally ill. —**in′sti·tu′tion·al** *adj.* —**in′sti·tu′tion·al·ly** *adv.*

**in·sti·tu·tion·al·ism** (ĭn′stĭ-tōō′shə-nə-lĭz′əm, -tyōō′-) *n.* **1.** Adherence to or belief in established forms, esp. those of organized religion. **2.** Use of institutions for those incapable of self-care. —**in′sti·tu′tion·al·ist** *n.*

**in·sti·tu·tion·al·ize** (ĭn′stĭ-tōō′shə-nə-līz′, -tyōō′-) *vt.* **-ized, -iz·ing, -iz·es.** **1.** To make into, treat as, or give the character of an

| | | | | | | |
|---|---|---|---|---|---|---|
| ă pat | ā pay | âr care | ä father | ĕ pet | ē be | hw which | ĭ pit |
| ī tie | îr pier | ŏ pot | ō toe | ô paw, for | oi noise | ŏŏ took |

**lode·stone** also **load·stone** (lōd′stōn′) n. [Obs. *lode,* way (< ME < OE *lād*) + STONE.] **1.** A magnetized piece of magnetite. **2.** A strong attraction.

**lodge** (lŏj) n. [ME < OFr. *loge,* of Germanic orig.] **1. a.** A cottage or cabin used as a temporary, often seasonal, residence <a hunting *lodge>* **b.** A small house on the grounds of an estate orig. used by a gatekeeper or caretaker. **c.** An inn. **2. a.** A North American Indian dwelling, as a wigwam, hogan, or long house. **b.** The group of Indians living in such a unit. **3. a.** A local chapter of a fraternal organization. **b.** The meeting hall of such a chapter. **c.** The members of such a chapter. **4.** The den of an animal, as the dome-shaped structure built by beavers. —v. lodged, lodg·ing, lodg·es. —vt. **1. a.** To provide with quarters temporarily, esp. for sleeping. **b.** To rent a room to. **c.** To establish or place in quarters <*lodging* troops in homes> **2.** To serve as a repository for : HARBOR. **3.** To leave, place, or deposit, as for safety. **4.** To force, fix, or implant. **5.** To register (a charge) in court or with an appropriate party : FILE. **6.** To vest (e.g., authority). **7.** *Archaic.* To beat (crops) down flat. —vi. **1. a.** To live in a place temporarily. **b.** To rent accommodations, esp. for sleeping. **2.** To be or become embedded. **lodge·ment** (lŏj′mənt) n. var. of LODGMENT.

**lodge·pole pine** (lŏj′pōl′) n. A pine, *Pinus contorta* of western North America, having light wood used in construction.

**lodg·er** (lŏj′ər) n. One that lodges, esp. one who rents and lives in a furnished room.

**lodg·ing** (lŏj′ĭng) n. **1.** A place to live. **2.** *often* lodgings. Sleeping accommodations. **3.** lodgings. Rented rooms.

**lodg·ment** also **lodge·ment** (lŏj′mənt) n. **1.** The act of lodging or state of being lodged. **2.** A place for lodging. **3.** An accumulation or deposit. **4.** A military foothold gained in enemy territory.

**lod·i·cule** (lŏd′ĭ-kyōōl′) n. [Lat. *lodicula,* small blanket, dim. of *lodix,* blanket.] One of the small scales at the base of each flower in grasses.

**lo·ess** (lō′ĭs, lĕs, lŭs) n. [G. *Löss* < dial. G. *Lösch* < *lösch,* loose.] A buff to gray, fine-grained, calcareous clay or silt, held to be a deposit of wind-blown dust. —**lo·es′sal** or **lo·es′sic** adj.

**loft** (lôft, lŏft) n. [ME, upstairs room < OE *loft,* air.] **1.** A large, usu. un-partitioned floor over an industrial or commercial space. **2.** An open space under a roof : ATTIC. **3.** A balcony or gallery, as in a church. **4.** A hayloft. **5. a.** A coop for keeping pigeons. **b.** A flock of pigeons kept in a loft. **6.** A large room where full-scale plans of a vessel are laid out or where rigging is assembled <a sail *loft>* **7. a.** The backward slant of the face of a golf club head, designed to drive the ball in a high arc. **b.** A golf stroke that drives the ball in such an arc. **c.** The upward course of a ball driven in such an arc. —vt. **loft·ed, loft·ing, lofts. 1.** To place, keep, or store in a loft. **2.** To propel in a high arc. **3.** To lay out a drawing of (e.g., the parts of a ship's engine).

**loft·y** (lôf′tē, lŏf′-) adj. -i·er, -i·est. [ME, noble < *loft,* upstairs room. —see LOFT.] **1.** Of impressive height. **2.** Elevated in character : AUGUST. **3.** Haughtily proud. —**loft′i·ly** adv. —**loft′i·ness** n.

**log**[1] (lôg, lŏg) n. [ME.] **1. a.** A usu. large trunk of a fallen tree. **b.** A long thick section of trimmed but unhewn timber. **2.** A device ruled from a ship to determine its speed. **3. a.** A record of speed, progress, and important events, kept on a ship or aircraft. **b.** The book in which such a record is kept. **c.** A similar record or journal. —v. logged, log·ging, logs. —vt. **1. a.** To cut down the timber of (a section of land). **b.** To cut (trees) into logs. **2. a.** To enter in a ship's or aircraft's log. **b.** To travel (a specified distance, time, or speed). **3.** To engage in logging <*logged* 25 years with the same firm> —vi. To engage in logging. —**log in** (or **on**). *Computer Sci.* To enter into a computer the information necessary to begin a session. —**log out** (or **off**). *Computer Sci.* To end the command to end a session.

**log**[2] (lôg, lŏg) n. Logarithm.

**log—** pref. var. of LOGO—.

**—log** suff. var. of —LOGUE.

**lo·gan·ber·ry** (lō′gən-bĕr′ē) n. [After James H. Logan (1841–1928).] **1.** A trailing prickly plant, *Rubus loganobaccus,* cultivated for its edible acidic fruit. **2.** The red fruit of the loganberry.

**log·a·rithm** (lô′gə-rĭth′əm, lŏg′ə-) n. [NLat. *logarithmus* : Gk. *logos,* reason + *arithmos,* number.] The exponent indicating the power to which a fixed number, the base, must be raised to produce a given number; e.g., if n = a, the logarithm of a, with n as the base, is x, symbolically, $\log_a a = x$. —**log′a·rith′mic** (-rĭth′mĭk), **log′a·rith′mi·cal** adj. —**log′a·rith′mi·cal·ly** adv.

**log·book** (lôg′bŏŏk′, lŏg′-) n. The official record book of a ship or aircraft.

**loge** (lōzh) n. [Fr. < OFr., lodge.] **1.** A small compartment, esp. a box in a theater. **2.** The front rows of a theater's mezzanine.

**log·ger** (lô′gər, lŏg′ər) n. **1.** A lumberjack. **2.** A machine for loading logs.

**log·ger·head** (lô′gər-hĕd′, lŏg′ər-) n. [Prob. dial. *logger,* wooden block (< LOG) + HEAD.] **1.** A marine turtle, *Caretta caretta,* with a large beaked head. **2.** An iron tool having a long handle with a bulbous end, used when heated to melt tar or warm liquids. **3.** A post on a whaleboat used to help secure a rope holding a harpooned whale. **4. a.** *Informal.* A blockhead : dolt. **b.** A disproportionately large head. —**at loggerheads.** In a dispute : at odds.

**loggerhead shrike** n. A North American bird, *Lanius ludovicianus,* with gray and white plumage and a hooked beak.

**log·gi·a** (lō′jē-ə, lŏj′ē-ə) n. [Ital. < Fr. *loge.* —see LOGE.] **1.** A roofed but open gallery or arcade along the front or side of a building, often at an upper level. **2.** An open balcony in a theater.

**log·ging** (lô′gĭng, lŏg′ĭng) n. The work or business of felling trees and conveying the logs to a mill.

**lo·gi·a** (lŏ′gē-ə) n. pl. of LOGION.

**log·ic** (lŏj′ĭk) n. [ME < OFr. *logique* < Lat. *logica* < Gk. *logikē* < *logikos,* of reason < *logos,* reason.] **1.** Study of the principles of reasoning, esp. of the structure of propositions as distinguished from their content and of method and validity in deductive reasoning. **2. a.** A system of reasoning. **b.** A mode of reasoning. **c.** The formal guiding principles of a school, discipline, or science. **3.** Valid reasoning. **4.** The relationship of element to element to whole in a set of objects, principles, individuals, or events. **5.** *Computer Sci.* **a.** The nonarithmetic operations performed by a computer, such as sorting, that involve yes-no decisions. **b.** Computer circuitry. **c.** Graphic representation of computer circuitry.

**log·i·cal** (lŏj′ĭ-kəl) adj. **1.** Of, relating to, in accord with, or of the nature of logic. **2.** Displaying consistency in reasoning. **3.** Reasonable on the basis of previous events or statements <a *logical* conclusion> **4.** Able to reason clearly. —**log′i·cal′i·ty** (-kăl′ĭ-tē), **log′i·cal·ness** n. —**log′i·cal·ly** adv.

*★ syns:* **1.** LOGICAL, CONSEQUENT, INTELLIGENT, RATIONAL, REASONABLE, SENSIBLE adj. *core meaning* : consistent with reason and intellect <a *logical* explanation of the phenomena> **2.** LOGICAL, ANALYTICAL, RATIOCINATIVE, RATIONAL adj. *core meaning* : able to reason validly <a *logical* mind>

**logical circuit** n. *Computer Sci.* A switching circuit that performs an arithmetic logic function.

**logical positivism** n. A philosophy asserting that in assessing truth observation has primacy and that metaphysical and subjective arguments not based on it are meaningless.

**logic circuit** n. A logical circuit.

**lo·gi·cian** (lō-jĭsh′ən) n. A practitioner of a system of logic.

**lo·gi·on** (lō′gē-ŏn′) n., pl. **-gi·a** (-gē-ə′) [Gk., oracle < *logos,* word.] One of the sayings of Jesus not recorded in the Gospels but thought to have belonged to the same source material from which they were compiled.

**lo·gis·tic** (lō-jĭs′tĭk) also **lo·gis·ti·cal** (-tĭ-kəl) adj. [Gk. *logistikos,* of calculation < *logistēs,* calculator < *logizein,* to calculate < *logos,* reckoning.] **1.** Of or relating to symbolic logic. **2.** Of or relating to logistics. —**lo′gis·ti′cian** (-jĭ-stĭsh′ən) n.

**lo·gis·tics** (lō-jĭs′tĭks, lə-) n. (sing. or pl. in number). The procurement, maintenance, distribution, and replacement of personnel and materiel.

**log·jam** (lôg′jăm′, lŏg′-) n. **1.** An immovable mass of floating logs crowded together. **2.** A deadlock, as in negotiations.

**log·nor·mal** (lôg-nôr′məl, lŏg-) adj. Of, pertaining to, or being a logarithmic function with a normal distribution. —**log′nor·mal′i·ty** (-măl′ĭ-tē) n. —**log·nor′mal·ly** adv.

**lo·go** (lō′gō′, lŏg′ō′) n., pl. **-gos.** LOGOTYPE 2.

**logo—** or **log—** pref. [Gk. < *logos,* word, speech.] Word : speech <*logogram*>

**log·o·gram** (lô′gə-grăm′, lŏg′ə-) n. A symbol or letter representing an entire word, as & for *cents* or £ for *pounds.* —**log′o·gram·mat′ic** (-grə-măt′ĭk) adj. —**log′o·gram·mat′i·cal·ly** adv.

**log·o·graph** (lô′gə-grăf′, lŏg′ə-) n. A logogram. —**log′o·graph′ic** adj. —**log′o·graph′i·cal·ly** adv.

**log·og·ra·phy** (lō-gŏg′rə-fē) n. The use of logotypes in printing and design.

**log·o·griph** (lô′gə-grĭf′, lŏg′ə-) n. [Fr. *logogriphe* : Gk. *logos,* word + Gk. *griphos,* fishing basket.] A word puzzle, as an anagram.

**log·os** (lō′gŏs′, lō′gōs′) n. [Gk., reason.] **1.** Cosmic reason, affirmed in ancient Greek philosophy as the source of world order and intelligibility. **2.** The self-revealing thought and will of God, as explicated in the Gospel of John, often associated with the second person of the Trinity.

**lo·go·type** (lô′gə-tīp′, lŏg′ə-) n. **1.** A single piece of type bearing two or more usu. separate elements. **2.** The name, trademark, or symbol of a company or publication, borne on one printing plate or piece of type.

**log·roll** (lôg′rōl′, lŏg′-) v. **-rolled, -roll·ing, -rolls.** —vt. To work toward the passage of (legislation) by logrolling. —vi. To engage in political logrolling.

**log·roll·ing** (lôg′rō′lĭng, lŏg′-) n. **1.** Birling. **2.** Exchange of political favors, esp. the trading of votes or influence among legislators to achieve passage of mutually advantageous projects. —**log′roll′er** n. —**logue** or **—log** suff. [Gk. *—logos* < *legein,* to speak.] Speech : discourse <*travelogue*>

**log·wood** (lôg′wŏŏd′, lŏg′-) n. **1.** A tropical American tree, *Haematoxylon campechianum,* with dark heartwood from which a dyestuff is obtained. **2. a.** The heartwood of the logwood. **b.** The blackish or brownish dye obtained from this heartwood.

Case 1:05-cv-00314-GMS    Document 51    Filed 04/17/2006    Page 44 of 46

A035

precook • pre-emptive

of being recalled although not present in the conscious mind. —**pre·con′scious·ly** adv.

**pre·cook** (prē-kook′) v. **-cooked, -cook·ing, -cooks.** To cook in advance or cook partially before final cooking.

**pre·crit·i·cal** (prē-krĭt′ĭ-kəl) adj. Being or occurring prior to the occurrence of a critical condition.

**pre·cur·sive** (prĭ-kûr′sĭv) adj. Precursory.

**pre·cur·sor** (prĭ-kûr′sər, prē′kûr′sər) n. [Lat. praecursor < praecurrere, to run before : prae-, before + currere, to run.] **1.** One that precedes and indicates or announces another to come : FORERUNNER 2. One that precedes another : PREDECESSOR.

**pre·cur·so·ry** (prĭ-kûr′sə-rē) adj. **1.** Preceding as a precursor : PRELIMINARY. **2.** Suggesting or designating something to follow.

**pre·da·cious** or **pre·da·ceous** (prĭ-dā′shəs) adj. [< Lat. praedari, to plunder < praeda, booty.] PREDATORY 2. —**pre·da′cious·ness, pre·dac′i·ty** (-dăs′ĭ-tē) n.

**pre·date** (prē-dāt′) v. **-dat·ed, -dat·ing, -dates. 1.** To mark or designate with a date earlier than the actual one. **2.** To precede in time : ANTEDATE.

**pre·da·tion** (prĭ-dā′shən) n. [Lat. praedatio < praedari, to plunder < praeda, booty.] **1.** The act or practice of marauding or plundering. **2.** Capture of prey as a means of sustaining life.

**pred·a·tor** (prĕd′ə-tər, -tôr′) n. [Lat. praedator, pillager < praedari, to plunder < praeda, booty.] **1.** An animal that lives by preying on others. **2.** One who abuses or plunders other people for his or her own gain.

**pred·a·to·ry** (prĕd′ə-tôr′ē, -tōr′ē) adj. [Lat. praedatorius < praedari, to plunder < praeda, booty.] **1.** Of, pertaining to, or characterized by plundering, pillaging, or marauding. **2.** Preying on other animals : PREDACIOUS. **3.** Marked by a tendency to victimize or destroy others for one's own benefit. —**pred′a·to′ri·ly** adv. —**pred′a·to′ri·ness** n.

**pre·dawn** (prē′dôn′) n. The time just before dawn.

**pre·de·cease** (prē′dĭ-sēs′) v. **-ceased, -ceas·ing, -ceas·es.** To die before (another person).

**pred·e·ces·sor** (prĕd′ĭ-sĕs′ər, prē′dĭ-) n. [ME predecessour < OFr. predecesseur < LLat. praedecessor : Lat. prae-, before + Lat. decessor, someone who leaves < decedere, to depart (de-, away + cedere, to go).] **1.** One who comes before another in time, esp. in an office or position. **2.** Something that has been succeeded by another. **3.** An ancestor : forefather.

**pre·des·ti·nar·i·an** (prē-dĕs′tə-nâr′ē-ən) adj. **1.** Of or relating to predestination. **2.** Believing in or based on the doctrine of predestination. —n. A believer in the doctrine of predestination. —**pre·des′ti·nar′i·an·ism** n.

**pre·des·ti·nate** (prē-dĕs′tə-nāt′) v. **-nat·ed, -nat·ing, -nates.** [ME predestinaten < Lat. praedestinare. —see PREDESTINE.] **1.** To determine or destine in advance : FOREORDAIN. **2.** To predestine. —adj. (prē-dĕs′tə-nĭt, -nāt′). Foreordained : predestined.

**pre·des·ti·na·tion** (prē-dĕs′tə-nā′shən) n. **1.** The act of predestining or the state of being predestined. **2. a.** The act whereby God is believed to have foreordained all things. **b.** Relegation of all souls either to salvation or to damnation by this act. **c.** The doctrine that God has foreordained all things, esp. the salvation of individual souls. **3.** Destiny : fate.

**pre·des·tine** (prē-dĕs′tĭn) v. **-tined, -tin·ing, -tines.** [ME predestinen < OFr. predestiner < Lat. praedestinare : prae-, before + destinare, to determine.] **1.** To fix upon, decide, or decree in advance : FOREORDAIN. **2.** To foreordain by divine decree or will.

**pre·de·ter·mine** (prē′dĭ-tûr′mĭn) v. **-mined, -min·ing, -mines.** [LLat. praedeterminare : Lat. prae-, before + Lat. determinare, to limit. —see DETERMINE.] **1.** To determine, decide, or establish ahead of time <Weather predetermines crop production.> **2.** To influence or sway toward an opinion or action : PREDISPOSE. —**pre′de·ter′mi·na′tion** n. —**pre′de·ter′mi·na′tive** (-mə-nā′tĭv, -nə-tĭv) adj. —**pre′de·ter′min·er** n.

**pre·di·al** (prē′dē-əl) adj. var. of PRAEDIAL.

**pred·i·ca·ble** (prĕd′ĭ-kə-bəl) adj. [Med. Lat. praedicabilis < LLat. praedicamentum < praedicare, to proclaim. —see PREACH.] Able to be stated or predicated. —n. **1.** Something that can be predicated : ATTRIBUTE. **2.** Logic. One of five general attributes of a class—genus, species, property, difference, and accident—designating the peculiar relation between a predicate and its subject regardless of the quantity or quality of a proposition. —**pred′i·ca·bil′i·ty, pred′i·ca·ble·ness** n.

**pred·i·ca·ment** (prĭ-dĭk′ə-mənt) n. [ME, something predicated < LLat. praedicamentum < praedicare, to proclaim. —see PREACH.] **1.** An embarrassing or troublesome situation. **2.** Logic. CATEGORY 2. —**pre·dic′a·men′tal** (-mĕn′tl) adj. —**pre·dic′a·men′tal·ly** adv.

**pred·i·cate** (prĕd′ĭ-kāt′) v. **-cat·ed, -cat·ing, -cates.** [Lat. praedicare, praedicat-, to proclaim. —see PREACH.] —v.t. **1.** To base or establish (e.g., a statement) <I predicate my opinion on these points.> **2.** To state or affirm as an attribute or quality <predicates the restlessness of youth.> **3.** To carry the connotation of : IMPLY. **4.** Logic. To make (a term or expression) the predicate of a proposition. **5.** To proclaim : assert. —v.i. To make a statement or assertion. —n. (prĕd′ĭ-kĭt). **1.** That part of a sentence or clause that states something about the subject, composed of a verb and often including objects, modifiers,

or complements of the verb. **2.** Logic. Whatever is stated about the subject of a proposition. —adj. (prĕd′ĭ-kĭt). **1.** Of or belonging to the predicate of a sentence or clause. **2.** Stated : predicated. —**pred′i·ca′tive** adj. —**pred′i·ca′tive·ly** adv.

**predicate nominative** n. A noun or pronoun following a linking verb and referring to the same person or thing as the subject of the verb.

**pred·i·ca·tion** (prĕd′ĭ-kā′shən) n. **1.** The act or procedure of predicating, esp. a logical assertion or affirmation. **2.** Something predicated. —**pred′i·ca′tion·al** adj.

**pred·i·ca·to·ry** (prĕd′ĭ-kə-tôr′ē, -tōr′ē) adj. [LLat. praedicatorius < Lat. praedicare, to proclaim. —see PREACH.] Of, relating to, or typical of preaching or a preacher.

**pre·dict** (prĭ-dĭkt′) v. **-dict·ed, -dict·ing, -dicts.** [Lat. praedicere, praedict- : prae-, before + dicere, to say.] —v.t. To state, tell about, or make known beforehand, esp. on the basis of special knowledge. —v.i. To foretell what will happen : PROPHESY. —**pre·dict′a·bil′i·ty** n. —**pre·dict′a·ble** adj. —**pre·dict′a·bly** adv. —**pre·dic′tor** n.

★ SYNS: PREDICT, FORECAST, FORETELL, FORETOKEN, PROGNOSTICATE. v. core meaning : to tell about or make known (future events) in advance, esp. by means of special knowledge or inference <predicted the rise in gasoline prices>

**pre·dic·tion** (prĭ-dĭk′shən) n. **1.** An act of predicting. **2.** Something predicted : PROPHECY. —**pre·dic′tive** adj. —**pre·dic′tive·ly** adv. —**pre·dic′tive·ness** n.

**pre·di·gest** (prē′dī-jĕst′, -dĭ-jĕst′) v. **-gest·ed, -gest·ing, -gests.** To subject to partial digestion. —**pre′di·ges′tion** n.

**pre·di·lec·tion** (prĕd′l-ĕk′shən, prēd′-) n. [Fr. prédilection < Med. Lat. praediligere, to prefer : Lat. prae-, before + Lat. diligere, to love. —see DILIGENT.] Partiality or disposition in favor of something.

**pre·dis·pose** (prē′dĭ-spōz′) v. **-posed, -pos·ing, -pos·es. 1.** To make (someone) inclined in favor something in advance <was predisposed to like the new house> **2.** To make susceptible or liable <conditions that predispose migrant farm workers to health problems> **3.** Archaic. To settle in advance. —**pre′dis·pos′al** n. —**pre′dis·po·si′tion** (prē′dĭs-pə-zĭsh′ən) n.

**pred·ni·sone** (prĕd′nĭ-sōn′, -zōn′) n. [E. pregnane, a hydrocarbon + D(I)- + -(E)N(E) + (CORT)ISONE.] An analog of cortisone, C₂₁H₂₆O₅, used as an anti-inflammatory agent for treating arthritis.

**pre·doc·tor·al** (prē-dŏk′tər-əl) adj. Of, relating to, or engaged in advanced academic study for a doctorate.

**pre·dom·i·nant** (prĭ-dŏm′ə-nənt) adj. [OFr. < Med. Lat. praedominans, part. of praedominari, to predominate.] **1.** Having greatest ascendancy, importance, influence, authority, or force : PREPONDERANT. **2.** Most common or conspicuous : PREVALENT <the predominant geometric pattern in a design> —**pre·dom′i·nance** (-nəns), **pre·dom′i·nan·cy** (-nən-sē) n. —**pre·dom′i·nant·ly** adv.

**pre·dom·i·nate** (prĭ-dŏm′ə-nāt′) v. **-nat·ed, -nat·ing, -nates.** [Med. Lat. praedominari, praedominat- : Lat. prae-, before + Lat. dominari, to rule < dominus, master.] —v.i. **1.** To be of greater power, importance, or quantity : PREPONDERATE. **2.** To have authority, power, or controlling influence. —v.t. To prevail over. —**pre·dom′i·nate·ly** (-nĭt-lē) adv. —**pre·dom′i·nat′ing·ly** adv. —**pre·dom′i·na′tion** n. —**pre·dom′i·na′tor** n.

**pree·mie** also **pre·mie** (prē′mē) n. [Shortening and alteration of PREMATURE.] Informal. An infant born prematurely.

**pre·em·i·nent** or **pre-em·i·nent** (prē-ĕm′ə-nənt) adj. [LLat. praeeminens, part. of Lat. praeeminere, to excel : prae-, before + eminere, to stand out.] Superior to or notable above all others : OUTSTANDING. —**pre·em′i·nence** n. —**pre·em′i·nent·ly** adv.

**pre·em·ploy·ment** (prē′ĕm-ploi′mənt) adj. Of or occurring at a time before employment <preemployment examinations>

**pre·empt** or **pre-empt** (prē-ĕmpt′) v. **-empt·ed, -empt·ing, -empts.** [Back-formation < PRE-EMPTION.] —v.t. **1.** To acquire ownership of by prior right or opportunity, esp. to settle on (public land) so as to gain the right to buy before others. **2.** To appropriate, seize, or act for oneself before others. **3.** To be presented in place of : DISPLACE <Olympic games coverage pre-empted regular network programs.> **4.** To take precedence over <The problem of declining sales pre-empted discussion of other matters.> **5.** To gain a pre-eminent place in <a candidate who pre-empted all others in the race> —v.i. To make a pre-emptive bid in bridge. —**pre·emp′tor** (-ĕmp′tər) n. —**pre·emp′to·ry** (-ĕmp′tə-rē) adj.

**pre·emp·tion** or **pre-emp·tion** (prē-ĕmp′shən) n. [< Med. Lat. praeemere, to buy before : Lat. prae-, before + Lat. emere, to buy.] **1. a.** The right to purchase something, esp. government-owned land, before others. **b.** A purchase made when such a right is granted. **2.** Acquisition or appropriation of something beforehand.

**pre·emp·tive** or **pre-emp·tive** (prē-ĕmp′tĭv) adj. **1.** Of, relating to, or typical of pre-emption. **2.** Having or granted by the right of preemption. **3.** Designating or typical of a bid in bridge that is unnecessarily high and is meant to keep the opposing players from bidding. **4.** Composing or pertaining to a military strike made so as to secure an

| ă pat | ā pay | âr care | ä father | ĕ pet | ē be | hw which | ĭ pit |
|-------|-------|---------|----------|-------|------|----------|-------|
| ī tie | îr pier | ŏ pot | ō toe | ô paw, for | oi noise | oŏ took | |

**re·sist·a·ble** (rĭ-zĭs′tə-bəl) *adj.* Capable of being resisted. —**re·sist′i·bil′i·ty** *n.* —**re·sist′i·bly** *adv.*

**re·sis·tive** (rĭ-zĭs′tĭv) *adj.* Capable of, tending toward, or marked by resistance <a cat *resistive* to travel> —**re·sis′tive·ly** *adv.* —**re·sis′tive·ness** *n.*

**re·sis·tiv·i·ty** (rē′zĭs-tĭv′ĭ-tē) *n.* 1. Capacity for or tendency toward resistance. 2. *Elect.* The resistance per unit length of a substance with uniform cross section.

**re·sist·less** (rĭ-zĭst′lĭs) *adj.* 1. Incapable of being resisted : IRRESISTIBLE. 2. Unable to resist : UNRESISTING. —**re·sist′less·ly** *adv.* —**re·sist′less·ness** *n.*

**re·sis·tor** (rĭ-zĭs′tər) *n.* An electric circuit element used for providing resistance.

**res ju·di·ca·ta** (rĕz′ jōō′dĭ-kä′tə) *also* **res ad·ju·di·ca·ta** (rĕz′ ə-jōō′-) *n.* [Lat., thing decided.] *Law.* An adjudicated precedent.

**re·sole** (rē-sōl′) *vt.* **-soled, -sol·ing, -soles.** To put a new sole on (footwear).

**re·sol·u·ble** (rĭ-zŏl′yə-bəl) *adj.* [LLat. *resolubilis* < Lat. *resolvere*, to resolve.] Capable of being resolved. —**re·sol′u·bil′i·ty** *n.*

**res·o·lute** (rĕz′ə-lōōt′) *adj.* [Lat. *resolutus*, p.part. of *resolvere*, to resolve.] Marked by firmness or determination : UNWAVERING. —**res′o·lute′ly** *adv.* —**res′o·lute′ness** *n.*

**res·o·lu·tion** (rĕz′ə-lōō′shən) *n.* 1. Firm determination. 2. An act of resolving to do something. 3. A course of action determined or decided on. 4. A formal statement of a decision or expression of opinion put before or adopted by an assembly such as the U.S. Congress. 5. Separation or reduction of something into its constituent parts <the prismatic *resolution* of sunlight into its spectral colors> 6. The fineness of detail that can be distinguished in an image, as on a computer screen or printout. 7. *Med.* Abatement or termination of an abnormal condition, as a fever or inflammation. 8. A decision of a court of law. 9. An explanation, as of a puzzle or problem : SOLUTION. 10. *Mus.* a. The progression of a dissonant tone or chord to a consonant tone or chord. b. The tone or chord to which such a progression is made.

**re·solve** (rĭ-zŏlv′) *v.* **-solved, -solv·ing, -solves.** [ME *resolven*, to dissolve < Lat. *resolvere*, to untie : *re-*, back + *solvere*, to untie.] —*vt.* 1. To make a firm decision about. 2. To cause (one) to arrive at a decision. 3. To decide or express by formal vote. 4. To separate (something) into constituent parts. 5. To change or convert <My resentment *resolved* itself into resignation.> 6. To reach a solution to : SOLVE. 7. To dispel or remove (doubts) : explain away. 8. To bring to a usu. successful conclusion <*resolve* a dilemma> 9. *Med.* To cause reduction of (e.g., an inflammation). 10. *Mus.* To cause (a tone or chord) to progress from dissonance to consonance. 11. *Chem.* To separate (a racemic compound or mixture) into its optically active constituents. 12. To make visible and distinguish parts of (an image). 13. *Math.* To separate (e.g., a vector) into coordinate components. 14. To melt or dissolve (something). —*vi.* 1. To arrive at a decision or make a determination <*resolve* on a new proposal> 2. To become separated or reduced to components. 3. *Mus.* To undergo resolution. —*n.* 1. Steadfastness of purpose : RESOLUTION. 2. A fixed intention or decision. 3. A formal resolution made by a deliberative body. —**re·solv′a·bil′i·ty, re·solv′a·ble·ness** *n.* —**re·solv′a·ble** *adj.* —**re·solv′ed·ly** (-zŏl′vĭd-lē) *adv.* —**re·solv′er** *n.*

**re·sol·vent** (rĭ-zŏl′vənt) *adj.* Causing or capable of causing separation into constituents : SOLVENT. —*n.* A resolvent substance, esp. an anti-inflammatory medicine.

**res·o·nance** (rĕz′ə-nəns) *n.* 1. The quality or state of being resonant. 2. *Physics.* a. Enhancement of the response of an electric or mechanical system to a periodic driving force when the driving frequency is equal to the natural undamped frequency of the system. b. The condition of a system of subatomic particles in which the probability of a particular reaction, as for nuclear capture of a neutron, is a maximum. c. The event corresponding to such a maximum, esp. the formation of a particle state with but a few possible modes of decay and marked by a lifetime considerably longer than neighboring states. 3. Intensification and prolongation of sound, esp. of a musical tone, caused by sympathetic vibration. 4. *Med.* The sound caused by diagnostic percussion of the normal chest. 5. *Chem.* The phenomenon of interrelated alternative bond structures in certain molecules, caused by redistribution of valence electrons without change in the relative positions of bound atoms and resulting in highly stable compounds. 6. Intensification of vocal tones during articulation.

**res·o·nant** (rĕz′ə-nənt) *adj.* [Lat. *resonans, resonant-*, pr.part. of *resonare*, to resound.] 1. Of, relating to, or showing resonance. 2. a. Producing resonance. b. Having or producing a full, deep, or rich sound <a *resonant* baritone> 3. Resulting from or as if from resonance <*resonant* amplification> —**res′o·nant·ly** *adv.*

★ *syns:* RESONANT, MELLOW, RESOUNDING, SONOROUS, VIBRANT *adj. core meaning* : having or producing a full, deep, or rich sound <a *resonant* baritone>

**resonant circuit** *n.* An electric circuit with inductance and capacitance selected to produce a specified value of the natural frequency of the circuit.

**res·o·nate** (rĕz′ə-nāt′) *v.* **-nat·ed, -nat·ing, -nates.** [Lat. *resonare, resonat-.* —see RESOUND.] —*vi.* 1. To exhibit or produce resonance or resonant effects. 2. To resound. —*vt.* To subject to resonating. —**res′o·na′tion** *n.*

**res·o·na·tor** (rĕz′ə-nā′tər) *n.* 1. A resonating system. 2. a. A hollow chamber or cavity with dimensions selected to allow internal resonant oscillation of electromagnetic or acoustical waves of specific frequencies. b. *Electron.* A microwave-generating tube or device containing such resonant chambers or cavities. c. *Electron.* A resonant circuit.

**re·sorb** (rē-sôrb′, -zôrb′) *v.* **-sorbed, -sorb·ing, -sorbs.** [Lat. *resorbere*, to suck back : *re-*, back + *sorbere*, to suck up.] —*vt.* 1. To absorb again. 2. *Biol.* To break down or dissolve and assimilate (e.g., bone tissue). —*vi.* To undergo resorption. —**re·sorp′tion** (-sôrp′-shən, -zôrp′-) *n.*

**res·or·cin·ol** (rə-zôr′sə-nôl′, -nŏl′) *also* **res·or·cin** (rə-zôr′sĭn) *n.* [RES(IN) + ORC(HIL) + -IN + -OL.] A white crystalline compound, $C_6H_4(OH)_2$, for treating certain skin diseases and in dyes, resin adhesives, and pharmaceuticals.

**re·sort** (rĭ-zôrt′) *vi.* **-sort·ed, -sort·ing, -sorts.** [ME *resorten*, to return < OFr. *resortir*, to go out again : *re-*, again + *sortir*, to go out.] 1. To have recourse <The government *resorted* to rationing.> 2. To go commonly or often : REPAIR. —*n.* 1. A place visited by people for relaxation or recreation <a ski *resort*> 2. A customary or frequent going or gathering <a well-known spot of *resort*> 3. Recourse. 4. One turned to for aid or relief.

**re·sound** (rĭ-zound′) *v.* **-sound·ed, -sound·ing, -sounds.** [ME *resounen* < OFr. *resoner* < Lat. *resonare* : *re-*, again + *sonare*, to sound.] —*vi.* 1. To be filled with sound : REVERBERATE. 2. To make a loud, long, or reverberating sound. 3. To sound loudly : RING. 4. To become famous or celebrated. —*vt.* 1. To send back (sound). 2. To utter or emit loudly. 3. To proclaim widely : CELEBRATE. —**re·sound′ing** *adj.* —**re·sound′ing·ly** *adv.*

**re·source** (rē′sôrs′, -sōrs′, -zôrs′, -zōrs′, rĭ-sôrs′, sōrs′, -zôrs′, -zōrs′) *n.* [Fr. *ressource* < OFr. *ressourse* < *resourdre*, to rise again < Lat. *resurgere* : *re-*, again + *surgere*, to rise.] 1. Something that can be looked to for support or aid. 2. An ability to handle a situation in an effective manner. 4. *often* **resources.** Means that can be used profitably. 5. *often* **resources.** Available capital : ASSETS. 6. A way of spending one's leisure time.

**re·source·ful** (rĭ-sôrs′fəl, -sōrs′-, -zôrs′-, -zōrs′-) *adj.* Able to use the means at one's disposal to meet situations effectively. —**re·source′ful·ly** *adv.* —**re·source′ful·ness** *n.*

★ *syns:* RESOURCEFUL, FERTILE, INGENIOUS, INVENTIVE *adj. core meaning* : able to use the means at one's disposal to meet situations effectively <an intelligent, *resourceful* commander>

**re·spect** (rĭ-spĕkt′) *vt.* **-spect·ed, -spect·ing, -spects.** [Lat. *respicere, respect-* : *re-*, back + *specere*, to look.] 1. To feel or show deferential regard for : ESTEEM. 2. To avoid violation of or interference with. 3. To relate or refer to : CONCERN. —*n.* 1. Deferential regard : ESTEEM. 2. The state of being regarded with deference or esteem. 3. Willingness to show consideration or appreciation. 4. **respects.** Polite expressions of consideration or deference <paid our *respects*> 5. A specific aspect, feature, or detail. 6. Relation : reference. —**re·spect′er** *n.*

**re·spect·a·ble** (rĭ-spĕk′tə-bəl) *adj.* 1. Deserving respect or esteem : WORTHY. 2. Of or good or fitting for correct behavior or conventional conduct. 3. Of reasonably good quality <*respectable* painting> 4. Considerable in amount, number, or size <a *respectable* sum of money> 5. Acceptable in appearance : PRESENTABLE <a *respectable* pair of shoes> —**re·spect′a·bil′i·ty** (-bĭl′ĭ-tē), **re·spect′a·ble·ness** *n.* —**re·spect′a·bly** *adv.*

**re·spect·ful** (rĭ-spĕkt′fəl) *adj.* Displaying or marked by appropriate respect. —**re·spect′ful·ly** *adv.* —**re·spect′ful·ness** *n.*

**re·spect·ing** (rĭ-spĕk′tĭng) *prep.* With respect to.

**re·spec·tive** (rĭ-spĕk′tĭv) *adj.* Relating to two or more persons or things considered individually : PARTICULAR <our *respective* contributions> —**re·spec′tive·ness** *n.*

**re·spec·tive·ly** (rĭ-spĕk′tĭv-lē) *adv.* Singly in the order indicated or mentioned <speaking to each camper *respectively*>

**re·spell** (rē-spĕl′) *vt.* **-spelled** *or* **-spelt** (-spĕlt′), **-spell·ing, -spells.** To spell again or in a new way, esp. by using a phonetic alphabet.

**res·pi·ra·ble** (rĕs′pər-ə-bəl, rĭ-spīr′-) *adj.* 1. Suitable for breathing. 2. Capable of being inhaled. —**res′pi·ra·bil′i·ty** *n.*

**res·pi·ra·tion** (rĕs′pə-rā′shən) *n.* 1. The act or process of inhaling and exhaling : BREATHING. 2. The metabolic process by which an organism assimilates oxygen and releases carbon dioxide and other products of oxidation. —**res′pi·ra′tion·al** *adj.*

**res·pi·ra·tor** (rĕs′pə-rā′tər) *n.* 1. An apparatus used in administering artificial respiration. 2. A screenlike device worn over the mouth or nose or both to protect the respiratory tract.

**res·pi·ra·to·ry** (rĕs′pər-ə-tôr′ē, -tōr′ē, rĭ-spīr′-) *adj.* Of, relating to, affecting, or used in respiration.

**respiratory distress syndrome** *n.* A disease of newborn babies, esp. premature babies, characterized by distressful breathing, cyanosis, and the formation of a glassy membrane in the lungs.

| ă pat | ā pay | âr care | ä father | ĕ pet | ē be | hw which | ĭ pit |
| ī tie | îr pier | ŏ toe | ō toe | ô paw, for | oi noise | ŏŏ took |