**Ti·tan** (tīt′n) *n.* [Gk.] **1.** *Gk. Myth.* One of a family of giants, the children of Uranus and Gaea, who sought to rule heaven and were overthrown and supplanted by the family of Zeus. **2.** titan A person of colossal size, strength, or achievement <a titan of industry> **3.** *Astron.* Saturn's largest satellite.

**ti·tan·ate** (tīt′n-āt′) *n.* A salt of titanic acid.

**Ti·tan·ess** (tīt′n-ĭs) *n. Gk. Myth.* A female Titan.

**Ti·ta·ni·a** (tĭ-tä′nē-ə, -tān′yə, tĭ) *n.* The queen of the fairies and wife of Oberon in medieval folklore.

**ti·tan·ic¹** (tī-tăn′ĭk) *adj.* **1. a.** Having great stature or enormous strength : HUGE. **b.** Enormous in scope, power, or influence. **2.** Titanic. Of or relating to the Titans. —**ti·tan′i·cal·ly** *adv.*

**ti·tan·ic²** (tī-tăn′ĭk, -tā′nĭk, tĭ-) *adj.* Relating to or containing titanium, esp. with valence 4.

**titanic acid** *n.* **1.** A white, powdered inorganic acid, $H_2TiO_3$, derived from an acid solution of titanates and used as a mordant. **2.** Titanium dioxide.

**ti·tan·if·er·ous** (tīt′n-ĭf′ər-əs) *adj.* Containing or yielding the element titanium.

**Ti·tan·ism** (tīt′n-ĭz′əm) *n.* Defiance of and revolt against the established order or authority.

**ti·tan·ite** (tīt′n-īt′) *n.* [G. Titanit.] Mineral. Sphene.

**ti·ta·ni·um** (tī-tā′nē-əm, tĭ-) *n.* [NLat. < Gk. Titan, Titan.] Symbol **TI** A strong, low-density, highly corrosion-resistant, lustrous white metallic element used in alloys requiring low weight, strength, and high-temperature stability, atomic number 22, atomic weight 47.90.

**titanium dioxide** *n.* A white powder, $TiO_2$, used as an exceptionally opaque white pigment.

**titanium white** *n.* Titanium dioxide used as a pigment with great covering power and durability.

**ti·tan·o·there** (tī-tăn′ə-thîr′) *n.* [NLat. Titanotherium : Gk. Titan, Titan + Gk. thērīon, little beast < thēr, beast.] An extinct herbivorous mammal of the genus Brontotherium and related genera, of the Eocene and Oligocene epochs, resembling the rhinoceros.

**ti·tan·ous** (tī-tăn′əs, -tā′nəs, tĭ-, tīt′n-) *adj.* Relating to or containing titanium, esp. with valence 3.

**tit·bit** (tĭt′bĭt′) *n. var. of* TIDBIT.

**ti·ter** *also* **ti·tre** (tī′tər) *n.* [Fr. < OFr., title.] **1.** The concentration of a substance in solution or the strength of such a substance determined by titration. **2.** The minimum volume needed to cause a particular result in titration.

**tit for tat** *n.* [Alteration of tip for tap.] Repayment in kind.

**tithe** (tīth) *n.* [ME < OE teotha.] **1. a.** A tenth part of one's annual income, either in kind or money, contributed voluntarily for charity or due as a tax for the support of the clergy or church. **2. a.** A tax or assessment of one tenth. **3. a.** A tenth part. **b.** A very small part. —*v.* **tithed, tith·ing, tithes.** —*vt.* **1.** To contribute or pay a tenth part of (one's annual income). **2.** To levy a tithe on. —*vi.* To pay a tithe. —**tith′a·ble** (tī′thə-bəl) *adj.* —**tith′er** (tī′thər) *n.*

**tith·ing** (tī′thĭng) *n.* **1.** The act of levying or paying tithes. **2.** A tithe. **3.** An administrative division consisting of ten householders in the old English system of frankpledge.

**ti·ti¹** (tī′tī′, tē′tē′) *n.* [Orig. unknown.] A New World shrub of the genus Cyrilla and related genera, esp. C. racemiflora of warm swamps, with leathery leaves, white flower clusters, and yellow fruit.

**ti·ti²** (tē-tē′) *n.* [Sp., perh. of Tupian orig.] A small, long-tailed South American monkey of the genus Callicebus.



**titi²**
2–4 feet including tail

**ti·tian** (tĭsh′ən) *n.* [After Titian (1477–1576), from his frequent use of the color in his paintings.] A brownish orange. —**ti′tian** *adj.*

**tit·il·late** (tĭt′l-āt′) *vt.* **-lat·ed, -lat·ing, -lates.** [Lat. titillare, titillāt-, to tickle.] **1.** To stimulate by touching or tickling lightly. **2.** To excite agreeably. —**tit′il·lat′ing·ly** *adv.* —**tit′il·la′tion** *n.* —**tit′il·la′tive** *adj.*

**tit·lark** (tĭt′lärk′) *n.* [TIT(MOUSE) + LARK.] The pipit.

**ti·tle** (tīt′l) *n.* [ME < OFr. < Lat. titulus.] **1.** An identifying name given to a book, play, film, musical composition, or work of art. **2.** A general or descriptive heading, as of a book chapter. **3. a.** A written mat-

ter included in a movie or in a television show to give credits. **b.** The subtitle in a movie. **4. a.** The heading that names a legal document or statute. **b.** The heading or caption of a legal document in a court proceeding. **5.** A division of a law book, declaration, or bill, generally larger than a section or article. **6.** *Law.* **a.** The coincidence of all the elements that constitute the fullest legal right to control and dispose of property or a claim. **b.** The aggregate evidence that gives rise to a legal right of possession or control. **c.** The evidence of such means. **d.** The instrument constituting this evidence, as a deed. **7.** Something that provides ground for or justifies a claim. **8.** A formal appellation attached to a person or family of office, rank, hereditary privilege, noble birth, attainment, or as a mark of respect. **9.** A descriptive appellation : EPITHET. **10.** A championship in sports. **11. a.** A source of income or area of work required of a candidate for ordination in the Church of England. **b.** A Roman Catholic church in or near Rome having a cardinal for its nominal head. —*vt.* **-tled, -tling, -tles.** To give a title to : confer a name on.

**ti·tled** (tīt′ld) *adj.* Having a title, esp. of nobility.

**ti·tle·hold·er** (tīt′l-hōl′dər) *n.* One that holds a title, esp. for a championship.

**title page** *n.* A page at the front of a book giving the complete title, the names of the author and publisher, and the place of publication.

**tit·mouse** (tĭt′mous′) *n., pl.* **-mice** (-mīs′) [By folk ety. < ME titmose : *tit-* (of Scand. orig.) + mose, titmouse < OE māse, a kind of bird.] **1.** Any of several small North American birds of the genus Parus, having grayish plumage and a pointed crest. **2.** TIT 1.

**ti·trant** (tī′trənt) *n.* A reagent used in titration.

**ti·trate** (tī′trāt′) *v.* **-trat·ed, -trat·ing, -trates.** [Fr. titrer < titre, titer.] —*vt.* To determine the concentration of (a solution) by titration. —*vi.* To perform titration. —**ti′trat′a·ble** *adj.* —**ti′tra′tor** *n.*

**ti·tra·tion** (tī-trā′shən) *n.* Determination of the concentration of a substance in solution by adding to it a standard reagent of known concentration in carefully measured amounts until a reaction of definite and known proportion is completed, as shown by a color change or by electrical measurement, followed by calculation of the unknown concentration.

**ti·tre** (tī′tər) *n. var. of* TITER.

**ti·tri·met·ric** (tī′trə-mĕt′rĭk) *adj.* [TITR(ATION) + -METRIC.] Utilizing titration. —**ti′tri·met′ri·cal·ly** *adv.*

**tit·ter** (tĭt′ər) *vi.* **-tered, -ter·ing, -ters.** [Imit.] To utter a suppressed, nervous giggle. —**tit′ter** *n.* —**tit′ter·er** *n.* —**tit′ter·ing·ly** *adv.*

**tit·tle** (tĭt′l) *n.* [ME titel < Med. Lat. titulus < Lat., title.] **1.** A small diacritical mark, as an accent, vowel mark, or dot over an *i*. **2.** The tiniest bit : IOTA.

**A word history:** The word tittle is a doublet of title, since both are derived from Latin titulus. The Latin word originally meant "label, title," but in Medieval Latin it also meant "a small diacritical mark." The meaning "the tiniest bit" is derived directly from the sense of the Medieval Latin word. It attained currency in English from the translation of Matthew 5:18, which is rendered in the King James Version as "For verily I say unto you, Till heaven and earth pass, one jot or one tittle shall in no wise pass from the law, till all be fulfilled."

**tit·tle-tat·tle** (tĭt′l-tăt′l) *n.* [Redup. of TATTLE.] Petty gossip. —*vi.* **-tled, -tling, -tles.** To engage in gossip.

**tit·tup** (tĭt′əp) *vi.* **-tuped, -tup·ing, -tups** *or* **-tupped, -tup·ping, -tups.** [Imit. of the sound of a horse's hoofs.] To move in a lively, capering way : PRANCE. —**tit′tup** *n.*

**tit·u·ba·tion** (tĭch′ə-bā′shən) *n.* [Lat. titubatio, a staggering < titubare, to stagger.] A scrambling or staggering gait characteristic of some nervous disorders.

**tit·u·lar** (tĭch′ə-lər) *adj.* [< Lat. titulus, title.] **1.** Relating to, having the nature of, or constituting a title. **2.** Existing as such in name only : NOMINAL <the titular head of the department> **3. a.** Having a title. **b.** Related to or coming from a title, as honors. **4.** Having been derived from a title <the titular role in a Shakespearean play> **5.** Of or designating one of the ancient churches in or near Rome from which a cardinal takes his title. —*n. also* **tit·u·lar·y** (tĭch′ə-lĕr′ē), *pl.* **-ies.** One holding a title. —**tit′u·lar·ly** *adv.*

**Ti·tus** (tī′təs) *n.* —See table at BIBLE.

**Ti·u** (tē′ōō) *n.* [OE Tīw.] Norse Myth. The Germanic god of war and the sky.

**tiz·zy** (tĭz′ē) *n., pl.* **-zies.** [Orig. unknown.] *Slang.* A state of nervous confusion or excitement, esp. over trivia.

**Tl** *symbol for* THALLIUM.

**Tlin·git** (tlĭng′gĭt, tlĭng′ĭt) *n., pl.* Tlingit *or* -gits. **1.** A member of an American Indian people inhabiting the coastal areas of southern Alaska and northern British Columbia. **2.** A language family of the Na-Dene phylum consisting only of the language of the Tlingit.

**T lymphocyte** *n.* T cell.

**Tm** *symbol for* THULIUM.

**tme·sis** (tmē′sĭs, mē′-) *n.* [LLat. < Gk. tmēsis, a cutting < temnein, to cut.] Separation of the parts of a compound word by one or more intervening words; e.g., where I go ever instead of wherever I go.

**TNT** (tē′ĕn-tē′) *n.* [T(RI)N(ITRO)T(OLUENE).] Trinitrotoluene.

**to** (tōō, tə when unstressed) *prep.* [ME < OE tō.] **1.** In a direction toward <went to town> <turned to us and spoke> <going back to the

# EXHIBIT 8

**Over 35 million sold!**

*New Words Now!*

# The Merriam-Webster Dictionary

®

**THE WORDS YOU NEED TODAY**

- **Up-to-date**
- **Clear and precise**

Merriam-Webster • 0-87779-911-6 • USA $5.99 • (CAN $7.99)

A039



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

ISBN 0–87779–911–3

The Merriam-Webster Dictionary principal copyright 1994

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

282930QP/B0099

# Preface

This new edition of THE MERRIAM-WEBSTER DICTIONARY is the fifth in a line of Merriam-Webster paperback dictionaries which began in 1947. It is based on and preserves the best aspects of preceding editions, but it also offers much that is new, drawing specifically on *Merriam-Webster's Collegiate Dictionary, Tenth Edition*, which was published after the appearance of the last paperback edition. Every entry and every section has been reexamined and revised in light of the most current information available. Every definition has been based on examples of actual use found in the Merriam-Webster citation file, which now includes more than 14,500,000 examples of English words used in context.

The 60,000 entries in *The Merriam-Webster Dictionary* give coverage to the most frequently used words in the language. The heart of the dictionary is the A-Z vocabulary section, where readers will find information about meaning, spelling, pronunciation, etymology, and synonymy. This section is followed by several others that users have long found useful: a list of foreign words and phrases that often occur in English texts; a list of nations of the world; a list of places in the United States having 18,000 or more inhabitants; a similar list of places in Canada; and a section devoted to widely used signs and symbols. The A-Z vocabulary is preceded by a set of Explanatory Notes that should be read carefully by every user of the dictionary. An understanding of the information contained in these notes will make the dictionary both easier and more rewarding to use.

*The Merriam-Webster Dictionary* has been created by a company that has been publishing dictionaries for 150 years. It has been edited by an experienced staff of lexicographers, who believe it will serve well those who want a concise and handy guide to the English language of today.

**Editor in Chief**
Frederick C. Mish

**Executive Editor**
John M. Morse

**Director of Defining**
E. Ward Gilman

**Senior Editors**
Robert D. Copeland • James G. Lowe
Victoria E. Neufeldt • Madeline L. Novak
Roger W. Pease • Stephen J. Perrault

**Associate Editors**
Michael G. Belanger • Paul F. Cappellano
Joanne M. Despres • Kathleen M. Doherty
Daniel J. Hopkins • James L. Rader
Brian M. Sietsema

**Assistant Editors**
Susan L. Brady • Jennifer N. Cislo
Jennifer S. Goss • Eileen M. Haraty
Peter D. Haraty • Amy K. Harris
Joan I. Narmontas • Brett P. Palmer
Donna L. Rickerby • Michael D. Roundy
Maria A. Sansalone
Katherine C. Sietsema • Jennifer B. Tufts
Linda Picard Wood

# Editorial Staff

**Editorial Assistants**
Rebecca R. Bryer • Jill J. Cooney
Karen L. Wilkinson • Amy West

**Librarian**
Francine A. Roberts

**Departmental Secretary**
Georgette B. Boucher

**Head of Typing Room**
Gloria J. Afflitto

**Senior Clerk**
Ruth W. Gaines

**Clerks and Typists**
Ann S. Derby • Mary M. Dunn
Florence A. Fowler
Patricia M. Jensen • Ella L. Johnson
Veronica P. McLymont
Joan E. Matteson

**MERRIAM-WEBSTER,
INCORPORATED**
Joseph J. Esposito, President
Thomas E. Stanley, Publisher

¹**chap** \'chap\ *vb* **chapped; chap•ping :** to dry and crack open usu. from wind and cold *(chapped lips)*

²**chap** *n* : a jaw with its fleshy covering. — USU. used in pl.

³**chap** *n* : FELLOW

⁴**chap** *abbr* chapter

**chap•ar•ral** \₁sha-pə-'ral\ *n* 1 : a dense impenetrable thicket of shrubs or dwarf trees 2 : an ecological community esp. of southern California composed of shrubby plants

**chap•book** \'chap-₁buk\ *n* : a small book of ballads, tales, or tracts

**cha•peau** \sha-'pō\ *n, pl* **cha•peaus** \-'pōz\ *or* **cha•peaux** \-'pō, -'pōz\ [MF] : HAT

**cha•pel** \'cha-pəl\ *n* [ME, fr. OF *chapele,* fr. ML *cappella,* fr. LL *cappa* cloak; fr. the cloak of St. Martin of Tours preserved as a sacred relic in a chapel built for that purpose] 1 : a private or subordinate place of worship 2 : an assembly at an educational institution usu. including devotional exercises 3 : a place of worship used by a Christian group other than an established church

¹**chap•er•on** *or* **chap•er•one** \'sha-pə-₁rōn\ *n* [F *chaperon,* lit., hood, fr. MF, head covering, fr. *chape* cape, fr. LL *cappa*] 1 : a person (as a matron) who accompanies young unmarried women in public for propriety 2 : an older person who accompanies young people at a social gathering to ensure proper behavior

²**chaperon** *or* **chaperone** *vb* **-oned; -on•ing** 1 : ESCORT, GUIDE 2 : to act as a chaperon to or for — **chap•er•on•age** \-₁rō-nij\ *n*

**chap•fall•en** \'chap-₁fo-lən, 'chap-\ *adj* 1 : having the lower jaw hanging loosely 2 : DEJECTED, DEPRESSED

**chap•lain** \'cha-plən\ *n* 1 : a member of the clergy officially attached to a special group (as the army) 2 : a person chosen to conduct religious exercises (as for a club) — **chap•lain•cy** \-sē\ *n*

**chap•let** \'cha-plət\ *n* 1 : a wreath for the head 2 : a string of beads : NECKLACE

**chap•man** \'chap-mən\ *n, Brit* : an itinerant dealer : PEDDLER

**chaps** \'shaps, 'chaps\ *n pl* [MexSp *chaparreras*] : leather leggings resembling trousers without a seat that are worn esp. by western ranch hands

**chap•ter** \'chap-tər\ *n* 1 : a main division of a book 2 : a body of canons (as of a cathedral) 3 : a local branch of a society or fraternity

¹**char** \'chär\ *n, pl* **char** *or* **chars** : any of a genus of trouts (as the common brook trout) with small scales

²**char** *vb* **charred; char•ring** 1 : to burn or become burned to charcoal 2 : SCORCH

³**char** *vb* **charred; char•ring** : to work as a cleaning woman

**char•ac•ter** \'kar-ik-tər\ *n* [ME *car-acter,* fr. MF *caractère,* fr. L *charac-ter* mark, distinctive quality, fr. Gk *charaktēr,* fr. *charassein* to scratch, engrave] 1 : a graphic symbol (as a letter) used in writing or printing 2 : a symbol that represents information; *also* : a representation of such a character that may be accepted by a computer 3 : a distinguishing feature : ATTRIBUTE 4 : the complex of mental and ethical traits marking a person or a group 5 : a person marked by conspicuous often peculiar traits 6 : one of the persons in a novel or play 7 : REPUTATION 8 : moral excellence

¹**char•ac•ter•is•tic** \₁kar-ik-tə-'ris-tik\ *n* : a distinguishing trait, quality, or property

²**characteristic** *adj* : serving to mark individual character **syn** individual, peculiar, distinctive — **char•ac•ter•is•ti•cal•ly** \-ti-k(ə-)lē\ *adv*

**char•ac•ter•ize** \'kar-ik-tə-₁rīz\ *vb* **-ized; -iz•ing** 1 : to describe the character of 2 : to be a characteristic of — **char•ac•ter•iza•tion** \₁kar-ik-tə-rə-'zā-shən\ *n*

**cha•rades** \shə-'rādz\ *n sing or pl* : a game in which some of the players try to guess a word or phrase from the actions of another player who may not speak

**char•coal** \'chär-₁kōl\ *n* 1 : a porous carbon prepared from vegetable or animal substances 2 : a piece of fine charcoal used in drawing; *also* : a drawing made with charcoal

**chard** \'chärd\ *n* : SWISS CHARD

**char•don•nay** \₁shard-°n-'ā\ *n, often cap* [F] : a dry white wine made from a single variety of white grape

¹**charge** \'chärj\ *n* 1 : a quantity (as of fuel or ammunition) required to fill something to capacity 2 : a store or accumulation of force 3 : an excess or deficiency of electrons in a body 4 : THRILL, KICK 5 : a task or duty imposed 6 : CARE, RESPONSIBILITY 7 : one given into another's care 8 : instructions from a judge to a jury 9 : COST, EXPENSE, PRICE; *also* : a debit to an account 10 : ACCUSATION, INDICTMENT 11 : ATTACK, ASSAULT

²**charge** *vb* **charged; charg•ing** 1 : to load or fill to capacity 2 : to give an electric charge to; *also* : to restore the activity of (a storage battery) by means of an electric current 3 : to impose a task or responsibility on 4 : COMMAND, ORDER 5 : ACCUSE 6 : to rush against : rush forward in assault 7 : to make liable for payment; *also* : to record a debt or liability against 8 : to fix as a price — **charge•able** *adj*

**charge–coupled device** *n* : a semiconductor device used esp. as an optical sensor

**char•gé d'af•faires** \shär-₁zhā-də-'far\ *n, pl* **chargés d'affaires** \-₁zhā-, -₁zhāz-\ [F] : a diplomat who substitutes for an ambassador or minister

**Gen • genetic engineering**                              316

**Gen** *abbr* Genesis
**Gen AF** *abbr* general of the air force
**gen·darme** \'zhän-ıdärm, 'jän-\ *n* [F, intended as sing. of *gensdarmes*, pl. of *gent d'armes*, lit., armed people] : a member of a body of soldiers esp. in France serving as an armed police force
**gen·der** \'jen-dər\ *n* **1** : any of two or more divisions within a grammatical class that determine agreement with and selection of other words or grammatical forms **2** : SEX **1**
**gene** \'jēn\ *n* : a part of DNA or RNA that contains chemical information needed to make a particular protein (as an enzyme) controlling or influencing an inherited bodily trait or activity (as eye color) or that influences or controls the activity of another gene or genes — **gen·ic** \'jē-nik, 'je-\ *adj*
**ge·ne·al·o·gy** \ıjē-nē-'ä-lə-jē, ıje-, -'a-\ *n, pl* **-gies** : PEDIGREE, LINEAGE; *also* : the study of family pedigrees — **ge·ne·a·log·i·cal** \ıjē-nē-ə-'lä-ji-kəl, ıje-\ *adj* — **ge·ne·a·log·i·cal·ly** \-k(ə-)lē\ *adv* — **ge·ne·al·o·gist** \ıjē-nē-'ä-lə-jist, ıje-; -'a-\ *n*
**genera** *pl of* GENUS
**¹gen·er·al** \'je-nə-rəl, 'jen-rəl\ *adj* **1** : of or relating to the whole **2** : taken as a whole **3** : relating to or covering all instances **4** : not special or specialized **5** : common to many ⟨a ~ custom⟩ **6** : not limited in meaning : not specific **7** : holding superior rank ⟨inspector ~⟩ **syn** generic, universal
**²general** *n* **1** : something that involves or is applicable to the whole **2** : a commissioned officer ranking next below a general of the army or a general of the air force **3** : a commissioned officer of the highest rank in the marine corps — **in general** : for the most part
**general assembly** *n* **1** : a legislative assembly; *esp* : a U.S. state legislature **2** *cap* G&A : the supreme deliberative body of the United Nations
**gen·er·al·i·sa·tion, gen·er·al·ise** *Brit var of* GENERALIZATION, GENERALIZE
**gen·er·a·lis·si·mo** \ıje-nə-rə-'li-sə-ımō\ *n, pl* **-mos** [It., fr. *generale* general] : the chief commander of an army
**gen·er·al·i·ty** \ıje-nə-'ra-lə-tē\ *n, pl* **-ties** **1** : the quality or state of being general **2** : GENERALIZATION **2 3** : a vague or inadequate statement **4** : the greatest part : BULK
**gen·er·al·i·za·tion** \ıje-nə-rə-lə-'zā-shən, ıjen-rə-\ *n* **1** : the act or process of generalizing **2** : a general statement, law, principle, or proposition
**gen·er·al·ize** \'je-nə-rə-ılīz, 'jen-rə-\ *vb* **-ized; -iz·ing 1** : to make general **2** : to draw general conclusions from **3** : to reach a general conclusion esp. on the basis of particular instances **4** : to extend throughout the body
**gen·er·al·ly** \'jen-rə-lē, 'jē-nə-\ *adv* **1** : in a general manner **2** : as a rule

**general of the air force** : a commissioned officer of the highest rank in the air force
**general of the army** : a commissioned officer of the highest rank in the army
**general practitioner** *n* : a physician or veterinarian whose practice is not limited to a specialty
**gen·er·al·ship** \'je-nə-rəl-ıship, 'jen-rəl-\ *n* **1** : office or tenure of office of a general **2** : LEADERSHIP **3** : military skill as a high commander
**general store** *n* : a retail store that carries a wide variety of goods but is not divided into departments
**gen·er·ate** \'je-nə-ırāt\ *vb* **-at·ed; -at·ing** : to bring into existence : PRODUCE **syn** create, originate, procreate, spawn
**gen·er·a·tion** \ıje-nə-'rā-shən\ *n* **1** : a body of living beings, constituting a single step in the line of descent from an ancestor; *also* : the average period between generations **2** : PRODUCTION
**gen·er·a·tive** \'je-nə-rə-tiv, -ırā-tiv\ *adj* : having the power or function of generating, originating, producing, or reproducing ⟨~ organs⟩
**gen·er·a·tor** \'je-nə-ırā-tər\ *n* : one that generates : *esp* : a machine by which mechanical energy is changed into electrical energy
**ge·ner·ic** \jə-'ner-ik\ *adj* **1** : not specific : GENERAL **2** : not protected by a trademark ⟨a ~ drug⟩ **3** : of or relating to a biological genus — **generic** *n* — **ge·ner·i·cal·ly** \-i-k(ə-)lē\ *adv*
**gen·er·ous** \'je-nə-rəs\ *adj* **1** : free in giving or sharing **2** : HIGH-MINDED, NOBLE **3** : ABUNDANT, AMPLE, COPIOUS **syn** liberal, bountiful, munificent, openhanded — **gen·er·os·i·ty** \ıje-nə-'rä-sə-tē\ *n* — **gen·er·ous·ly** \'je-nə-rəs-lē\ *adv* — **gen·er·ous·ness** *n*
**gen·e·sis** \'je-nə-səs\ *n, pl* **-e·ses** \-ısēz\ : the origin or coming into existence of something
**Genesis** *n* — see BIBLE table
**gene–splic·ing** \-ıspli-siŋ\ *n* : the technique by which recombinant DNA is produced and made to function in an organism
**gene therapy** *n* : the insertion of normal or altered genes into cells usu. to replace defective genes esp. in the treatment of genetic disorders
**ge·net·ic** \jə-'ne-tik\ *adj* : of or relating to the origin, development, or causes of something; *also* : of or relating to genetics — **ge·net·i·cal·ly** \-ti-k(ə-)lē\ *adv*
**genetic code** *n* : the chemical code that is the basis of genetic inheritance and consists of triplets of three linked chemical groups in DNA and RNA which specify particular amino acids used to make proteins or which start or stop the process of making proteins
**genetic engineering** *n* : the directed alteration of genetic material by inter-

A043

in·spect \in-ˈspekt\ vb : to view closely and critically : EXAMINE — in·spec·tion \-ˈspek-shən\ n — in·spec·tor \-tər\ n

inspector general n : the head of a system of inspection (as of an army)

in·spi·ra·tion \ˌin-spə-ˈrā-shən\ n 1 : the act or power of moving the intellect or emotions 2 : INHALATION 3 : the quality or state of being inspired; also : something that is inspired 4 : an inspiring agent or influence — in·spi·ra·tion·al \-shə-nəl\ adj

in·spire \in-ˈspīr\ vb in·spired; in·spir·ing 1 : to influence, move, or guide by divine or supernatural inspiration 2 : exert an animating, enlivening, or exalting influence upon; also : AFFECT 3 : to communicate to an agent supernaturally; also : bring out or about 4 : INHALE 5 : INCITE 6 : to spread by indirect means — in·spir·er n

in·spir·it \in-ˈspir-ət\ vb : ENCOURAGE, HEARTEN

inst abbr 1 instant 2 institute; institution; institutional

in·sta·bil·i·ty \ˌin-stə-ˈbi-lə-tē\ n : lack of steadiness; esp : lack of emotional or mental stability

in·stall or in·stal \in-ˈstȯl\ vb in·stalled; in·stall·ing 1 : to place formally in office : induct into an office, rank, or order 2 : to establish in an indicated place, condition, or status 3 : to set up for use or service — in·stal·la·tion \ˌin-stə-ˈlā-shən\ n

¹in·stall·ment also in·stal·ment \in-ˈstȯl-mənt\ n : INSTALLATION

²installment also instalment n 1 : one of the parts into which a debt or sum is divided for payment 2 : one of several parts presented at intervals

¹in·stance \ˈin-stəns\ n 1 : INSTIGATION, REQUEST 2 : EXAMPLE ⟨for ∼⟩ 3 : an event or step that is part of a process or series syn case, illustration, sample, specimen

²instance vb in·stanced; in·stanc·ing : to mention as a case or example

¹in·stant \ˈin-stənt\ n 1 : MOMENT ⟨the ∼ we met⟩ 2 : the present or current month

²instant adj 1 : URGENT 2 : PRESENT, CURRENT 3 : IMMEDIATE ⟨∼ relief⟩ 4 : premixed or precooked for easy final preparation ⟨∼ cake mix⟩; also : immediately soluble in water ⟨∼ coffee⟩

in·stan·ta·neous \ˌin-stən-ˈtā-nē-əs\ adj : done or occurring in an instant or without delay — in·stan·ta·neous·ly adv

in·stan·ter \in-ˈstan-tər\ adv : at once

in·stan·ti·ate \in-ˈstan-chē-ˌāt\ vb -at·ed; -at·ing : to represent (an abstraction) by a concrete example — in·stan·ti·a·tion \-ˌstan-chē-ˈā-shən\ n

in·stant·ly \ˈin-stənt-lē\ adv : at once : IMMEDIATELY

in·state \in-ˈstāt\ vb : to establish in a rank or office : INSTALL

in·stead \in-ˈsted\ adv 1 : as a substitute or equivalent 2 : as an alternative : RATHER

instead of prep. : as a substitute for or alternative to

in·step \ˈin-ˌstep\ n : the arched part of the human foot in front of the ankle joint; esp : its upper surface

in·sti·gate \ˈin-stə-ˌgāt\ vb -gat·ed; -gat·ing : to goad or urge forward : PROVOKE, INCITE ⟨∼ a revolt⟩ — in·sti·ga·tion \ˌin-stə-ˈgā-shən\ n — in·sti·ga·tor \ˈin-stə-ˌgā-tər\ n

in·still also in·stil \in-ˈstil\ vb in·stilled; in·still·ing 1 : to cause to enter drop by drop 2 : to impart gradually

¹in·stinct \ˈin-ˌstiŋkt\ n 1 : a natural aptitude 2 : a largely inheritable and unalterable tendency of an organism to make a complex and specific response to environmental stimuli without involving reason; also : behavior originating below the conscious level — in·stinc·tive \in-ˈstiŋk-tiv\ adj — in·stinc·tive·ly adv

²in·stinct \in-ˈstiŋkt, ˈin-ˌstiŋkt\ adj : IMBUED, INFUSED

in·stinc·tu·al \in-ˈstiŋk-chə-wəl\ adj : of, relating to, or based on instinct

¹in·sti·tute \ˈin-stə-ˌtüt, -ˌtyüt\ vb -tut·ed; -tut·ing 1 : to establish in a position or office 2 : ORGANIZE 3 : INAUGURATE, INITIATE

²institute n 1 : an elementary principle recognized as authoritative; also, pl : a collection of such principles and precepts 2 : an organization for the promotion of a cause : ASSOCIATION 3 : an educational institution 4 : a brief course of instruction on a particular field

in·sti·tu·tion \ˌin-stə-ˈtü-shən, -ˈtyü-\ n 1 : an act of originating, setting up, or founding 2 : an established practice, law, or custom 3 : a society or corporation esp. of a public character (a charitable ∼); also : ASYLUM 3 — in·sti·tu·tion·al \-ˈtü-shə-nəl, -ˈtyü-\ adj — in·sti·tu·tion·al·ize \-nə-ˌlīz\ vb — in·sti·tu·tion·al·ly adv

instr abbr 1 instructor 2 instrument; instrumental

in·struct \in-ˈstrəkt\ vb [ME, fr. L instructus, pp. of instruere; fr. struere to build] 1 : TEACH 2 : INFORM 3 : to give an order or a command to

in·struc·tion \in-ˈstrək-shən\ n 1 : LESSON, PRECEPT 2 : COMMAND, ORDER 3 pl : DIRECTIONS 4 : the action, practice, or profession of a teacher — in·struc·tion·al \-shə-nəl\ adj

in·struc·tive \in-ˈstrək-tiv\ adj : carrying a lesson : ENLIGHTENING

in·struc·tor \in-ˈstrək-tər\ n : one that instructs; esp : a college teacher below professorial rank — in·struc·tor·ship n

in·stru·ment \ˈin-strə-mənt\ n 1 : a device used to produce music 2 : a means by which something is done 3 : a device for doing work and esp. precision work 4 : a legal document

back 2 : a nut designed to lock itself when screwed tight

**lock•out** \-ˌau̇t\ n : the suspension of work by an employer during a labor dispute in order to make employees accept the terms being offered

**lock•smith** \-ˌsmith\ n : one who makes or repairs locks

**lock•step** \-ˌstep\ n : a mode of marching in step by a body of men moving in a very close single file

**lock•up** \-ˌəp\ n : JAIL

**lo•co** \ˈlō-kō\ adj [Sp] slang : CRAZY, FRENZIED

**lo•co•mo•tion** \ˌlō-kə-ˈmō-shən\ n 1 : the act or power of moving from place to place 2 : TRAVEL

¹**lo•co•mo•tive** \ˌlō-kə-ˈmō-tiv\ adj : of or relating to locomotion or a locomotive

²**locomotive** n : a self-propelled vehicle used to move railroad cars

**lo•co•mo•tor** \ˌlō-kə-ˈmō-tər\ adj : of or relating to locomotion or organs used in locomotion

**lo•co•weed** \ˈlō-kō-ˌwēd\ n : any of several leguminous plants of western No. America that are poisonous to livestock

**lo•cus** \ˈlō-kəs\ n, pl **lo•ci** \ˈlō-ˌsī\ [L] 1 : PLACE, LOCALITY 2 : the set of all points whose location is determined by stated conditions

**lo•cust** \ˈlō-kəst\ n 1 : a usu. destructive migratory grasshopper 2 : CICADA 3 : any of various leguminous trees; also : the wood of a locust

**lo•cu•tion** \lō-ˈkyü-shən\ n : a particular form of expression; also : PHRASEOLOGY

**lode** \ˈlōd\ n : an ore deposit

**lode•stone** \-ˌstōn\ n : an iron-containing rock with magnetic properties

¹**lodge** \ˈläj\ vb **lodged; lodg•ing** 1 : to provide quarters for; also : to settle in a place 2 : CONTAIN 3 : to come to a rest and remain 4 : to deposit for safekeeping 5 : to vest (as authority) in an agent 6 : FILE (∼ a complaint)

²**lodge** n 1 : a house set apart for residence in a special season or by an employee on an estate; also : INN 2 : a den or lair esp. of gregarious animals 3 : the meeting place of a branch of a fraternal organization; also : the members of such a branch

**lodg•er** \ˈlä-jər\ n : a person who occupies a rented room in another's house

**lodg•ing** \ˈlä-jiŋ\ n 1 : DWELLING 2 : a room or suite of rooms in another's house rented as a dwelling place — usu. used in pl.

**lodg•ment** or **lodge•ment** \ˈläj-mənt\ n 1 : a lodging place 2 : the act or manner of lodging 3 : DEPOSIT

**loess** \ˈles, ˈləs\ n : a usu. yellowish brown loamy deposit believed to be chiefly deposited by the wind

¹**loft** \ˈlȯft\ n [ME, fr. OE, air, sky, fr. ON lopt] 1 : ATTIC 2 : GALLERY (organ ∼) 3 : an upper floor (as in a warehouse or barn) esp. when not partitioned 4 : the thickness of a fabric or insulated material (as of a sleeping bag)

²**loft** vb : to strike or throw a ball so that it rises high in the air

**lofty** \ˈlȯf-tē\ adj **loft•i•er; -est** 1 : NOBLE; also : SUPERIOR 2 : extremely proud 3 : HIGH, TALL — **loft•i•ly** \ˈlȯf-tə-lē\ adv — **loft•i•ness** \-tē-nəs\ n

¹**log** \ˈlȯg, ˈläg\ n 1 : a bulky piece of unshaped timber 2 : an apparatus for measuring a ship's speed 3 : the daily record of a ship's progress; also : a regularly kept record of performance (as of an airplane)

²**log** vb **logged; log•ging** 1 : to cut (trees) for lumber; also : to clear (land) of trees in lumbering 2 : to enter in a log 3 : to sail a ship or fly an airplane for (an indicated distance or period of time) 4 : to have (an indicated record) to one's credit : ACHIEVE — **log•ger** \ˈlȯ-gər, ˈlä-\ n

³**log** n : LOGARITHM

**lo•gan•ber•ry** \ˈlō-gən-ˌber-ē\ n : a red-fruited upright-growing dewberry; also : its fruit

**log•a•rithm** \ˈlȯ-gə-ˌri-thəm, ˈlä-\ n : the exponent that indicates the power to which a base is raised to produce a given number (the ∼ of 100 to base 10 is 2 since $10^2 = 100$) — **log•a•rith•mic** \ˌlȯ-gə-ˈrith-mik, ˌlä-\ adj

**loge** \ˈlōzh\ n 1 : a small compartment; also : a box in a theater 2 : a small partitioned area; also : the forward section of a theater mezzanine

**log•ger•head** \ˈlȯ-gər-ˌhed, ˈlä-\ n : a large sea turtle of subtropical and temperate waters — **at loggerheads** : in a state of quarrelsome disagreement

**log•gia** \ˈlō-jē-ə, ˈlȯ-jä\ n, pl **loggias** \ˈlō-jē-əz, ˈlȯ-jäz\ : a roofed open gallery

**log•ic** \ˈlä-jik\ n 1 : a science that deals with the rules and tests of sound thinking and proof by reasoning 2 : sound reasoning 3 : the arrangement of circuit elements for arithmetical computation in a computer — **log•i•cal** \-ji-kəl\ adj — **log•i•cal•ly** \-ji-k(ə-)lē\ adv — **lo•gi•cian** \lō-ˈji-shən\ n

**lo•gis•tics** \lō-ˈjis-tiks\ n sing or pl : the procurement, maintenance, and transportation of matériel, facilities, and personnel — **lo•gis•tic** \-tik\ adj

**log•jam** \ˈlȯg-ˌjam, ˈläg-\ n 1 : a deadlocked jumble of logs in a watercourse 2 : DEADLOCK

**logo** \ˈlō-gō\ n, pl **log•os** \-gōz\ : an identifying symbol (as for advertising)

**logo•type** \ˈlō-gə-ˌtīp, ˈlä-\ n : LOGO

**log•roll•ing** \-ˌrō-liŋ\ n : the trading of votes by legislators to secure favorable action on projects of individual interest

Case 1:05-cv-00314-GMS    Document 51-2    Filed 04/17/2006    Page 9 of 51

A045

**pre·cen·tor** \pri-'sen-tər\ n : a leader of the singing of a choir or congregation

**pre·cept** \'prē-₁sept\ n : a command or principle intended as a general rule of action or conduct

**pre·cep·tor** \pri-'sep-tər, 'prē-₁sep-\ n : TUTOR

**pre·ces·sion** \prē-'se-shən\ n : a slow gyration of the rotation axis of a spinning body (as the earth) — **pre·cess** \prē-'ses\ vb — **pre·ces·sion·al** \-'se-shə-nəl\ adj

**pre·cinct** \'prē-₁siŋkt\ n 1 : an administrative subdivision (as of a city) : DISTRICT (police ~) (electoral ~) 2 : an enclosure bounded by the limits of a building or place — often used in pl. 3 pl : ENVIRONS

**pre·ci·os·i·ty** \₁pre-shē-'ä-sə-tē\ n, pl -ties : fastidious refinement

**pre·cious** \'pre-shəs\ adj 1 : of great value (~ jewels) 2 : greatly cherished : DEAR (~ memories) 3 : AFFECTED (~ language)

**prec·i·pice** \'pre-sə-pəs\ n : a steep cliff

**pre·cip·i·tan·cy** \pri-'si-pə-tən-sē\ n : undue hastiness or suddenness

¹**pre·cip·i·tate** \pri-'si-pə-₁tāt\ vb -tat·ed; -tat·ing [L praecipitare, fr. praecipit-, praeceps headlong, fr. prae in front of + caput head] 1 : to throw violently 2 : to throw down 3 : to cause to happen quickly or abruptly (~ a quarrel) 4 : to cause to separate from solution or suspension 5 : to fall as rain, snow, or hail syn speed, accelerate, quicken, hasten, hurry

²**pre·cip·i·tate** \pri-'si-pə-tət, -₁tāt\ n : the solid matter that separates from a solution or suspension

³**pre·cip·i·tate** \pri-'si-pə-tət\ adj 1 : showing extreme or unwise haste : RASH 2 : falling with steep descent; also : PRECIPITOUS — **pre·cip·i·tate·ly** adv — **pre·cip·i·tate·ness** n

**pre·cip·i·ta·tion** \pri-₁si-pə-'tā-shən\ n 1 : rash haste 2 : the process of precipitating or forming a precipitate 3 : water that falls to earth esp. as rain or snow; also : the quantity of this water

**pre·cip·i·tous** \pri-'si-pə-təs\ adj 1 : PRECIPITATE 2 : having the character of a precipice : very steep (a ~ slope); also : containing precipices (~ trails) — **pre·cip·i·tous·ly** adv

**pré·cis** \prā-'sē\ n, pl **pré·cis** \-'sēz\ [F] : a concise summary of essentials

**pre·cise** \pri-'sīs\ adj 1 : exactly defined or stated : DEFINITE 2 : highly accurate : EXACT 3 : conforming strictly to a standard : SCRUPULOUS — **pre·cise·ly** adv — **pre·cise·ness** n

**pre·ci·sion** \pri-'si-zhən\ n : the quality or state of being precise

**pre·clude** \pri-'klüd\ vb **pre·clud·ed; pre·clud·ing** : to make impossible : BAR, PREVENT

**pre·co·cious** \pri-'kō-shəs\ adj [L praecoc-, praecox, lit., ripening early, fr. prae- ahead + coquere to cook] : early in development and esp. in mental development — **pre·co·cious·ly** adv — **pre·coc·i·ty** \pri-'kä-sə-tē\ n

**pre·con·ceive** \₁prē-kən-'sēv\ vb : to form an opinion of beforehand — **pre·con·cep·tion** \-'sep-shən\ n

**pre·con·cert·ed** \-'sər-təd\ adj : arranged or agreed on in advance

**pre·con·di·tion** \-'di-shən\ vb : to put in proper or desired condition or frame of mind in advance

**pre·cook** \₁prē-'kük\ vb : to cook partially or entirely before final cooking or reheating

**pre·cur·sor** \pri-'kər-sər\ n : one that precedes and indicates the approach of another : FORERUNNER

**pred** abbr predicate

**pre·da·ceous** or **pre·da·cious** \pri-'dā-shəs\ adj : living by preying on others : PREDATORY

**pre·date** \'prē-'dāt\ vb : ANTEDATE

**pre·da·tion** \pri-'dā-shən\ n 1 : the act of preying or plundering 2 : a mode of life in which food is primarily obtained by killing and consuming animals

**pred·a·tor** \'pre-də-tər\ n : an animal that lives by predation

**pred·a·to·ry** \'pre-də-₁tōr-ē\ adj 1 : of or relating to plunder (~ warfare) 2 : disposed to exploit others 3 : preying upon other animals

**pre·de·cease** \₁prē-di-'sēs\ vb **-ceased; -ceas·ing** : to die before another person

**pre·de·ces·sor** \'pre-də-₁se-sər, 'prē-\ n : a previous holder of a position to which another has succeeded

**pre·des·ig·nate** \(₁)prē-'de-zig-₁nāt\ vb : to designate beforehand

**pre·des·ti·na·tion** \₁prē-₁des-tə-'nā-shən\ n : the act of foreordaining to an earthly lot or eternal destiny by divine decree; also : the state of being so foreordained — **pre·des·ti·nate** \prē-'des-tə-₁nāt\ vb

**pre·des·tine** \prē-'des-tən\ vb : to settle beforehand : FOREORDAIN

**pre·de·ter·mine** \₁prē-di-'tər-mən\ vb : to determine beforehand

**pred·i·ca·ble** \'pre-di-kə-bəl\ adj : capable of being predicated or affirmed

**pre·dic·a·ment** \pri-'di-kə-mənt\ n : a difficult or trying situation syn dilemma, pickle, quagmire, jam

¹**pred·i·cate** \'pre-di-kət\ n : the part of a sentence or clause that expresses what is said of the subject

²**pred·i·cate** \'pre-də-₁kāt\ vb **-cat·ed; -cat·ing** 1 : AFFIRM 2 : to assert to be a quality or attribute 3 : FOUND; BASE — **pred·i·ca·tion** \₁pre-də-'kā-shən\ n

**pre·dict** \pri-'dikt\ vb : to declare in advance — **pre·dict·abil·i·ty** \-₁dik-tə-'bi-lə-tē\ n — **pre·dict·able** \-'dik-tə-bəl\ adj — **pre·dict·ably** \-blē\ adv — **pre·dic·tion** \-'dik-shən\ n

**pre·di·gest** \₁prē-di-'jest\ vb : to simplify for easy use; also : to subject to artificial or natural partial digestion

A046

clusions and recommendations — **re·port·able** *adj*

**re·port·age** \ri-ˈpȯr-tij, *esp for 2* ˌre-pər-ˈtäzh, ˌre-ˌpȯr-ˈ\ *n* [F] **1** : the act or process of reporting news **2** : writing intended to give an account of observed or documented events

**report card** *n* : a periodic report on a student's grades

**re·port·ed·ly** \ri-ˈpȯr-təd-lē\ *adv* : according to report

**re·port·er** \ri-ˈpȯr-tər\ *n* : one that reports; *esp* : a person who gathers and reports news for a news medium — **re·por·to·ri·al** \ˌre-pər-ˈtȯr-ē-əl\ *adj*

**¹re·pose** \ri-ˈpōz\ *vb* **re·posed; re·pos·ing 1** : to lay at rest **2** : to lie at rest **3** : to lie dead **4** : to take a rest **5** : to rest for support : LIE

**²repose** *n* **1** : a state of resting (as after exertion); *esp* : SLEEP **2** : eternal or heavenly rest **3** : CALM, PEACE **4** : cessation or absence of activity, movement, or animation **5** : composure of manner : POISE — **re·pose·ful** *adj*

**³repose** *vb* **re·posed; re·pos·ing 1** : to place (as trust) in someone or something **2** : to place for control, management, or use

**re·pos·i·to·ry** \ri-ˈpä-zə-ˌtȯr-ē\ *n, pl* **-ries 1** : a place where something is deposited or stored **2** : a person to whom something is entrusted

**re·pos·sess** \ˌrē-pə-ˈzes\ *vb* **1** : to regain possession of **2** : to take possession of in default of the payment of installments due — **re·pos·ses·sion** \-ˈze-shən\ *n*

**rep·re·hend** \ˌre-pri-ˈhend\ *vb* : to express disapproval of : CENSURE **syn** criticize, condemn, denounce, blame, pan — **rep·re·hen·sion** \-ˈhen-chən\ *n*

**rep·re·hen·si·ble** \-ˈhen-sə-bəl\ *adj* : deserving blame or censure : CULPABLE — **rep·re·hen·si·bly** \-blē\ *adv*

**rep·re·sent** \ˌre-pri-ˈzent\ *vb* **1** : to present a picture or a likeness of : PORTRAY, DEPICT **2** : to serve as a sign or symbol of **3** : to act the role of **4** : to stand in the place of : act or speak for **5** : to be a member or example of : TYPIFY **6** : to serve as an elected representative of **7** : to describe as having a specified quality or character **8** : to state with the purpose of affecting judgment or action

**rep·re·sen·ta·tion** \ˌre-pri-ˌzen-ˈtā-shən\ *n* **1** : the act of representing **2** : one (as a picture or image) that represents something else **3** : the state of being represented in a legislative body; *also* : the body of persons representing a constituency **4** : a usu. formal statement made to effect a change

**¹rep·re·sen·ta·tive** \ˌre-pri-ˈzen-tə-tiv\ *adj* **1** : serving to represent **2** : standing or acting for another **3** : founded on the principle of representation : carried on by elected representatives (~ government) — **rep·re·sen-**

**ta·tive·ly** *adv* — **rep·re·sen·ta·tive·ness** *n*

**²representative** *n* **1** : a typical example of a group, class, or quality **2** : one that represents another; *esp* : one representing a district in a legislative body usu. as a member of a lower house

**re·press** \ri-ˈpres\ *vb* **1** : CURB, SUBDUE **2** : RESTRAIN, SUPPRESS **3** : to exclude from consciousness — **re·pres·sion** \-ˈpre-shən\ *n* — **re·pres·sive** \-ˈpre-siv\ *adj*

**¹re·prieve** \ri-ˈprēv\ *vb* **re·prieved; re·priev·ing 1** : to delay the punishment or execution of **2** : to give temporary relief to

**²reprieve** *n* **1** : the act of reprieving : the state of being reprieved **2** : a formal temporary suspension of a sentence esp. of death **3** : a temporary respite

**¹rep·ri·mand** \ˈre-prə-ˌmand\ *n* : a severe or formal reproof

**²reprimand** *vb* : to reprove severely or formally

**¹re·print** \(ˌ)rē-ˈprint\ *vb* : to print again

**²re·print** \ˈrē-ˌprint\ *n* : a reproduction of printed matter

**re·pri·sal** \ri-ˈprī-zəl\ *n* : an act in retaliation for something done by another

**re·prise** \ri-ˈprēz\ *n* : a recurrence, renewal, or resumption of an action; *also* : a musical repetition

**¹re·proach** \ri-ˈprōch\ *n* **1** : an expression of disapproval **2** : DISGRACE, DISCREDIT **3** : the act of reproaching : REBUKE **4** : a cause or occasion of blame or disgrace — **re·proach·ful** \-fəl\ *adj* — **re·proach·ful·ly** *adv* — **re·proach·ful·ness** *n*

**²reproach** *vb* **1** : CENSURE, REBUKE **2** : to cast discredit on **syn** chide, admonish, reprove, reprimand — **re·proach·able** *adj*

**rep·ro·bate** \ˈre-prə-ˌbāt\ *n* **1** : a person foreordained to damnation **2** : a thoroughly bad person : SCOUNDREL — **reprobate** *adj*

**rep·ro·ba·tion** \ˌre-prə-ˈbā-shən\ *n* : strong disapproval : CONDEMNATION

**re·pro·duce** \ˌrē-prə-ˈdüs, -ˈdyüs\ *vb* **1** : to produce again or anew **2** : to produce offspring — **re·pro·duc·ible** \-ˈdü-sə-bəl, -ˈdyü-\ *adj* — **re·pro·duc·tion** \-ˈdək-shən\ *n* — **re·pro·duc·tive** \-ˈdək-tiv\ *adj*

**re·proof** \ri-ˈprüf\ *n* : blame or censure for a fault

**re·prove** \ri-ˈprüv\ *vb* **re·proved; re·prov·ing 1** : to administer a rebuke to **2** : to express disapproval of **syn** reprimand, admonish, reproach, chide — **re·prov·er** *n*

**rept** *abbr* report

**rep·tile** \ˈrep-təl, -ˌtīl\ *n* [ME *reptil*, fr. MF or LL; MF *reptile*, fr. LL *reptile*, fr. L *repere* to crawl] : any of a large class of air-breathing scaly vertebrates including snakes, lizards, alligators, turtles, and extinct related

Case 1:05-cv-00314-GMS    Document 51-2    Filed 04/17/2006    Page 11 of 51

A047

629                                    **resistant • responsible**

re•sis•tant \-tənt\ adj : giving or capable of resistance

re•sis•tor \ri-ˈzis-tər\ n : a device used to provide resistance to the flow of an electric current in a circuit

res•o•lute \ˈre-zə-ˌlüt\ adj : firmly determined in purpose : RESOLVED syn steadfast, staunch, faithful, true, loyal — res•o•lute•ly adv — res•o•lute•ness n

res•o•lu•tion \ˌre-zə-ˈlü-shən\ n 1 : the act or process of resolving 2 : the action of solving; also : SOLUTION 3 : the quality of being resolute : FIRMNESS, DETERMINATION 4 : a formal statement expressing the opinion, will, or intent of a body of persons

¹re•solve \ri-ˈzälv\ vb re•solved; re•solv•ing 1 : to break up into constituent parts : ANALYZE 2 : to distinguish between or make visible adjacent parts of 3 : to find an answer to : SOLVE 4 : DETERMINE, DECIDE 5 : to make or pass a formal resolution — re•solv•able adj

²resolve n 1 : fixity of purpose 2 : something resolved

res•o•nance \ˈre-zə-nəns\ n 1 : the quality or state of being resonant 2 : a reinforcement of sound in a vibrating body caused by waves from another body vibrating at nearly the same rate

res•o•nant \-nənt\ adj 1 : continuing to sound : RESOUNDING 2 : relating to or exhibiting resonance 3 : intensified and enriched by or as if by resonance — res•o•nant•ly adv

res•o•nate \-ˌnāt\ vb -nat•ed; -nat•ing 1 : to produce or exhibit resonance 2 : REVERBERATE, RESOUND

res•o•na•tor \-ˌnā-tər\ n : something that resounds or exhibits resonance

re•sorp•tion \rē-ˈsȯrp-shən, -ˈzȯrp-\ n : the action or process of breaking down and assimilating something (as a tooth or an embryo)

¹re•sort \ri-ˈzȯrt\ n [ME, fr. MF, fr. MF, fr. resortir to rebound, resort, fr. OF, fr. sortir to escape, sally] 1 : one looked to for help : REFUGE 2 : RECOURSE 3 : frequent or general visiting (place of ∼) 4 : a frequently visited place : HAUNT 5 : a place providing recreation esp. to vacationers

²resort vb 1 : to go often or habitually 2 : to have recourse (∼ed to violence)

re•sound \ri-ˈzaund\ vb 1 : to become filled with sound : REVERBERATE, RING 2 : to sound loudly

re•sound•ing adj 1 : RESONATING, RESONANT 2 : impressively sonorous (∼ name) 3 : EMPHATIC, UNEQUIVOCAL (a ∼ success) — re•sound•ing•ly adv

re•source \ˈrē-ˌsȯrs, ri-ˈsȯrs\ n [F ressource, fr. OF ressourse relief, resource, fr. resourdre to relieve, lit., to rise again, fr. L resurgere, fr. re- again + surgere to rise] 1 : a source of supply or support — usu. used in pl. 2 pl : available funds 3 : a possi-

bility of relief or recovery 4 : a means of spending leisure time 5 : ability to meet and handle situations — re•source•ful \-ˈsȯrs-fəl\ adj — re•source•ful•ness n

resp abbr respective; respectively

¹re•spect \ri-ˈspekt\ n 1 : relation to something usu. specified : REGARD (in ∼ to) 2 : high or special regard : ESTEEM 3 pl : an expression of respect or deference 4 : DETAIL, PARTICULAR — re•spect•ful \-fəl\ adj — re•spect•ful•ly adv — re•spect•ful•ness n

²respect vb 1 : to consider deserving of high regard : ESTEEM 2 : to refrain from interfering with (∼ another's privacy) 3 : to have reference to : CONCERN — re•spect•er n

re•spect•able \ri-ˈspek-tə-bəl\ adj 1 : worthy of respect : ESTIMABLE 2 : decent or correct in conduct : PROPER 3 : fair in size, quantity, or quality : MODERATE, TOLERABLE 4 : fit to be seen : PRESENTABLE — re•spect•a•bil•i•ty \-ˌspek-tə-ˈbi-lə-tē\ n — re•spect•ably \-ˈspek-tə-blē\ adv

re•spect•ing prep : with regard to

re•spec•tive \-tiv\ adj : PARTICULAR, SEPARATE (returned to their ∼ homes)

re•spec•tive•ly \-lē\ adv 1 : as relating to each 2 : each in the order given

res•pi•ra•tion \ˌres-pə-ˈrā-shən\ n 1 : an act or the process of breathing 2 : the physical and chemical processes (as breathing and oxidation) by which a living thing obtains oxygen and eliminates waste gases (as carbon dioxide) — re•spi•ra•to•ry \ˈres-pə-rə-ˌtȯr-ē, ri-ˈspī-rə-\ adj — re•spire \ri-ˈspīr\ vb

res•pi•ra•tor \ˈres-pə-ˌrā-tər\ n 1 : a device covering the mouth or nose esp. to prevent inhaling harmful vapors 2 : a device for artificial respiration

re•spite \ˈres-pət\ n 1 : a temporary delay 2 : an interval of rest or relief

re•splen•dent \ri-ˈsplen-dənt\ adj : shining brilliantly : gloriously bright : SPLENDID — re•splen•dence \-dəns\ n — re•splen•dent•ly adv

re•spond \ri-ˈspänd\ vb 1 : ANSWER, REPLY 2 : REACT (∼ed to a call for help) 3 : to show favorable reaction (∼ to medication) — re•spond•er n

re•spon•dent \ri-ˈspän-dənt\ n : one who responds; esp : one who answers in various legal proceedings — respondent adj

re•sponse \ri-ˈspäns\ n 1 : an act of responding 2 : something constituting a reply or a reaction

re•spon•si•bil•i•ty \ri-ˌspän-sə-ˈbi-lə-tē\ n, pl -ties 1 : the quality or state of being responsible 2 : something for which one is responsible

re•spon•si•ble \ri-ˈspän-sə-bəl\ adj 1 : liable to be called upon to answer for one's acts or decisions : ANSWERABLE 2 : able to fulfill one's obligations : RELIABLE, TRUSTWORTHY 3 : able to choose for oneself between right and

**tire·some** \'sɔm\ *adj* : tending to bore : WEARISOME, TEDIOUS — **tire·some·ly** *adv* — **tire·some·ness** *n*

**ti·ro** *Brit var of* TYRO

**tis·sue** \'ti-shü\ *n* [ME *tissu*, a rich fabric, fr. OF, fr. *tistre* to weave, fr. L *texere*] 1 : a fine lightweight often sheer fabric 2 : NETWORK, WEB 3 : a soft absorbent paper 4 : a mass or layer of cells forming a basic structural material of an animal or plant

**¹tit** \'tit\ *n* : TEAT

**²tit** *n* : TITMOUSE

**Tit** *abbr* Titus

**ti·tan** \'tīt-ᵊn\ *n* 1 *cap* : one of a family of giants overthrown by the gods of ancient Greece 2 : one gigantic in size or power

**ti·tan·ic** \tī-'ta-nik\ *adj* : enormous in size, force, or power *syn* immense, gigantic, giant, colossal, mammoth

**ti·ta·ni·um** \tī-'tā-nē-əm\ *n* : a gray light strong metallic chemical element used esp. in alloys

**tit·bit** \'tit-ˌbit\ *var of* TIDBIT

**tithe** \'tīth\ *n* : a 10th part paid or given esp. for the support of a church — **tithe** *vb* — **tith·er** *n*

**tit·il·late** \'tit-ᵊl-ˌāt\ *vb* **-lat·ed; -lat·ing** 1 : to excite pleasurably 2 : TICKLE — **tit·il·la·tion** \ˌtit-ᵊl-'ā-shən\ *n*

**tit·i·vate** *or* **tit·ti·vate** \'ti-tə-ˌvāt\ *vb* **-vat·ed; -vat·ing** : to dress up : spruce up — **tit·i·va·tion** \ˌti-tə-'vā-shən\ *n*

**ti·tle** \'tīt-ᵊl\ *n* 1 : CLAIM, RIGHT; *esp* : a legal right to the ownership of property 2 : the distinguishing name esp. of an artistic production (as a book) 3 : an appellation of honor, rank, or office 4 : CHAMPIONSHIP *syn* designation, denomination, appellation

**ti·tled** \'tīt-ᵊld\ *adj* : having a title esp. of nobility

**title page** *n* : a page of a book bearing the title and usu. the names of the author and publisher

**tit·mouse** \'tit-ˌmaùs\ *n, pl* **tit·mice** \-ˌmīs\ : any of numerous small long-tailed insect-eating birds

**ti·tra·tion** \tī-'trā-shən\ *n* : a process of finding the concentration of a solution (as of an acid) by adding small portions of a second solution of known concentration (as of a base) to a fixed amount of the first until an expected change (as in color) occurs

**tit·ter** \'ti-tər\ *vb* : to laugh in an affected or in a nervous or half-suppressed manner : GIGGLE — **titter** *n*

**tit·tle** \'tit-ᵊl\ *n* : a tiny piece : JOT

**tit·tle-tat·tle** \'tit-ᵊl-ˌtat-ᵊl\ *n* : idle talk : GOSSIP — **tittle-tattle** *vb*

**tit·u·lar** \'ti-chə-lər\ *adj* 1 : existing in title only : NOMINAL (~ ruler) 2 : of, relating to, or bearing a title (~ role)

**Ti·tus** \'tī-təs\ *n* — see BIBLE table

**tiz·zy** \'ti-zē\ *n, pl* **tizzies** : a highly excited and distracted state of mind

**tk** *abbr* 1 tank 2 truck

**TKO** \ˌtē-ˌkā-'ō\ *n* [*technical knockout*] : the termination of a boxing match when a boxer is declared unable to continue the fight

**tkt** *abbr* ticket

**Tl** *symbol* thallium

**TLC** *abbr* tender loving care

**T lymphocyte** *n* : T CELL

**Tm** *symbol* thulium

**TM** *abbr* trademark

**T-man** \'tē-ˌman\ *n* : a special agent of the U.S. Treasury Department

**tn** *abbr* 1 ton 2 town

**TN** *abbr* Tennessee

**tng** *abbr* training

**tnpk** *abbr* turnpike

**TNT** \ˌtē-(ˌ)en-'tē\ *n* : a flammable toxic compound used as a high explosive

**¹to** \tə, 'tü\ *prep* 1 : in the direction of and reaching (drove ~ town) 2 : in the direction of : TOWARD 3 : ON, AGAINST (apply salve ~ a burn) 4 : as far as (can pay up ~ a dollar) 5 : so as to become or bring about (beaten ~ death) (broken ~ pieces) 6 : BEFORE (it's five minutes ~ six) 7 : UNTIL (from May ~ December) 8 : fitting or being a part of : FOR (key ~ the lock) 9 : with the accompaniment of (sing ~ the music) 10 : in relation or comparison with (similar ~ that one) (won 10 ~ 6) 11 : in accordance with (add salt ~ taste) 12 : within the range of (~ my knowledge) 13 : contained, occurring, or included in (two pints ~ a quart) 14 : as regards (agreeable ~ everyone) 15 : affecting as the receiver or beneficiary (whispered ~ her) (gave it ~ me) 16 : for no one except (a room ~ myself) 17 : into the action of (we got ~ talking) 18 — used for marking the following verb as an infinitive (wants ~ go) and often used by itself at the end of a clause in place of an infinitive suggested by the preceding context (goes to town whenever he wants ~) (can leave if you'd like ~)

**²to** \'tü\ *adv* 1 : in a direction toward (run ~ and fro) 2 : into contact esp. with the frame of a door (the door slammed ~) 3 : to the matter in hand (fell ~ and ate heartily) 4 : to a state of consciousness or awareness (came ~ hours after the accident)

**TO** *abbr* turn over

**toad** \'tōd\ *n* : any of numerous tailless leaping amphibians differing typically from the related frogs in having a shorter stockier build, rough dry warty skin, and less aquatic habits

**toad·stool** \-ˌstül\ *n* : MUSHROOM; *esp* : one that is poisonous or inedible

**toady** \'tō-dē\ *n, pl* **toad·ies** : a person who flatters in the hope of gaining favors : SYCOPHANT — **toady** *vb*

**to-and-fro** \ˌtü-ən-'frō\ *adj* : forward and backward — **to-and-fro** *n*

**¹toast** \'tōst\ *vb* 1 : to warm thoroughly 2 : to make (as bread) crisp, hot, and brown by heat 3 : to become toasted

**²toast** *n* 1 : sliced toasted bread 2

# EXHIBIT 9

IEEE Std 100-1992

# The New IEEE Standard Dictionary of Electrical and Electronics Terms

**Fifth Edition**
**Newly Revised and Expanded**



IEEE

Published by the
Institute of
Electrical and
Electronics
Engineers, Inc.

A050

IEEE Std 100-1992

# The New IEEE Standard Dictionary of Electrical and Electronics Terms

## [Including Abstracts of All Current IEEE Standards]



Fifth Edition

Gediminas P. Kurpis, Chair

Christopher J. Booth, Editor

IEEE



The Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394, USA

Copyright © 1993 by the
Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1993
Printed in the United States of America

ISBN 1-55937-240-0

*No part of this publication may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.*

*January 15, 1993*

*SH15594*

nections being specified for the solution of a particular set of equations. *See:* **computer program; problem board.**                165-1977

**computer equation [machine equation] (analog computers).** An equation derived from a mathematical model for use on a computer which is equivalent or proportional to the original equation. *See: scale factor.*                165-1977

**computer graphics.** (A) The branch of computer science concerned with methods of creating, modifying, or analyzing pictorial data. (B) The use of a computer in any discipline to create, modify, or analyze images.                610.6-1991

**Computer Graphics Interface (CGI).** (A) A computer graphics standard that provides a method for exchanging device-independent data between graphics systems or device-dependent parts of a graphics system. It is under development by the American National Standards Institute (ANSI) and the International Standards Organization (ISO). (B) A method for exchanging device-independent data between graphics systems or device-dependent parts of a graphics system.
                610.6-1991

**Computer Graphics Metafile (CGM).** (A) A computer graphics standard that provides a method for recording graphical information in a metafile. It was developed by the American National Standards Institute (ANSI) and the International Standards Organization (ISO). (B) A method for recording graphical information in a metafile.                610.6-1991

**computer input microfilm (CIM).** The input to a process that converts data contained on microform into machine-readable data.
                610.2-1987

**computer instruction (1).** A machine instruction for a specific computer.                [20], [85]
(2) **(software).** (A) A statement in a programming language, specifying an operation to be performed by a computer and the addresses or values of the associated operands; for example, Move A to B. *See also:* **instruction format; instruction set.** (B) Loosely, any executable statement in a computer program.
                610.12-1990

**computer-integrated manufacturing (CIM) (computer applications).** Use of an integrated system of computer-controlled manufacturing centers. The centers may use robotics, design automation, or CAD/CAM (computer-aided design/computer-aided manufacturing) technologies. *See also:* **flexible manufacturing system.**                610.2-1987

**computer interface equipment (surge withstand capability).** A device that interconnects a protective relay system to an independent computer, for example, an analog to digital converter, a scanner, a buffer amplifier.
                C37.90-1978

**computerized axial tomography (CAT).** *See: computed tomography.*
                610.2-1987

**computer language.** A language designed to enable humans to communicate with computers. *See also:* **design language; query language; programming language.** 610.12-1990

**computer literacy.** An understanding of the capabilities, operation, and applications of computers.
                610.2-1987

**computer-managed instruction (CMI) (computer applications).** The use of computers for management of student progress. Activities may include record keeping, progress evaluation, and lesson assignment. *See also:* **computer-based instruction.**                610.2-1987

**computer network (1) (general).** A complex consisting of two or more interconnected computing units.                [20], [85]
(2) **(data communication).** An interconnection of assemblies of computer systems, terminals and communications facilities.  168-1956w
(3) **(software).** A complex consisting of two or more interconnected computers. *See:* **computer.**                729-1983

**computer numerical control (CNC).** Numerical control in which one or more machines that produce manufactured parts are linked together via a single computer.  610.2-1987

**computer output microfilm (COM) (computer applications).** The end result of a process that converts and records data from a computer directly to a microform.                610.2-1987

**computer output microfilmer (computer applications).** A device for producing computer output microfilm. *Syn:* **COM device.**
                610.2-1987

**computer performance evaluation (software).** An engineering discipline that measures the performance of computer systems and investigates methods by which that performance can be improved. *See also:* **system profile; throughput; utilization; workload model.**
                610.12-1990

**computer program (1) (general).** A plan or routine for solving a problem on a computer, as contrasted with such terms as fiscal program, military program, and development program.
                [2], [20], [85]
(2) **(analog computer).** That combination of computer diagram, potentiometer list, amplifier list, trunk list, switch list, scaled equations, and any other documentation that defines the analog configuration for the particular problem to be solved. This term sometimes is used to include the problem patch board as well, and, in some loose usage, the computer program may be (incorrectly) used to refer solely to the program patch panel.
                165-1977
(3) **(software).** A sequence of instructions suitable for processing by a computer. Processing

may include the use of an assembler, a compiler, an interpreter, or a translator to prepare the program for execution as well as to execute it. *See:* **assembler; compiler; computer; execution; instructions; interpreter; program.**
729-1983

**(4) (programmable digital computer systems in safety systems of nuclear power generating stations).** A schedule or plan that specifies actions that may or may not be taken, expressed in a form suitable for execution by a programmable digital computer.    7432-1982w

**(5) (computer terminology).** A combination of computer instructions and data definitions that enable computer hardware to perform computational or control functions. *See also:* **software.**    610.5-1990, 610.12-1990

**computer program abstract (software).** A brief description of a computer program that provides sufficient information for potential users to determine the appropriateness of the program to their needs and resources.
610.12-1990

**computer program annotation.** *See:* **comment.**

**computer program certification.** *See:* **certification.**

**computer program component (CPC).\*** *See:* **computer software component.** 610.12-1990
\*Deprecated.

**computer program configuration identification.** *See:* **configuration identification.**

**computer program configuration item (CPCI).\*** *See:* **computer software configuration item.**
\*Deprecated.    610.12-1990

**computer program development plan.** *See:* **software development plan.**

**computer program validation.** *See:* **validation.**

**computer program verification.** *See:* **verification.**

**computer resource allocation.** The assignment of computer resources to current and waiting jobs; for example, the assignment of main memory, input/output devices, and auxiliary storage to jobs executing concurrently in a computer system. *See also:* **dynamic resource allocation; storage allocation.**    610.12-1990

**computer resources.** The computer equipment, programs, documentation, services, facilities, supplies, and personnel available for a given purpose. *See also:* **computer resource allocation.**    610.12-1990

**computer simulation.** A simulation of the operation of a computer. *See also:* **computer-based simulation.**    610.3-1989

**computer software component (CSC).** A functionally or logically distinct part of a computer software configuration item, typically an aggregate of two or more software units.
610.12-1990

**computer software configuration item (CSCI).** An aggregation of software that is designated for configuration management and treated as a single entity in the configuration management process. *Contrast with:* **hardware configuration item.** *See also:* **configuration item.**
610.12-1990

**computer system (software).** A system containing one or more computers and associated software.    610.12-1990

**computer time.** *See:* **time.**    165-1977

**computer typesetting (CTS).** *See:* **computer-aided typesetting.**    610.2-1987

**computer variable (1).** A dependent variable as represented on the computer. *See:* **time.**
165-1977

**(2) (machine variable).** *See:* **scale factor.**
165-1977

**computer word (1).** A sequence of bits or characters treated as a unit and capable of being stored in one computer location. *See:* **machine word.**    [20], [85]

**(2) (computer terminology).** *See:* **word.**
610.1, 610.5-1990, 610.12-1990

**computing center.** A facility designed to provide computer services to a variety of users through the operation of computers and auxiliary hardware and through services provided by the facility's staff.    610.12-1990

**computing elements (analog computers).** A computer component that performs a mathematical operation required for problem solution. It is shown explicitly in computer diagrams, or computer programs.    165-1977

**concatenate.** To append one item to the end of another so as to form a single unit in a contiguous pattern. For example, if we concatenate 'AP' with 'PLE,' the result is 'APPLE.' *Syn:* **catenate.**    610.5-1990

**concatenated key (data management). (A)** A key derived from the concatenation of two or more keys. *Syn:* **fully concatenated key; multifield key. (B)** A concatenation of the keys for the first $N$ segments found in a hierarchical path. For example, in the structure below, the concatenated key for segment $x$ is "AFINANCE006."    610.5-1990



**Concatenated Key**

**diametric rectifier circuit.** A circuit that employs two or more rectifying elements with a conducting period of 180 electrical degrees plus the commutating angle. See: **rectification.** [119]

**diamond winding (rotating machinery).** A distributed winding in which the individual coils have the same shape and coil pitch. [9]

**diaphragm (electrolytic cells).** A porous or permeable membrane separating anode and cathode compartments of an electrolytic cell from each other or from an intermediate compartments for the purpose of preventing admixture of anolyte and catholyte. See: **electrolytic cell.** [119]

**diathermy (medical electronics).** The therapeutic use of alternating currents to generate heat within some part of the body. the frequency being greater than the maximum frequency for neuromuscular response. [42]

**dibit (data transmission).** Two bits; two binary digits. 599-1985w

**(2) (data management).** Two bits. 610.5-1990

**dichotomizing search (data management).** A search in which an ordered set of items is partitioned into two parts, one of which is rejected, and the process is repeated on the accepted part until the search is completed. See also: **binary search; Fibonacci search; interpolation search.** 610.5-1990

**dichotomy (mathematics of computing).** A division into two classes that are mutually exclusive and dual in nature. For example, all zero and all nonzero, or all true and all false. 610.1

**dichroic filter (fiber optics).** An optical filter designed to transmit light selectively according to wavelength (most often, a high-pass or low-pass filter). See: **optical filter.** 812-1984

**dichroic mirror (fiber optics).** A mirror designed to reflect light selectively according to wavelength. See: **dichroic filter.** 812-1984

**dichromate cell.** A cell having an electrolyte consisting of a solution of sulphuric acid and a dichromate. See: **electrochemistry.** [119]

**dictionary.** A list of data items and information about those items, used both to describe and to reference the items. See also: **data dictionary; index; table.** Contrast with: **directory.** 610.5-1990

**dictionary/directory (data management).** See: **data dictionary; data directory.** 610.5-1990

**die (semiconductor).** See: **chip; semiconductor.**

**dielectric (surge arresters).** A medium in which it is possible to maintain an electric field with little or no supply of energy from outside sources. [8]

**dielectric constant (1) (dielectric).** That property which determines the electrostatic energy stored per unit volume for unit potential gradient. Note: This numerical value usually is given relative to a vacuum. See: **dielectric heating.** 54-1955w

**(2) (antennas).** The real part of the complex dielectric constant. 145-1983

**dielectric dissipation factor.** (A) The cotangent of the dielectric phase angle of a dielectric material or the tangent of the dielectric loss angle. See: **dielectric heating.** (B) The ratio of the loss index ento the relative dielectric constant e. See: **relative complex dielectric constant.** 286-1975w

**dielectric filling factor (single-layer microstrip).** See: **filling factor.** 1004-1987

**dielectric filter.** See: **interference filter.**

**dielectric guide.** A waveguide in which the waves travel through solid dielectric material. See: **waveguide.** [119]

**dielectric heater.** A device for heating normally insulating material by applying an alternating-current field to cause internal losses in the material. Note: The normal frequency range is above 10 megahertz. See: **interference.** [43]

**dielectric lens.** A lens made of dielectric material and used for refraction of radio-frequency energy. See: **antenna; waveguide.** [84]

**dielectric loss (planar transmission lines).** That contribution to the attenuation constant of a propagating mode on a planar transmission line that represents losses associated with the dielectric properties of the substrates (and overlays) materials involved. which may also include conduction mechanisms. 1004-1987

**dielectric loss angle d (rotating machinery).** The angle whose tangent is the dissipation factor. 286-1975w

**dielectric loss factor.\*** See: **loss factor.** *Deprecated

**dielectric loss filling factor (planar transmission lines).** See: **filling factor.** 1004-1987

**dielectric phase angle.** (A) The angular difference in phase between the sinusoidal alternating voltage applied to a dielectric and the component of the resulting alternating current having the same period as the voltage. See: **dielectric heating.** (B) The angle whose contangent is the dissipation factor, or arc cot e″/e′. See: **dielectric dissipation factor; relative complex dielectric constant; dielectric heating.** 286-1975w

**dielectric power factor.** The cosine of the dielectric phase angle (or the sine of the dielectric loss angle). See: **dielectric heating.** 286-1975w

introduced in the tripping action of the circuit breaker.                                               [86]

**instantaneous trip or suppression (thyristor).** The means to sense an overload and reduce the output current to zero, as fast as practicable.                        428-1981

**instantiation (software).** The process of substituting specific data, instructions, or both into a generic program unit to make it usable in a computer program.              610.12-1990

**instant of chopping (high voltage test) (chopped impulses).** The instant of chopping is the instant when the initial discontinuity occurs.                                    4-1978

**instant start fluorescent lamp (illuminating engineering).** A fluorescent lamp designed for starting by a high voltage without preheating of the electrodes.                        [126]

**institutional design.** Emphasizes reliability, resistance to wear and use, safety to public, and special aesthetic considerations, such as the "agelessness" of the structure.      241-1990

**instruction (1) (programmable digital computer systems in safety systems of nuclear power generating stations).** A meaningful expression in a computer programming language that specifies an operation to a digital computer.                                   554
(2) (software). *See:* computer instruction.
                                          610.12-1990
(3) (BTL interface circuits).** A binary data word shifted serially into the test logic defined by this standard in order to define its subsequent operation.                        1149.1-1990

**instructional character.** *See:* control character.                                     610.5-1990

**instructional game (computer applications).** An instruction method employed by some computer-assisted instruction systems in which a game is used to instruct the student on some subject. *Contrast with:* question-and-answer interaction; simulation.          610.2-1987

**instructional simulation (modeling and simulation).** A simulation intended to provide an opportunity for learning or to evaluate learning or educational potential; for example, a simulation in which a mock-up of an airplane cockpit is used to train student pilots. *Syn:* academic simulation; tutorial simulation.
                                          610.3-1989

**instruction counter (software).** A register that indicates the location of the next computer instruction to be executed. *Syn:* program counter.                            610.12-1990

**instruction cycle (software).** The process of fetching a computer instruction from memory and executing it. *See also:* instruction time.
                                          610.12-1990

**instruction format (software).** The number and arrangement of fields in a computer instruc-

tion. *See also:* address field; address format; operation field.                        610.12-1990

**instruction length (software).** The number of words, bytes, or bits needed to store a computer instruction. *See also:* instruction format.                                    610.12-1990

**instruction modifier (software).** A word or part of a word used to alter a computer instruction.
                                          610.12-1990

**instruction repertoire (software).** *See:* instruction set.                            610.12-1990

**instruction set (software).** The complete set of instructions recognized by a given computer or provided by a given programming language. *Syn:* instruction repertoire.        610.12-1990

**instruction set architecture (software).** An abstract machine characterized by an instruction set. *See:* abstract machine; instruction set.                                    729-1983

**instruction time (software).** The time it takes a computer to fetch an instruction from memory and execute it. *See also:* instruction cycle.
                                          610.12-1990

**instruction trace.** *See:* trace.          729-1983

**instrument (1) (plutonium monitoring).** A complete system designed to quantify a particular type of ionizing radiation.            N317-1980
(2) (radiation protection).** A complete system designed to quantify one or more particular ionizing radiation or radiations.    N323-1978
(3) (software).** In software and system testing, to install or insert devices or instructions into hardware or software to monitor the operation of a system or component.      610.12-1990
(4) (airborne radioactivity monitoring instrumentation).** A complete system designed to quantify one or more characteristics of ionizing radiation or radioactive material.
                                          N42.17B-1990

**instrumentation (software).** Devices or instructions installed or inserted into hardware or software to monitor the operation of a system or component.                            610.12-1990

**instrumentation cable.** A cable that carries low level electric energy from a transducer to a measuring or controlling device. It may be used in environments such as high temperature, high radiation levels, and high electromagnetic fields. An instrument cable may consist of a group of two or more paired or unpaired, shielded or unshielded, solid or stranded insulated conductors.                        789-1988

**instrumentation tool (software).** A software tool that generates and inserts counters or other probes at strategic points in another program to provide statistics about program execution such as how thoroughly the program's code is exercised. *See:* code; execution; program; software tool.                    729-1983

A056

valid outside the allocating process and should not be passed between processes.      855-1985

**storage integrator (analog computer).** An integrator used to store a voltage in the hold condition for future use while the rest of the computer assumes another computer control state. *See:* **electronic analog computer.**
165-1977

**storage life (gyro, accelerometer) (inertial sensor).** The nonoperating time interval under specified conditions, after which a device will still exhibit a specified operating life and performance. *See:* **operating life.**   528-1984w

**storage light-amplifier (optoelectronic device).** *See:* **image-storage panel.**

**storage location.** An area in a storage device that can be explicitly and uniquely specified by means of an address.      610.5-1990

**storage medium.** Any device or recording medium into which data can be stored and held until some later time, and from which the entire original data can be obtained.      [61]

**storage protection (computing systems).** An arrangement for preventing access to storage for either reading or writing, or both.      [20]

**storage, reservoir (electric power systems).** The volume of water in a reservoir at a given time.      346-1973w

**storage schema.** In a CODASYL database, statements expressed in data storage definition language that describe storage areas, stored records, and any associated indices and access paths supporting the records and sets defined by a given schema. *See also:* **CODASYL database.**      610.5-1990

**storage stack.** *See:* **stack.**      610.5-1990

**storage station (power operations).** A hydroelectric generating station associated with a water storage reservoir.      858-1987

**storage structure.** (A) The manner in which data structures are represented in storage. (B) The configuration of data resident on computer storage devices after mapping the data elements of the logical structure of the database onto their respective physical counterparts. *Note:* The relationships and associations that provide the physical means for accessing the information stored in the database are preserved.      610.5-1990

**storage surface (storage tubes).** The surface upon which information is stored. *See:* **storage tube.**      158-1962w

**storage temperature (1) (power supply).** The range of environmental temperatures in which a power supply can be safely stored (for example, -40 to +85 degrees Celsius).      [41] (2) **(semiconductor device).** The range of environmental temperatures in which a semiconductor device can be safely stored.      [12]

**(3) (light emitting diodes) (T).** The temperature at which the device, without any power applied, is stored.      [127]

**storage temperature range.** The range of temperatures over which the Hall generators may be stored without any voltage applied, or without exceeding a specified change in performance.      296-1969w

**storage time (storage tubes).** *See:* **retention time, maximum; decay time; storage time.**

**storage tube.** An electron tube into which information can be introduced and read at a later time. *Note:* The output may be an electric signal and.or a visible image corresponding to the stored information.      161-1971w, 158-1962w

**store (1) (electronic digital computers).** (A) To retain data in a device from which it can be copied at a later time. (B) To put data into a storage device. (C) British synonym for storage. *See:* **storage.**      162-1963 **(2) (data management) (software).** (A) To place or retain data in a storage device. (B) To copy computer instructions or data from a register to internal storage or from internal storage to external storage. *Contrast with:* **load (B); retrieve.** *See also:* **fetch; move.**
610.5-1990, 610.12-1990

**store-and-forward switching (data communication).** A method of switching whereby messages are transferred directly or with interim storage, each in accordance with its own address. *See:* **packet switching.**      168-1956w

**store-and-forward switching system (telephone switching systems).** A switching system for the transfer of messages, each with its own address or addresses, in which the messages be stored for subsequent transmission.      312-1977w

**stored-energy indicator (power switchgear).** An indicator that visibly shows that the stored energy mechanism is in the charged or discharged position.      C37.100-1981

**stored-energy operation (power switchgear).** Operation by means of energy stored in the mechanism itself prior to the completion of the operation and sufficient to complete it under predetermined conditions. *Note:* This kind of operation may be subdivided according to: (1) how the energy is stored (spring, weight, etc.), (2) how the energy originates (manual, electric, etc.), (3) how the energy is released (manual, electric, etc.).      C37.100-1981

**stored logic (telephone switching systems).** Instructions in memory arranged to direct the performance of predetermined functions in response to readout.      312-1977w

**stored paragraph.** *See:* **boilerplate text.**      610.2-1987

# EXHIBIT 10





**The Ultimate Computer Reference**

*The Comprehensive Standard for Business, School, Library, and Home*



# Microsoft Press
# Computer Dictionary

○ *Over 300 illustrations and diagrams*
○ *Extensive Internet coverage*
○ *Featured in Microsoft Bookshelf*
○ *Covers software, hardware, concepts, and more!*

***Microsoft** Press*

A058



# Microsoft Press
# Computer Dictionary

## Third Edition

**Microsoft** Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted
in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press Computer Dictionary. -- 3rd ed.
      p.   cm.
   ISBN 1-57231-446-X
   1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
I.  Microsoft Press.
QA76.15.M54  1997
004'.03--dc21                                              97-15489
                                                              CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QMQM   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing
Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further
information about international editions, contact your local Microsoft Corporation office. Or contact
Microsoft Press International directly at fax (425) 936-7329.

Macintosh, Power Macintosh, QuickTime, and TrueType are registered trademarks of Apple Computer,
Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft
Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are
registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft
Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names
mentioned herein may be the trademarks of their respective owners.

Acquisitions Editor: Kim Fryer
Project Editor: Maureen Williams Zimmerman, Anne Taussig
Technical Editors: Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer,
                Robert Lyon, Roslyn Lutsch

**Computer Press Association** \kəm-pyo͞o`tər pres´ə-sō-sē-ā`shən\ *n.* A trade organization of journalists, broadcasters, and authors who write or report about computer technology and the computer industry.

**Computer Professionals for Social Responsibility** \kəm-pyo͞o`tər prə-fesh`ə-nəlz fər sō`shəl rə-spon-sə-bil´ə-tē\ *n. See* CPSR.

**computer program** \kəm-pyo͞o`tər prō`gram\ *n.* A set of instructions in some computer language intended to be executed on a computer so as to perform some task. The term usually implies a self-contained entity, as opposed to a routine or a library. *See also* computer language. *Compare* library (definition 1), routine.

**computer-readable** \kəm-pyo͞o`tər-rē´də-bl\ *adj.* Of, pertaining to, or characteristic of information that can be interpreted and acted on by a computer. Two types of information are referred to as computer-readable: bar codes, magnetic tape, magnetic-ink characters, and other formats that can be scanned in some way and read as data by a computer; and machine code, the form in which instructions and data reach the computer's microprocessor.

**computer revolution** \kəm-pyo͞o`tər rev-ə-lo͞o`shən\ *n.* The societal and technological phenomenon involving the swift development and wide-spread use and acceptance of computers—specifically single-user personal computers. The impact of these machines is considered revolutionary for two reasons. First, their appearance and success were rapid. Second, and more important, their speed and accuracy produced a change in the ways in which information can be processed, stored, and transferred.

**computer science** \kəm-pyo͞o`tər sī´əns\ *n.* The study of computers, including their design, operation, and use in processing information. Computer science combines both theoretical and practical aspects of engineering, electronics, information theory, mathematics, logic, and human behavior. Aspects of computer science range from programming and computer architecture to artificial intelligence and robotics.

**computer security** \kəm-pyo͞o`tər sə-kyər`ə-tē\ *n.* The steps taken to protect a computer and the information it contains. On large systems or those handling financial or confidential data, computer security requires professional supervision that combines legal and technical expertise. On a microcomputer, data protection can be achieved by backing up and storing copies of files in a separate location, and the integrity of data on the computer can be maintained by assigning passwords to files, marking files "read-only" to avoid changes to them, physically locking a hard disk, storing sensitive information on floppy disks kept in locked cabinets, and installing special programs to protect against viruses. On a computer to which many people have access, security can be maintained by requiring personnel to use passwords and by granting only approved users access to sensitive information. *See also* bacterium, encryption, virus.

**computer simulation** \kəm-pyo͞o`tər sim-yə-lā´shən\ *n. See* simulation.

**computer system** \kəm-pyo͞o`tər si`stəm\ *n.* The configuration that includes all functional components of a computer and its associated hardware. A basic microcomputer system includes a console, or system unit, with one or more disk drives, a monitor, and a keyboard. Additional hardware, called *peripherals,* can include such devices as a printer, a modem, and a mouse. Software is usually not considered part of a computer system, although the operating system that runs the hardware is known as system software.

**computer telephone integration** \kəm-pyo͞o`tər tel`ə-fōn in-tə-grā´shən\ *n.* A process allowing computer applications to answer incoming calls, provide database information on-screen at the same time the call comes in, automatically route and reroute calls by drag-and-drop, automatically dial and speed-dial outgoing calls from a computer-resident database, and identify incoming customer calls and transfer them to predetermined destinations. *See also* drag-and-drop.

**computer typesetting** \kəm-pyo͞o`tər tīp`set-ēng\ *n.* Typesetting operations that are partially or totally controlled by computers. Partial control can involve the transmittal of text directly from the source to the typesetter, without a paste-up stage. Full computerization can include the digitization of all graphics, which would then also be transmitted directly to the typesetter and regenerated without paste-up.



PCs that allows for increasing memory beyond the Intel 80x86 microprocessor real-mode limit of 1 megabyte. In earlier versions of microprocessors, EMS bypassed this memory board limit with a number of 16-kilobyte banks of RAM that could be accessed by software. In later versions of Intel microprocessors, including the 80386 and 80486 models, EMS is converted from extended memory by software memory managers, such as EMM386 in MS-DOS 5. Now EMS is used mainly for older MS-DOS applications because Windows and other applications running in protected mode on 80386 and higher microprocessors are free of the 1-MB limit. *Also called* LIM EMS. *See also* expanded memory, protected mode. *Compare* conventional memory, extended memory.

**em space** \em´ spās\ *n.* A typographical unit of measure that is equal in width to the point size of a particular font. For many fonts, this is equal to the width of a capital M, from which the em space takes its name. *Compare* en space, fixed space, thin space.

**emulate** \e´myŏŏ-lāt\ *vb.* For a hardware or software system to behave in the same manner as another hardware or software system. In a network, for example, microcomputers often emulate mainframes or terminals so that two machines can communicate.

**emulation** \e`myə-lā´shən\ *n.* The process of a computer, device, or program imitating the function of another computer, device, or program.

**emulator** \e´myə-lā`tər\ *n.* Hardware or software designed to make one type of computer or component act as if it were another. By means of an emulator, a computer can run software written for another machine. In a network, microcomputers might emulate mainframes or terminals so that two machines can communicate.

**emulsion laser storage** \ē-mul´shən lā´zər stōr-`əj\ *n.* A method for recording data in film by selective heating with a laser beam.

**enable** \e-nā´bl\ *vb.* To activate or turn on. *Compare* disable.

**encapsulate** \en-kap´sə-lāt\ *vb.* To treat a collection of structured information as a whole without affecting or taking notice of its internal structure. In communications, a message or packet constructed according to one protocol, such as a TCP/

IP packet, may be taken with its formatting data as an undifferentiated stream of bits that is then broken up and packaged according to a lower-level protocol (for example, as ATM packets) to be sent over a particular network; at the destination, the lower-level packets are assembled, re-creating the message as formatted for the encapsulated protocol. In object-oriented programming, the implementation details of a class are encapsulated in a separate file whose contents do not need to be known by a programmer using that class. *See also* ATM (definition 1), object-oriented programming, TCP/IP.

**Encapsulated PostScript** \en-kap´sə-lā-təd ·pōst´ skript\ *n. See* EPS.

**encapsulated type** \en-kap´sə-lā-təd tīp`\ *n. See* abstract data type.

**encipher** \en-sī´fər\ *vb. See* encryption.

**encode** \en-kōd´\ *vb.* **1.** In data security, to encrypt. *See also* encryption. **2.** In programming, to put something into code, which frequently involves changing the form—for example, changing a decimal number to binary-coded form. *See also* binary-coded decimal, EBCDIC.

**encryption** \en-krip´shən\ *n.* The process of encoding data to prevent unauthorized access, especially during transmission. Encryption is usually based on a key that is essential for decoding. The U.S. National Bureau of Standards created a complex encryption standard, Data Encryption Standard (DES), which provides almost unlimited ways to encrypt documents. *See also* DES.

**encryption key** \en-krip´shən kē`\ *n.* A sequence of data that is used to encrypt other data and that, consequently, must be used for the data's decryption. *See also* decryption, encryption.

**end-around carry** \end´ə-round kâr´ē\ *n.* A special type of end-around shift operation on a binary value that treats the carry bit as an extra bit; that is, the carry bit is moved from one end of the value to the other. *See also* carry, end-around shift, shift.

**end-around shift** \end`ə-round shift´\ *n.* An operation performed on a binary value in which a bit is shifted out of one end and into the other end. For example, a right-end shift on the value 00101001 yields 10010100. *See also* shift.

**en dash** \en´ dash\ *n.* A punctuation mark (–) used to show ranges of dates and numbers, as in



**event-driven programming**                                    **execute**

Microsoft Windows, UNIX, and OS/2. In times past, programs were required to interrogate, and effectively anticipate, every device that was expected to interact with the program, such as the keyboard, mouse, printer, disk drive, and serial port. Often, unless sophisticated programming techniques were used, one of two events happening at the same instant would be lost. Event processing solves this problem through the creation and maintenance of an event queue. Most common events that occur are appended to the event queue for the program to process in turn; however, certain types of events can preempt others if they have a higher priority. An event can be of several types, depending on the specific operating system considered: pressing a mouse button or keyboard key, inserting a disk, clicking on a window, or receiving information from a device driver (as for managing the transfer of data from the serial port or from a network connection). *See also* autopolling, event, interrupt.

**event-driven programming** \ə-vent´driv-ən prō´-gram-ēng, ē-vent´\ *n.* A type of programming in which the program constantly evaluates and responds to sets of events, such as key presses or mouse movements. Event-driven programs are typical of Apple Macintosh computers, although most graphical interfaces, such as Microsoft Windows or the X Window System, also use such an approach. *See also* event.

**exa-** \eks´ə\ *prefix* Abbreviated E. A prefix meaning one quintillion ($10^{18}$). In computing, which is based on the binary (base-2) numbering system, exa- has a literal value of 1,152,921,504,606,846,976, which is the power of 2 ($2^{60}$) closest to one quintillion.

**exabyte** \eks´ə-bīt´\ *n.* Abbreviated EB. Roughly 1 quintillion bytes, or a billion billion bytes, or 1,152,921,504,606,846,976 bytes.

**exception** \eks-ep´shən´\ *n.* In programming, a problem or change in conditions that causes the microprocessor to stop what it is doing and handle the situation in a separate routine. An exception is similar to an interrupt; both refer the microprocessor to a separate set of instructions. *See also* interrupt.

**exception error 12** \eks-ep´shən är-ər twelv´\ *n.* An error created in DOS environments caused by

a stack overflow. This problem may be corrected by modifying the CONFIG.SYS file and editing the STACKS= entries.

**exception handling** \eks-ep´shən  han´-də-lēng, hand´lēng\ *n. See* error handling.

**exchangeable disk** \eks-chanj´ə-bl disk´\ *n. See* removable disk.

**exchange sort** \eks-chānj´ sört´\ *n. See* bubble sort.

**exclusive NOR** \eks-klōō´siv nör´\ *n.* A two-state digital electronic circuit in which the output is driven high only if the inputs are all high or all low.

**exclusive OR** \eks-klōō´siv ör´\ *n.* A Boolean operation that yields "true" if and only if one of its operands is true and the other is false, as shown in the table below. *Acronym:* EOR (E´ör). *Also* called XOR. *See also* Boolean operator, truth table. Compare AND, OR.

| *a* | *b* | *a XOR b* |
|-----|-----|-----------|
| 0 | 0 | 0 |
| 0 | 1 | 1 |
| 1 | 0 | 1 |
| 1 | 1 | 0 |

**.exe** \dot´E-X-E´\ *n.* In MS-DOS, a filename extension that indicates that a file is an executable program. To run an executable program, the user types the filename without the .exe extension at the prompt and presses Enter. *See also* executable program.

**executable[1]** \eks´ə-kyōō´tə-bl\ *adj.* Of, pertaining to, or being a program file that can be run. Executable files have extensions such as .bat, .com, and .exe.

**executable[2]** \eks´ə-kyōō´tə-bl\ *n.* A program file that can be run, such as file0.bat, file1.exe, or file2.com.

**executable program** \eks´ə-kyōō´te-bl prō´gram\ *n.* A program that can be run. The term usually applies to a compiled program translated into machine code in a format that can be loaded into memory and run by a computer's processor. In interpreter languages, an executable program can be source code in the proper format. *See also* code (definition 1), compiler (definition 2), computer program, interpreter, source code.

**execute** \eks´ə-kyōōt´\ *vb.* To perform an instruction. In programming, execution implies loading



a program and, as a result, normally cannot be used in assigning names to files, documents, and other user-generated tools, such as macros. Characters commonly reserved for special uses include the asterisk (*), forward slash (/), backslash (\), question mark (?), and vertical bar (|).

**reserved memory** \re-zərvd` mem´ər-ē\ *n. See* UMA.

**reserved word** \rə-zərvd` wərd`\ *n.* A word that has special meaning to a program or in a programming language. Reserved words usually include those used for control statements (IF, FOR, END), data declarations, and the like. A reserved word can be used only in certain predefined circumstances; it cannot be used in naming documents, files, labels, variables, or user-generated tools such as macros.

**reset button** \rē´set but`ən\ *n.* A device that restarts a computer without turning off its power. *Compare* big red switch.

**resident font** \rez´ə-dənt font`\ *n. See* internal font.

**resident program** \rez´ə-dənt prō´gram\ *n. See* TSR.

**resistance** \rə-zi´stəns\ *n.* The ability to impede (resist) the flow of electric current. With the exception of superconductors, all substances have a greater or lesser degree of resistance. Substances with very low resistance, such as metals, conduct electricity well and are called *conductors.* Substances with very high resistance, such as glass and rubber, conduct electricity poorly and are called *nonconductors* or *insulators.*

**resistor** \rə-zi´stər\ *n.* A circuit component designed to provide a specific amount of resistance to current flow. See the illustration.

Bands



*Resistor. The bands indicate the resistance in ohms, as well as tolerance (the margin of error from the amount of resistance indicated by the bands).*

**resize** \rē-sīz´\ *vb.* To make an object or space larger or smaller. *Also called* scale.

**resolution** \rez`ə-lōō´shən\ *n.* **1.** The fineness of detail attained by a printer or a monitor in producing an image. For printers that form characters from small, closely spaced dots, resolution is measured in dots per inch, or dpi, and ranges from about 125 dpi for low-quality dot-matrix printers to about 600 dpi for some laser and inkjet printers (typesetting equipment can print at resolutions of over 1,000 dpi). For a video display, the number of pixels is determined by the graphics mode and video adapter, but the size of the display depends on the size and adjustment of the monitor; hence the resolution of a video display is taken as the total number of pixels displayed horizontally and vertically. See the following table. *See also* high resolution, low resolution. **2.** The process of translation between a domain name address and an IP address. *See also* DNS.

**resolve** \rə-zolv´\ *vb.* **1.** To match one piece of information to another in a database or lookup table. **2.** To find a setting in which no hardware conflicts occur. **3.** To convert a logical address to a physical address or vice versa.

**resource** \rē´sōrs, rə-sōrs´\ *n.* **1.** Any part of a computer system or a network, such as a disk drive, printer, or memory, that can be allotted to a program or a process while it is running. **2.** An item of data or code that can be used by more than one program or in more than one place in a program, such as a dialog box, a sound effect, or a font in a windowing environment. Many features in a program can be altered by adding or replacing resources without the necessity of recompiling the program from source code. Resources can also be copied and pasted from one program into another, typically by a specialized utility program called a *resource editor.*

**resource allocation** \rē´sōrs a-lə-kā´shən\ *n.* The process of distributing a computer system's facilities to different components of a job in order to perform the job.

**resource data** \rē´sōrs dā`tə, rə-sōrs´, dat`ə\ *n.* The data structures, templates, definition procedures, management routines, icon maps, and so forth associated with a particular resource, such as a menu, window, or dialog box. *See also* resource (definition 2), resource fork.



# EXHIBIT 11

What is computer? - A Word Definition From the Webopedia Computer Dictionary

Page 1 of 4

**internet.com** You are in the: Small Business Computing Channel 🖾 View Sites +

**(Webopedia)**

The #1 online encyclopedia dedicated to computer technology

Enter a word for a definition...

[          ] Go!

...or choose a computer category.

choose one... [ ▼ ] Go!

Last modified: Friday, January 04, 2002

**MENU**
Home
Term of the Day
New Terms
Pronunciation
New Links
Quick Reference
Did You Know?
Categories
Tech Support
Webopedia Jobs
About Us
Link to Us
Advertising

**Compare Prices**
[        ] go
💠 Hardware Central

**Talk to Us...**
Submit a URL
Suggest a Term
Report an Error

**internet.com**
Developer
International
Internet Lists
Internet News
Internet Resources

# computer

A programmable machine. The two principal characteristics of a computer are:

- It responds to a specific set of instructions in a well-defined manner.
- It can execute a prerecorded list of instructions (a program).

Modern computers are electronic and digital. The actual machinery -- wires, transistors, and circuits -- is called

Output Devices
Mass Storage Device
Input Devices
CPU

http://www.webopedia.com/TERM/C/computer.html

4/17/2006

A065

What is computer? - A Word Definition From the Webopedia Computer Dictionary

Page 2 of 4

IT
Linux/Open Source
Personal Technology
Small Business
Windows Technology
xSP Resources
Search internet.com
Advertise
Corporate Info
Newsletters
Tech Jobs
E-mail Offers
Internet commerce
Be a Commerce Partner

_hardware_: the instructions and _data_ are called _software_.

All general-purpose computers require the following hardware components:

- **memory** : Enables a computer to _store_, at least temporarily, data and programs.
- **mass storage device** : Allows a computer to permanently retain large amounts of data. Common mass storage devices include disk drives and tape drives.
- **input device** : Usually a keyboard and mouse, the input device is the conduit through which data and instructions enter a computer.
- **output device** : A display screen, printer, or other device that lets you see what the computer has accomplished.
- **central processing unit (CPU)**: The heart of the computer, this is the component that actually executes instructions.

In addition to these components, many others make it possible for the basic components to work together efficiently. For example, every computer requires a bus that transmits data from one part of the computer to another.

Computers can be generally classified by size and power as follows, though there is considerable overlap:

- **personal computer** : A small, single-user computer based on a microprocessor. In addition to the microprocessor, a personal computer has a keyboard for entering data, a monitor for displaying information, and a storage device for saving data.
- **workstation** : A powerful, single-user computer. A workstation is like a personal computer, but it has a more powerful microprocessor and a higher-quality monitor.
- **minicomputer** : A multi-user computer capable of supporting from 10 to hundreds of users simultaneously.
- **mainframe** : A powerful multi-user computer capable of supporting many hundreds or thousands of users simultaneously.
- **supercomputer** : An extremely fast computer that can perform hundreds of millions of instructions per second.

▸**E-mail this definition to a colleague**◂

Sponsored listings

**Buy Name Brand Computers for Less at SuperWarehouse.com** - Apple, HP, Sony, IBM and More! Super Warehouse has brand name computers at great prices! Not sure what you need, let our computer experts help you!

Related Categories

Types of Computers

Related Terms

CPU

A066

What is computer? - A Word Definition From the Webopedia Computer Dictionary

**HP Business Store: Computers** - Purchase computers online. Also find HP Compaq notebooks and desktops, HP printers, servers, handhelds, and storage solutions.

**HP Home & Home Office Store: Desktops** - Shop for HP Pavilion and Compaq desktop PCs at the official Hewlett Packard store. Find the complete selection of HP home and home office products.

*For internet.com pages about computer*
*CLICK HERE. Also check out the*
*following links!*

**LINKS**          ☀ = Great Page!

### Building Your Own PC ☀
What hard -core techies and companies like Dell and Compaq have been doing for years is what any computer user can learn how to do - build a computer from scratch. Let SE take you on a stroll through the park and ease the pain of building a DIY PC.

### IEEE's Computer magazine
Monthly magazine received by all members of the IEEE Computer Society. Offers articles of interest to computing professionals, computer scientists and engineers.

### Price Watch - street price search engine
Offers a way to find prices on computer products (systems, CPU, memory, storage, networking, multimedia, etc.) from many manufacturers. Prices are entered by the manufacturer using a proprietary Price Watch Info-Link system. Users then see a date and time posting with each product chosen.

**Sponsored listings**

**Motorola: Computers, All Types** - Provides seamless mobility solutions for broadband, embedded systems and wireless networks, enabling fast, flexible, and cost-effective communication.

**Logic Supply: Computers** - Mini-ITX computer systems and components designed for embedded applications and applied computing.

**GlobalSpec.com: Industrial Computers** - Provides database of suppliers for industrial computers. Includes catalogs, technical information, and supplier contact information.

hardware

mainframe

microprocessor

minicomputer

personal computer

software

supercomputer

workstation

**(Webopedia)**

Give Us Your
Feedback

Shopping
computer Products
Compare Products,Prices and
Stores

Shop by Category:
PC Desktops
2108 Model Matches

PC Laptops
3333 Model Matches

Random Access Memory
(RAM)
703 Model Matches

Graphics Cards
1455 Model Matches

Serial Adapters
854 Model Matches

What is computer? - A Word Definition From the Webopedia Computer Dictionary

**Aberdeen: Desktop Computers** - Online retailer of custom configured notebook and desktop computers.

**Businesschairs.com: Computer Carts** - Offers quality home and office furniture including executive office chairs, tables and desks, computer carts and filing cabinets.

**JupiterWeb networks:**

internet.com | 🌐 | ⊕EARTHWEB | ⊕graphics.com

Search JupiterWeb: [ _____ ] Find

Jupitermedia Corporation has two divisions:
Jupiterimages and JupiterWeb

Copyright 2006 Jupitermedia Corporation All Rights Reserved.
Legal Notices, Licensing, Reprints, & Permissions, Privacy Policy.

Jupitermedia Corporate Info | Newsletters | Tech Jobs | Shopping | E-mail Offers

A068

# EXHIBIT 12

Advertisement: Support JavaWorld, click here!



## Do you like technology?

# C#: A language alternative or just J--?, Part 1

## What the new language for .Net and post-Java Microsoft means to you

**Summary**
Early this summer, Microsoft caused a huge media splash by preannouncing .Net, a new distributed application framework. Integral to .Net is a new language called C#, which initially appears highly similar to Java. This article, the first in a two-part series, compares C# to Java -- describing language features and design trade-offs --, and places C# in the context of Microsoft's broader .Net strategy. (3,500 words)

**By Mark Johnson**

C# (pronounced "C sharp") is Microsoft researcher Anders Hejlsberg's latest accomplishment. C# looks astonishingly like Java; it includes language features like single inheritance, interfaces, nearly identical syntax, and compilation to an intermediate format. But C# distinguishes itself from Java with language design features borrowed from Delphi, direct integration with COM (Component Object Model), and its key role in Microsoft's .Net Windows networking framework.

In this article, I will examine common motivations for creating a new computer language, and speculate on which might have led to C#. Next I will introduce C# with regard to its similarities to Java. Then I will discuss a couple of high-level, fundamental differences in scope between Java and C#. I close the article by evaluating the wisdom (or lack thereof) in developing large applications in multiple languages, a key strategy for .Net and C#.

Currently, C# and .Net are available only as a C# language specification (not yet in final form), a "pre-beta SDK Technology Preview" for Windows 2000, and a quickly growing corpus of articles on MSDN. This article is based on those resources and some of my own speculation.

A069

C#: A language alternative or just J--?, Part 1

Read the whole series, "C#: A Language Alternative or Just J--?":

- Part 1. What the new language for .Net and post-Java Microsoft means to you
- Part 2. An in-depth look into the semantic differences and design choices between C# and Java

## Enter C#

Imagine you're creating a new computer language, and you want to solve some of the traditional problems for C and C++ programmers: memory leaks, difficulty writing multithreaded applications, static linking, illegal pointer references, overly complex multiple-inheritance rules, and so on. To flatten the learning curve, you design the language to look a great deal like C and C++. Then you add garbage collection, integrated thread interlocking, and dynamic linking, you throw out pointers, you allow only single inheritance but introduce the concept of an interface, and so on. Five years ago, Sun Microsystems introduced Java technology, which did those things and was platform-neutral, to boot.

In June 2000, Microsoft preannounced C#, which was designed expressly for its nascent .Net application development framework. In addition to C#, the immensely talented Hejlsberg created the revolutionary languages Turbo Pascal and Delphi while at Borland, but also the counterrevolutionary Visual J++ while at Microsoft. C# and Java address many of the same problems with C and C++. In fact, C# looks so much like Java that you could very easily confuse them.

So why create C# at all? Is C# a "Java wannabe?" Since Microsoft obviously needs to deal with the Visual J++ developers it has left stranded, is C# just "Visual J--"; that is, Java with some new features and without the Sun logo, trademark, and narrow-eyed lawyers? Or is C# a technology that gives Windows developers the functionality of Java, could possibly compete directly with Java, and is useful in its own right?

It's easy to be skeptical of C#, given its almost surreal similarity to Java in syntax, design, and even runtime behavior. It looks almost as if, having failed to corrupt the Java marketplace with proprietary extensions and strategic omissions, Microsoft has simply created a copy of Java, with a new name and a familiar market approach. This is at least not entirely the case: in the context of COM and .Net, C# may well have a place in the world of Windows development.

## Motivation for creating a new language

A new computer language could be created as part of a research project, to explore new system architectures or new ideas in programming semantics, or to pull together advances from several other language projects to produce a more powerful language. Innovations in computer technology often change basic assumptions about programming and system development, and new languages arise to take advantage of new ideas. Special applications sometimes require new languages, which are tied intimately to the domain in which they operate. General-purpose languages, however, are usually created either to address existing languages' inadequacies, to fill some business need, or both.

For example, C++ was created as an extension of the C programming language, and was originally called "C with classes." Though innovative and extremely powerful, C suffered from problems with scalability, code fragility, and memory management complexity, among others. C++ was created as an object-oriented approach to solving those problems.

C++ has been widely accepted as a system development language, but its "improvements" came at the cost of increased complexity. C, and to a lesser extent C++, are widely considered to be highly portable, exemplified by the portability of the Unix operating system.

Portability between processors is different from portability between underlying operating system APIs. Different operating systems factor access differently to similar system services. The resulting "impedance mismatch" (to appropriate a lousy metaphor) creates a layer of complexity and potential software flaws in the software layer where the application accesses system services. Anyone who has tried to create, for example, a GUI framework portable across platforms, understands this problem.

Java was created, in part, to address the issues of language complexity, memory management, and cross-platform portability. Java also addresses the business needs of consumers and companies who want to leverage their existing hardware assets, instead of being locked into a particular platform by an operating system vendor. Finally, the rise of the Internet and the ubiquity of network computing make cross-platform portability and airtight security even more important.

C#, announced by Microsoft but not yet released, addresses technical and business problems that Microsoft has recently encountered. Despite several attempts at simplification, the COM object programming framework has never been easy to use, and DCOM (Distributed Component Object Model) adds yet another layer of difficulty. Thus, COM development has been mostly limited to highly trained (and expensive) Windows C/C++ programmers, and Visual Basic users who have taken the time to learn to use a stripped-down interface to COM. The C and C++ languages alone require a great deal of skill to be used effectively and safely; Visual Basic has some object-oriented-like features, but is not a true object-oriented language.

When Java burst onto the scene in 1995, it grabbed an enormous amount of mindshare from Microsoft; people started to talk about a world where an operating system's underlying applications were irrelevant. Java looked so much like C and C++, existing programmers came up to speed in record time. Java also provided cross-platform portability at the operating-system level and addressed many problems that had limited the productivity of C and C++ programmers.

Microsoft initially embraced Java as a language that solved problems with C and C++ while maintaining the training assets of the existing C and C++ programmer base. Unfortunately, Microsoft found that when it tried to extend Java in Visual J++ and tie it more closely to the Windows operating system, Sun hit Microsoft with a lawsuit (see Resources) for violating the terms of its licensing agreement. As a result, Microsoft dumped its Visual J++ product (as well as the developers it had attracted to the tool). There was talk last year of a possible new Microsoft language called Cool, which Microsoft did not acknowledge. Rumor has it C# is that language. (Microsoft still sells Visual J++, but there has not been a new release since October 1998 and Visual J++ has no place in the .Net platform. Java is being integrated into .Net by a separate vendor.)

So what kind of language has Microsoft created? The next section discusses C# in terms of its similarity to Java, since an understanding of Java is common to most *JavaWorld* readers.

## C# and Java similarities
In the grand tradition of programming tutorials that began with C, my comparison of Java and C# begins with a familiar "Hello, world!" example. The code for this multilingual example appears in Table 1.

http://www.javaworld.com/javaworld/jw-11-2000/jw-1122-csharp1_p.html                                4/16/2006

A071

C#: A language alternative or just J--2, Part 1

| Java | C# |
|---|---|
| `public class GlobalGreeting {`<br>`    public static void main`<br>`(String[] args) {`<br>`        System.out.println`<br>`("Zdravo, zemlya!");`<br>`    }`<br>`}` | `class GlobalGreeting {`<br>`    static void Main(string[]`<br>`args) {`<br>`        System.Console.WriteLine`<br>`("Salut, le monde!");`<br>`    }`<br>`}` |

**Table 1. "Hello, world!" in four languages (Java, C#, Croatian, French)**

The similarities between these two simple programs are obvious. Both encapsulate their main function, which is static, within an enclosing class. Both access a global name, *System*, that wraps access to system services. The similarities do not end with source code: Java, as you probably know, compiles to *byte code* -- operation codes in the instruction set of the Java Virtual Machine. C# compiles to MSIL (Microsoft Intermediate Language, formerly known as portable binary format), an intermediate, assembly-like language to which all .Net languages compile. MSIL could easily be called "Windows byte code"; however, just-in-time (JIT) compiling is only one of its design goals. MSIL's design was influenced heavily by the design goal of language interoperability. (Learn more about this in the section entitled **Intermediate Language** below.)

## External reference

Usage of code external to a module is handled similarly in Java and C#. Java uses the import keyword to declare references to external names; C# provides the using keyword, as shown in Table 2.

| Java | C# |
|---|---|
| `import java.lang.System;`<br>`public class GlobalGreeting2 {`<br>`    public static void main`<br>`(String args[]) {`<br>`        System.out.println`<br>`("Zdravo, zemjata!");`<br>`    }`<br>`}` | `using System;`<br>`class GlobalGreeting2 {`<br>`    static void Main(string args`<br>`[]) {`<br>`        Console.WriteLine("Salut,`<br>`monde!");`<br>`    }`<br>`}` |

A072

C#: A language alternative or just J--?, Part 1

## Table 2. The Java `import` keyword and the C# `using` keyword

The two keywords work in a similar manner; both allow you to use names from another compilation unit without fully specifying the name. Neither C# nor Java use the C preprocessor construct `#include`, because the reference to the external module is at a logical, not a lexical, level. This means the external reference is resolved at link time, as well as at compile time. This has special significance for C#, since it allows modules to subclass and operate with modules written in other languages.

The difference between `import` in Java and `using` in C# is that Java has a concept of packages, which has a specific meaning in the context of symbol accessibility, while C# uses namespaces much like those of C++. The `using` keyword makes all names in the given namespace accessible to a module. So, the line `using System;` lets you access the .Net runtime namespace System. The System namespace contains the static global method `System.Console.WriteLine()`, which is accessible as `Console.WriteLine()` without specifying the System namespace. (Compare Tables 1 and 2.) In the Java example, System is a class defined in `java.lang`, which is implicitly imported into every Java source file; therefore, the `import` statement is not needed. However, including `import java.lang.System.*;` does not permit you to omit the `System.` from `System.out.println` as in C#, because System is a class, not a namespace. Thus, external names are referenced in a way that seems similar, but has different underlying mechanisms. This difference could be more confusing to programmers accustomed to Java than to C++ programmers who understand and use namespaces. Neither option is more expressively powerful; the two languages simply use different mechanisms to disambiguate names.

### Control constructs
Simple statements in C# and Java look alike, since both languages descend primarily from C and C++. Table 3 presents common language constructs in C# and Java.

| Statement | Java | C# |
|---|---|---|
| if/then/else | `int i = 0;`<br>`if (i == 0) {`<br>`    i = 1;`<br>`} else {`<br>`    i = 2;`<br>`}` | `int i = 0;`<br>`if (i == 0) {`<br>`    i = 1;`<br>`} else {`<br>`    i = 2;` |
|  | `int i = 0;`<br>`switch (i) {`<br>`    case 0:`<br>`        i =` | `int i = 0;`<br>`switch (i) {`<br>`    case 0:`<br>`        i =` |

A073

C#: A language alternative or just J--?, Part 1

| | | |
|---|---|---|
| **switch** | ```1; case 1: break; i =``` <br> ```2; break; i = -1;``` <br> ```break;``` <br> ```}``` | ```1; case 1: break; i =``` <br> ```2; default: i = -1;``` <br> ```break;``` <br> ```}``` |
| **while** | ```int i = 0;``` <br> ```while (i++ < 10) {``` <br> ```}``` | ```int i = 0;``` <br> ```while (i++ < 10) {``` <br> ```}``` |
| **do/while** | ```int i = 0;``` <br> ```do {``` <br> ```} while (i++ < 10);``` | ```int i = 0;``` <br> ```do {``` <br> ```} while (i++ < 10);``` |
| **foreach** | ```import java.util.Vector;``` <br> ```public static int sum``` <br> ```(Vector v) {``` <br> ```    int sum = 0;``` <br> ```    for (int j = 0; j <``` <br> ```v.size(); j++) {``` <br> ```        Integer i =``` <br> ```(Integer)v.elementAt(j);``` <br> ```        sum = sum +``` <br> ```i.intValue();``` <br> ```    }``` <br> ```    return sum;``` <br> ```}``` <br> ```// Note: Java doesn't have``` <br> ```"foreach".``` <br> ```// This method uses``` <br> ```java.util.Vector``` | ```using System.Collections;``` <br> ```static int SumList``` <br> ```(ArrayList theList) {``` <br> ```    int sum = 0;``` <br> ```    foreach (int j in``` <br> ```theList) {``` <br> ```        sum = sum + j;``` <br> ```    }``` <br> ```    return sum;``` <br> ```}``` |

| | // to achieve the same end. | |
|---|---|---|
| **break/continue** | ```// Works with: for, while,
// do, switch
int i = 0;
while (i++ < 10) {
    if (i < 5) continue;
    break;
}``` | ```// Works with: for, while,
// do,
// switch, foreach
int i = 0;
while (i++ < 10) {
    if (i < 5) continue;
    break;
}``` |
| **return** | ```public void returnNothing()
{
    return;
}
public int returnOne() {
    return 1;
}``` | ```public void returnNothing()
{
    return;
}
public int returnOne() {
    return 1;
}``` |
| **new** | ```Something s = new Something
();

try {
    throw new
SampleException();
} catch (SampleException
ex) {
} finally {
}``` | ```Something s = new Something
();

try {
    throw new
SampleException();
} catch (SampleException
ex) {
} finally {
}
// However...
try {
    throw new``` |

A075

| | | |
|---|---|---|
| **throw**<br>**try/catch/finally** | | `SampleException();`<br>`} catch { // Note argument`<br>`optionality`<br>`// Not only is the argument`<br>`to`<br>`// catch optional, but`<br>`// the entire catch clause`<br>`// itself is optional.`<br>`// Also, C# has no throws`<br>`keyword.`<br>`} finally {` |
| **exclusive**<br>**access** | `synchronized(this) {`<br>`   // do something`<br>`}` | `lock (this) {`<br>`   // do something` |
| **class**<br>**definition** | `class Foo extends Bar {`<br>`...`<br>`}` | `class Foo : Bar {`<br>`...`<br>`}` |
| **interface**<br>**definition** | `interface IFoo extends IBar`<br>`{`<br>`...`<br>`}` | `interface IFoo : IBar {`<br>`...`<br>`}` |
| **interface**<br>**implementation** | `class Foo implements IFoo,`<br>`IBaz {`<br>`...`<br>`}` | `class Bar: IFoo, IBaz {`<br>`...`<br>`}` |

**Table 3. Constructs common to Java and C#**

A076

As you can see in Table 3, most procedural statements in C# are similar, if not identical, to their corresponding statements in Java, and both languages are very similar to C++. There are a few differences worth noting:

**The `foreach` keyword:** C# has a built-in construct, `foreach`, used for iterating collections. In Table 3, this keyword iterates over a collection of `int`s. The expression (`int j in theList`) defines an iteration variable `j`, which is subsequently assigned to the integer values of the array `theList`. If a value in `theList` cannot be converted and assigned to an integer, an exception is thrown; in other words, the iterated collection is not of a specific type, and therefore the `foreach` keyword is not type-safe at compile time.

Java lacks the `foreach` keyword, of course, so one possible implementation of collection iteration appears in Table 3, using `java.util.Vector` as the collection. Vectors are not type-safe either, and the collection iteration relies on methods in the collection class, rather than on a language construct like `foreach`. In addition, Java's distinction between `Integer` objects and `int` primitives results in some typecasting that is unnecessary in C#.

**Empty `catch` clauses:** In C#, the clause that follows the `catch` keyword and specifies which exception is caught is optional. If the catch clause is absent, the `catch` block is executed for any exception the `try` block throws. If the programmer doesn't care about the contents of the thrown exception, omitting the catch clause alleviates the burden of defining a variable (the thrown exception) that isn't used. I think the optional catch clause encourages programmers to be cavalier about ignoring error conditions, and therefore encourages poor programming practice. Compared to the absence of explicit exception declarations (the next item in this list), which I consider a serious design flaw, this minor language feature is a venial sin at worst.

**No explicit exception declarations:** In Java, a `throws` clause is mandatory for checked exceptions; in C#, `throws` doesn't exist. Novice Java programmers often complain that `throws` is tedious, and usually short-circuit their program exceptions by using `try/catches` with empty catch blocks. That technique is the software equivalent of putting pennies behind fuses: It works fine until something goes wrong. (Regular readers of my columns are *not* invited to point out that I use this technique myself in sample code for my articles. I don't do it in "real" programs.) By not requiring explicit exception declarations in method signatures, C# values short-term programmer convenience over program safety and correctness.

**Interface and class definition syntax:** C# replaces the Java `extends` and `implements` keywords with a colon. Java and C# are similar not only in syntax, but in architectural language design decisions. C#'s designers arrived at many of the same conclusions about how to "fix" C++ that Java's designers had reached 5 years (or so) earlier.

Both languages use automatic garbage collection for memory management (though C# allows access to pointer types and unmanaged memory in so-called "unsafe" code sections). Both have eliminated the `delete` operator. Neither currently has generic types, (implemented in C++ as templates), which are clearly needed. Both allow only single inheritance, offering interfaces as an arguably superior alternative to multiple inheritance. Both provide a hierarchical naming scheme, though C#'s namespaces are a more C++-like solution than are Java packages. Both have a base object type, from which all other classes are, by definition, derived. And so on. This does not necessarily mean that C# directly copies Java. Perhaps these decisions simply reflect the current consensus about what is desirable in this type of language.

The similarity between C++ and C# is a great benefit to any organization with an existing training investment in C and C++. Programmers accustomed to C++ will have no trouble understanding C#. Moreover, Windows programmers who invested time learning Java (often in the form of Visual J++) will come up to speed on C# even more quickly than C++ programmers. As I noted before, former Visual J++ programmers developing Windows applications will not have to choose between Java's ease of use and clean design and an API designed specifically for Windows. Writing to the Windows API sacrifices cross-platform compatibility in any case, and Microsoft would rather have a language it can control than one controlled by the Java Community Process. C# provides Windows developers with a language as easy to use as Java, and provides Microsoft with a language, targeted directly at its platform, that it can control entirely. Interestingly, C# has been submitted to a standards body, a topic I will discuss further in Part 2 of this article. If C# becomes standardized, it will be interesting to see how much control over C# Microsoft is really willing to relinquish.

## C# and Java contrasts

C#'s most intriguing facets are its differences from Java, not its similarities. This section (and much of Part 2 of this series) covers features of C# that Java implements differently or entirely lacks.

### Intermediate language

Microsoft is very flexible about choosing when MSIL is compiled to the native machine code. The company takes care to say that MSIL is not interpreted, but compiled to machine code. It also understands that many -- if not most -- programmers accept the idea that Java programs are inherently slower than anything written in C. The implication is that MSIL-based programs (written in C#, Visual Basic, "Managed C++" -- a version of C++ that conforms to the CLS -- and so on) will outperform "interpreted" Java byte code. Of course, this has yet to be demonstrated, since C# and other MSIL-producing compilers have not yet been released. But the ubiquity of JIT compilers for Java make Java and C# relatively equal in terms of performance. Statements like, "C# is compiled and Java is interpreted," are simply marketing spin. Java byte code and MSIL are both intermediate assembly-like languages that are compiled to machine code for execution, at runtime or otherwise.

### COM integration

The biggest win for Windows programmers with C# may be its painless integration of COM, Microsoft's Win32 component technology. In fact, it will eventually be possible to write COM clients and servers in any .Net language. Classes written in C# can subclass an existing COM component; the resulting class can be used as a COM component too, and can then be subclassed in, for example, JScript, to provide yet a third COM component. The result is an environment in which components are network services, subclassable in any .Net language.

Microsoft's goal is to make component creation accessible from as many languages as possible, integrated within the .Net framework. Several vendors have already committed to creating .Net-enabled versions of programming languages as diverse as COBOL and Haskell. Developers could choose different languages to solve different problems. More important, programmers would not have to learn a new language to use .Net: they could choose one they already knew. For more on COM integration, see Jacques Surveyer's excellent survey of C# in *Dr. Dobbs Journal*. (See Resources.)

## Best of breed or Franken-code?

The language interoperation goal certainly has its appeal. Imagine a system that uses "best of breed" languages for various tasks,

C#: A language alternative or just J--?, Part 1

"empowering" every developer to use his or her favorite language, "leveraging" existing information assets, and so on. The idea of being able to use any language anywhere, and even use multiple languages within a particular inheritance hierarchy, sounds exciting. However, I'm not sure I'm interested in that sort of excitement.

C# will initially ship with Visual Studio 7, which may be able to provide source-level debugging for multiple languages, an impressive achievement if Microsoft can make it work. But imagine actually working on a project of significant size in which multiple languages are used in a single application. Consider these concerns:

- Would you want to manage that project? (Yeah, OK hotshot, *you* understand all those languages, because you're an über-hacker. Let me rephrase the question: Would you want your current boss to manage that project?)

- How many languages are you using? Three? Six? Eight? What about that guy in your group who refuses to code in anything but APL, Haskell, or Prolog? There's a lot to like about those languages, but do you want to train everyone in your group to use them just so they can effectively debug the system? Or will Mr. Prolog have to sit in on all debugging sessions that use his code?

- Let's say you're using six languages -- are you single-sourced for any of them? What will you do if the only company that makes the compiler for one of your languages goes out of business? Or if the other vendor's language products are incompatible with your code because your developers used language extensions proprietary to the original, now unsupported, language version?

- What are the language version numbers for the *n* languages you're using to implement your system? If you think this question doesn't matter, think again. Languages may change more slowly than programs, but they do change.

- **Q.** What's more of a headache than a bug in a compiler?
  **A.** Bugs in six compilers.

- Microsoft's Common Language Subset, which describes language features necessary for .Net interoperation, places restrictions on languages that compile to MSIL. For example, Microsoft will provide Managed C++, which is C++ with some additional proprietary Microsoft "managed extensions." C++ programmers will have to learn to use these Microsoft-specific extensions. The same may be true for other languages.

- What if you decide you want or need to change platform vendors? What if you someday decide that Microsoft's products aren't meeting your needs? Or some technology you desperately want or need doesn't integrate with .Net (possibly because Microsoft locks that technology out of .Net because it's a threat to other MS products)? Where will you go? And, more important, in this scenario, who decides where you go? (Hint: It's not you.)

With a little thought, I'm sure you can add to this list. The reality probably isn't quite that bad, though. Components written in multiple languages comprise many large data processing systems (the World Wide Web, for example). Most servers, and many applications, are extensible in multiple scripting and/or compiled languages. Used wisely, language mix-and-match in a project can provide needed flexibility and power. But only if the languages are selected for valid architectural reasons, not simply to "leverage" (salvage) creaky,

http://www.javaworld.com/javaworld/jw-11-2000/jw-1122-csharp1_p.html

A079

C#: A language alternative or just J~?, Part 1

poorly structured legacy code, to make use of undertrained entry-level programmers, or to satisfy managers cutting corners on training costs.

## Conclusion

This article, the first in a two-part series, has provided a superficial overview of C#, focusing on its similarity to Java. The next article will cover C#'s language features, and demonstrate that C# and Java are actually quite different; they have many subtle semantic differences and design choices, and fill different technological and market niches. I'll also cover Microsoft's attempts to standardize C#, and what it may mean to Java. Stay tuned next month. ⬛

## About the author

Mark Johnson is a writer, a consultant, and a JavaBeans columnist and XML guru at *JavaWorld*. His interests include design patterns, structured data representation, software architecture, enterprise data systems, and codeless software development. He is president of elucify technical communications (etc), a Colorado-based corporation dedicated to clarifying novel or complex ideas through clear explanation and example. His client list currently includes Sun Microsystems, where he is a contract technical writer.

## Resources

* Read Part 2 of "C#: A Language Alternative or Just J~?," Mark Johnson (December, 2000) for an in-depth look into the semantic differences and design choices between C# and Java:
  http://www.javaworld.com/javaworld/jw-12-2000/jw-1221-csharp2.html
* "Bits, Flames, and Links," Bobby Schmidt (*MSDN Online*, Sept. 29, 2000) -- gets you started experimenting with C#, and includes a generous resource list:
  http://msdn.microsoft.com/library/welcome/dsmsdn/deepc08172000.htm
* "C#, The Natural Progression," Michael Perry (*JavaWorld*, August 2000) -- a high-level article, reprinted from ITworld.com, that outlines the C# technology:
  http://www.javaworld.com/javaworld/jw-08-2000/jw-0804-itw-csharp.html
* ITworld.com and *JavaWorld* columnists duke it out (pardon the pun) on C# vs. Java:
  http://www.javaworld.com/javaworld/jw-11-2000/jw-1122-letters.html
* "C# Under the Microscope" (*Slashdot*, Aug. 9, 2000) -- a good, quick analysis of C#. The hacker prattle following the article provides more heat than light, but also the occasional worthwhile observation:
  http://slashdot.org/articles/00/08/09/1612254.shtml
* "Microsoft .Net vs. J2EE — How Do They Stack Up?" Jim Farley (*Java.oreilly.com*):
  http://java.oreilly.com/news/farley_0800.html
  If you're running Windows 2000, download this "pre-beta" evaluation kit: http://msdn.microsoft.com/downloads/default.asp?URL=/code/
  sample.asp?url=/msdn-files/027/000/976/msdncompositedoc.xml
* "Deep Inside C#: An Interview with Microsoft Chief Architect Anders Hejlsberg," John Osborn, (*www.oreilly.co*) -- a fascinating article with the designer of C#. Be sure to read the James Gosling interview mentioned here, since Gosling's comments, it appears to me, were used out of context:
  http://windows.oreilly.com/news/hejlsberg_0800.html

http://www.javaworld.com/javaworld/jw-11-2000/jw-1122-csharp1_p.html

A080

C#: A language alternative or just J-?, Part 1

- A preliminary injunction in the Sun vs. Microsoft case, from Northern California U.S. District Court:
  http://techlawjournal.com/courts/sunwvmsft/19981117ord.htm

- "Sharp New Language: C# Offers the Power of C++ and Simplicity of Visual Basic," Joshua Trupin (*MSDN Online*, September 2000):
  http://msdn.microsoft.com/msdnmag/issues/0900/csharp/csharp.asp
  "First Impressions of C#: Java Killer or Java Wannabe," David Reilly (*EarthWeb*, Aug. 11, 2000):
  http://gamelan.earthweb.com/dlink.resource-jhtml.72_1082_l.repository|lsoftwaredev
  |content|article|20001081101SDreillycsharp11SDreillycsharp1~xml.41.jhtml?cda=true "First Impressions of C#: a Language Overview," David Reilly (*EarthWeb*, Aug. 22, 2000): http://gamelan.earthweb.com/earthweb/cda/dlink.resource-
  jhtml.72_1082.|repository|l
  softwaredev|content|article|20001081211SDreillycsharp21SDreillycsharp2~xml.41.jhtml?cda=true

- "Report from Microsoft PDC 2000," John Ruley (*Byte.com*, July 17, 2000) -- a first-hand report from the Microsoft Professional Developers Conference, where C# was presented:
  http://www.byte.com/feature/BYT20000714S0003

- "Microsoft Challenges Java with C Sharp," Charles Babcock, (*Inter@ctive Week*, July 3, 2000) -- Includes news about potential C# standardization:
  http://www.zdnet.com/intweek/stories/news/0,4164,2597408,00.html

- "Java business conference: Sun cancels Java standard plans," John Cox (*Network World Fusion* Dec. 8, 1999) -- documents Sun's flip-flop on Java standardization:
  http://www.nwfusion.com/news/1999/1208std.html

- "Microsoft Pitches 'C sharp' Against Java," John Leyden (*vnunet.com*, June 27, 2000):
  http://www.vnunet.com/News/1104875

- "Microsoft Cans Visual J++ Tool," John Gerrakls (*vnunet.com*, July 12, 2000) -- Surprise, surprise:
  http://www.vnunet.com/News/1106388

- "Microsoft .Net Plans Face Court Hurdle," John Leyden (*vnunet.com*, June 23, 2000) -- How will .Net play in the context of the antitrust case? Fear, uncertainty, and doubt, for those who just can't get enough!
  http://www.vnunet.com/News/1104495

- A large list of C# programming articles:
  http://www.hitmill.com/programming/dotNET/csharp.html

- ECMA (European Computer Manufacturers Association) homepage:
  http://www.ecma.ch/

- ECMA News has a discussion of C#'s submission to ECMA:
  http://www.ecma.ch/ecma1/NEWS/NEWS.HTM#Two%20new%20projects%20for%20ECMA%20TC39

- "C Sharp Previews Sound Flat," Charles Babcock, (*Inter@ctive Week*, July 17, 2000) has a good competitive analysis:
  http://www.zdnet.com/intweek/stories/news/0,4164,2604273,00.html

- "Microsoft's .Net Strategy," Gopalan Suresh Raj (Oct. 13, 2000):
  http://www.execpc.com/~gopalan/misc/viewpoint.html

- "C# Strikes a Chord", Jacques Surveyer (*Dr. Dobb's Journal*):
  http://www.ddj.com/articles/2000/0065/0065q/0065q.htm

- "C# Is Pronounced 'See Sharp,'" Arthur Griffith (*windows.oreilly.com*):
  http://windows.oreilly.com/news/seesharp_0700.html

http://www.javaworld.com/javaworld/jw-11-2000/jw-1122-csharp1_p.html

A081

C#: A language alternative or just J--?, Part 1

Advertisement: Support JavaWorld, click here!




100% Guaranteed for One Year  SAVE!

Epson ⬧ HP ⬧ Canon ⬧ Lexmark
4INKJETS
www.4inkjets.com

HOME | FEATURED TUTORIALS | COLUMNS | NEWS & REVIEWS | FORUM | JW RESOURCES | ABOUT JW | FEEDBACK

Copyright © 2006 JavaWorld.com, an IDG company

A082

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on April 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on April 17, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY E-MAIL

> Robert T. Haslam, Esquire
> Heller & Ehrman LLP
> 275 Middlefield Rd.
> Menlo Park, CA 94025

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> _Andrew A. Lundgren_
>
> Josy W. Ingersoll (#1088)
> jingersoll@ycst.com
> John W. Shaw (#3362)
> jshaw@ycst.com
> Andrew A. Lundgren (# 4489)
> alundgren@ycst.com
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899
> Telephone: (302) 571-6600