IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No.: 05-314-GMS |
| v. | ) <br> ) |
| COREMETRICS, INC., | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**DECLARATION OF BHANU K. SADASIVAN IN SUPPORT OF DEFENDANT**

**COREMETRICS' OPENING MARKMAN BRIEF**

STEVEN J. BALICK (#2114)
JOHN G. DAY (#2403)
LAUREN E. MAGUIRE (#4261)
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

OF COUNSEL:

ROBERT T. HASLAM (Cal. Bar No. 71134)
NITIN SUBHEDAR (Cal. Bar No. 171802)
BHANU K. SADASIVAN (Cal. Bar No. 233429)
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650)-324-7000
Facsimile: (650)-324-0638

MATTHEW C. LAPPLE (Cal. Bar No. 193546)
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92121
Telephone: (858) 450-8400
Facsimile: (858) 450-8999

April 17, 2006

I, Bhanu K. Sadasivan, hereby certify as follows:

1

1.      I am an associate attorney at Heller Ehrman LLP, located in Menlo Park, CA and I represent Coremetrics, Inc. in this action. I am admitted to this Court *pro hac vice.*

2.      I make this declaration in support of Defendant Coremetrics' Opening Markman Brief.

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Manual of Patent Examining Procedure, *MPEP* §2181.

4.      Attached hereto as Exhibit 2 are relevant excerpts from the treatise *Landis On Mechanics of Patent Claim Drafting*, § 6:2.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the relevant pages from McGraw-Hill Dictionary of Scientific and Technical Terms (5th ed. 1994), which provides the definition of "log" as "[COMPUT SCI] A record of computer operating runs, including tapes used, control settings, halts, and other pertinent data."

I declare under penalty of perjury that the foregoing is true and correct, executed in Menlo Park, CA this 17th day of April, 2006.

                                                                              _____
                                                                              Bhanu K. Sadasivan

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2006, the attached **DECLARATION OF BHANU K. SADASIVAN IN SUPPORT OF DEFENDANT COREMETRICS' OPENING MARKMAN BRIEF** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Frederick L. Whitmer, Esquire<br>Brown Raysman Millstein Felder & Steiner LLP<br>900 Third Avenue<br>New York, NY 10022 | **VIA FEDERAL EXPRESS** |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire