*NetRatings, Inc. v. Coremetrics, Inc.*
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| | | | | 17, 1999 Office Action) |
| 3. | 6,108,637 [16, 28, 33] | means for monitoring the change in time of a characteristic of the content display | **Function:** monitoring the change in time of a characteristic of the content display<br><br>**Structure:** A set of computer instructions as described in the specification sections cited below, which can be embodied in one or more computer programs, which cause one or more computer systems to perform the recited function, and which can be implemented using any appropriate computer language, and all structural equivalents of such set of computer instructions.<br><br>**Specification citations:** Col. 7, ll. 66- col. 8, ll. 5; Col. 8, ll. 29-37; Col. 10, ll. 58- Col. 11, ll. 2; Col. 11, ll. 9-14, 38-67; Col. 12, ll. 9-36; Col. 13, ll. 17-21; Col. 13, ll. 35-40; Col. 14, ll. 27-31; Col. 16, ll. 13-38; Col. 17, ll. 11-13; ll. 21-22; ll. 29-34; ll. 39-55; Col. 12, ll. 1-9, Col. 23, ll. 1-9; Col. 25, ll. 38-45; Figs. 3B, 5C, 6D. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "monitoring the change in time of a characteristic of the content display." Coremetrics contends that the term "characteristic" is indefinite, rendering this claim element indefinite as well.<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** same as element 1. |
| 4. | 6,108,637 [62] | instructions for monitoring the change in time of a characteristic of the content display | **This element is not subject to 35 U.S.C. 112(6).**<br><br>In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** same as element 3.<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** same as element 2. |

16

*NetRatings, Inc. v. Coremetrics, Inc.*  
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| 5. | 6,108,637 [12] | means for monitoring the change in time of a characteristic of the computer system | **Function:** monitoring the change in time of a characteristic of the computer system<br><br>**Structure:** A set of computer instructions as described in the specification sections cited below, which can be embodied in one or more computer programs, which cause one or more computer systems to perform the recited function, and which can be implemented using any appropriate computer language, and all structural equivalents of such set of computer instructions.<br><br>**Specification citations:** Col. 7, ll. 66- col. 8, ll. 5; Col. 8, ll. 29-37; Col. 10, ll. 58- Col. 11, ll. 2; Col. 11, ll. 9-14, 38-67; Col. 12, ll. 9-36; Col. 13, ll. 17-21; Col. 13, ll. 35-40; Col. 14, ll. 27-31; Col. 16, ll. 13-38; Col. 17, ll. 11-13; ll. 21-22; ll. 29-34; ll. 39-55; Col. 12, ll. 1-9, Col. 23, ll. 1-9; Col. 25, ll. 38-45; Figs. 3B, 5C, 6D. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "monitoring the change in time of a characteristic of the computer system." Coremetrics contends that the term "characteristic" is indefinite, rendering this claim element indefinite as well.<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** same as element 1. |
| 6. | 6,108,637 [58] | instructions for monitoring the change in time of a characteristic of the computer system | **This element is not subject to 35 U.S.C. 112(6).**<br><br>In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** same as element 5.<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** same as element 2. |
| 7. | 6,108,637 [13, 18, 36] | means for monitoring display of the | **Function:** monitoring display of the content<br><br>**Structure:** A set of computer instructions as described in | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is |

17

*NetRatings, Inc. v. Coremetrics, Inc.*
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
|  |  | content | the specification sections cited below, which can be embodied in one or more computer programs, which cause one or more computer systems to perform the recited function, and which can be implemented using any appropriate computer language, and all structural equivalents of such set of computer instructions.<br><br>**Specification citations:** Col. 7, ll. 66- col. 8, ll. 5; Col. 8, ll. 29-37; Col. 10, ll. 58- Col. 11, ll. 2; Col. 11, ll. 9-14, 38-67; Col. 12, ll. 9-36; Col. 13, ll. 17-21; Col. 13, ll. 35-40; Col. 14, ll. 27-31; Col. 16, ll. 13-38; Col. 17, ll. 11-13; ll. 21-22; ll. 29-34; ll. 39-55; Col. 12, ll. 1-9, Col. 23, ll. 1-9; Col. 25, ll. 38-45; Figs. 3B, 5C, 6D. | "monitoring display of the content."<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** '637 patent: Col. 11:57-67; Col. 12:1-8, 15-24; Col. 13:37-40; Col. 13:51-58; Col. 14:31-40; Col. 16:17-27; Col. 17:11-13; Col. 17:29-33; Col. 20:4-12; Col. 25:13-23; . (NR-CORE00691; 964); (NR-CORE000710--711; 713; October 22, 1999 Response to Office Action, p. 12-13; 15) |
| 8. | 6,108,637 [59] | instructions for monitoring display of the content | **This element is not subject to 35 U.S.C. 112(6).**<br><br>In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** same as element 7.<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** '637 patent: Col. 11:57-67; Col. 12:1-8, 15-24; Col. 13:37-40; Col. 13:51-58; Col. 14:31-40; Col. 16:17-27; Col. 17:11-13; Col. 17:29-33; Col. 20:4-12; Col. 25:13-23; (NR-CORE000650-653; June 3, 1999 Response to Office Action, p.15-16); (NR-CORE000718; Reasons for Allowance). |
| 9. | 6,108,637 [30] | means for monitoring the | **Function:** monitoring the display of content to produce monitoring information regarding display of the content | This claim element is governed by 35 U.S.C. § 112(6). |

18

*NetRatings, Inc. v. Coremetrics, Inc.*  
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
|   |   | display of content to produce monitoring information regarding display of the content | **Structure:** A set of computer instructions as described in the specification sections cited below, which can be embodied in one or more computer programs, which cause one or more computer systems to perform the recited function, and which can be implemented using any appropriate computer language, and all structural equivalents of such set of computer instructions.  **Specification citations:** Col. 7, ll. 66- col. 8, ll. 5; Col. 8, ll. 29-37; Col. 10, ll. 58- Col. 11, ll. 2; Col. 11, ll. 9-14, 38-67; Col. 12, ll. 9-36; Col. 13, ll. 17-21; Col. 13, ll. 35-40; Col. 14, ll. 27-31; Col. 16, ll. 13-38; Col. 17, ll. 11-13; ll. 21-22; ll. 29-34; ll. 39-55; Col. 12, ll. 1-9, Col. 23, ll. 1-9; Col. 25, ll. 38-45; Figs. 3B, 5C, 6D. | **Function:** The function of this claim element is "monitoring the display of content to produce monitoring information regarding display of the content."  **Structure:** same as element 1.  **Intrinsic evidence:** same as element 7. |
| 10. | 6,108,637 [18, 36] | means for monitoring display of the content to produce monitoring information regarding display of the content | **Function:** monitoring display of the content to produce monitoring information regarding display of the content  **Structure:** A set of computer instructions as described in the specification sections cited below, which can be embodied in one or more computer programs, which cause one or more computer systems to perform the recited function, and which can be implemented using any appropriate computer language, and all structural equivalents of such set of computer instructions.  **Specification citations:** Col. 7, ll. 66- Col. 8, ll. 5; Col. 8, ll. 29-37; Col. 10, ll. 58- Col. 11, ll. 2; Col. 11, ll. 9-14, | This claim element is governed by 35 U.S.C. § 112(6).  **Function:** The function of this claim element is "monitoring display of the content to produce monitoring information regarding display of the content."  **Structure:** same as element 1.  **Intrinsic evidence:** same as element 7. |

NetRatings, Inc. v. Coremetrics, Inc.
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
|  |  |  | 38-67Col. 12, ll. 9-36; Col. 13, ll. 17-21; Col. 13, ll. 35-40; Col. 14, ll. 27-31; Col. 16, ll. 13-38; Col. 17, ll. 11-13; ll. 21-22; ll. 29-34; ll. 39-55; Col. 12, ll. 1-9, Col. 23, ll. 1-9; Col. 25, ll. 38-45; Figs. 3B, 5C, 6D. |  |
| 11. | 6,108,637 [17] | means for determining the duration of the display of the content | **Function:** determining the duration of the display of the content<br><br>**Structure:** A set of computer instructions as described in the specification sections cited below, which can be embodied in one or more computer programs, which cause one or more computer systems to perform the recited function, and which can be implemented using any appropriate computer language, and all structural equivalents of such set of computer instructions.<br><br>**Specification citations:** Col. 7, ll. 66- col. 8, ll. 5; Col. 8, ll. 29-37; Col. 10, ll. 58- Col. 11, ll. 2; Col. 11, ll. 9-14, 38-67Col. 12, ll. 9-36; Col. 13, ll. 17-21; Col. 13, ll. 35-40; Col. 14, ll. 27-31; Col. 16, ll. 13-38; Col. 17, ll. 11-13; ll. 21-22; ll. 29-34; ll. 39-55; Col. 12, ll. 1-9, Col. 23, ll. 1-9; Col. 25, ll. 38-45; Figs. 3B, 5C, 6D. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "determining the duration of the display of the content."<br><br>**Structure:** The only "structure" described in the specification of the patent is a generic, unspecified Java Applet to deliver both content and Java code that somehow uses time stamps, said to be ascertainable through an unspecified method that exists as part of the Java language, to ascertain the beginning or end of a display of content, by determining when the Java Applet starts or stops running. The specification fails to describe any other corresponding structure for this element, fails to provide any example of the actual code that would be contained within the generic Java Applet mentioned, and fails to provide further explanation of what other code could be used to ascertain the end of a display of the content. For these reasons, Coremetrics believes this claim to be indefinite, nonenabled and invalid for failure to disclose the best mode.<br><br>**Intrinsic evidence:** same as element 7. |

*NetRatings, Inc. v. Coremetrics, Inc.*
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| 12. | 6,108,637 [63] | instructions for determining the duration of the display of the content | This element is not subject to 35 U.S.C. 112(6).<br><br>In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** same as element 11.<br><br>**Structure:** same as element 11.<br><br>**Intrinsic evidence:** same as element 8. |
| 13. | 6,108,637 [13, 29, 34] | means for ascertaining the beginning of a display of the content | **Function:** ascertaining the beginning of a display of the content<br><br>**Structure:** A set of computer instructions as described in the specification sections cited below, which can be embodied in one or more computer programs, which cause one or more computer systems to perform the recited function, and which can be implemented using any appropriate computer language, and all structural equivalents of such set of computer instructions.<br><br>**Specification citations:** Col. 7, ll. 66- col. 8, ll. 5; Col. 8, ll. 29-37; Col. 10, ll. 58- Col. 11, ll. 2; Col. 11, ll. 9-14, 38-67Col. 12, ll. 9-36; Col. 13, ll. 17-21; Col. 13, ll. 35-40; Col. 14, ll. 27-31; Col. 16, ll. 13-38; Col. 17, ll. 11-13; ll. 21-22; ll. 29-34; ll. 39-55; Col. 12, ll. 1-9, Col. 23, ll. 1-9; Col. 25, ll. 38-45; Figs. 3B, 5C, 6D. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "ascertaining the beginning of a display of the content."<br><br>**Structure:** same as element 11.<br><br>**Intrinsic evidence:** same as element 7. |
| 14. | 6,108,637 [59] | instructions for ascertaining the beginning of a | This element is not subject to 35 U.S.C. 112(6).<br><br>In addition, unless otherwise defined herein in reference to | This claim element is governed by 35 U.S.C. § 112(6). |

21

*NetRatings, Inc. v. Coremetrics, Inc.*  
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| | | display of content | other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | **Function**: same as element 13.<br><br>**Structure**: same as element 11.<br><br>**Intrinsic evidence**: same as element 8. |
| 15. | 6,108,637 [13, 29, 34] | means for ascertaining the end of a display of the content | **Function**: ascertaining the end of a display of the content<br><br>**Structure**: A set of computer instructions as described in the specification sections cited below, which can be embodied in one or more computer programs, which cause one or more computer systems to perform the recited function, and which can be implemented using any appropriate computer language, and all structural equivalents of such set of computer instructions.<br><br>**Specification citations**: Col. 7, ll. 66- col. 8, ll. 5; Col. 8, ll. 29-37; Col. 10, ll. 58- Col. 11, ll. 2; Col. 11, ll. 9-14, 38-67; Col. 12, ll. 9-36; Col. 13, ll. 17-21; Col. 13, ll. 35-40; Col. 14, ll. 27-31; Col. 16, ll. 13-38; Col. 17, ll. 11-13; ll. 21-22; ll. 29-34; ll. 39-55; Col. 12, ll. 1-9, Col. 23, ll. 1-9; Col. 25, ll. 38-45; Figs. 3B, 5C, 6D. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function**: The function of this claim element is "ascertaining the end of a display of the content."<br><br>**Structure**: same as element 11.<br><br>**Intrinsic evidence**: same as element 7. |
| 16. | 6,108,637 [59] | instructions for ascertaining the end of a display of the content | **This element is not subject to 35 U.S.C. 112(6).**<br><br>In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function**: same as element 15.<br><br>**Structure**: same as element 11. |

22

*NetRatings, Inc. v. Coremetrics, Inc.*  
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| | | | | Intrinsic evidence: same as element 8 |
| 17. | 6,108,637 [11, 16] | means for evaluating the change in time of the characteristic of the content display to produce monitoring information regarding display of the content | **Function:** evaluating the change in time of a characteristic of the content display to produce monitoring information regarding display of the content<br><br>**Structure:** A set of computer instructions as described in the specification sections cited below, which can be embodied in one or more computer programs, which cause one or more computer systems to perform the recited function, and which can be implemented using any appropriate computer language, and all structural equivalents of such set of computer instructions.<br><br>**Specification citations:** Col. 7, ll. 66- col. 8, ll. 5; Col. 8, ll. 29-37; Col. 10, ll. 22-- Col. 11, ll. 2; Col. 11, ll. 9-14, 37-67; Col. 12, ll. 9-36; Col. 13, ll. 17-21; Col. 13, ll. 35-40; Col. 14, ll. 27-31; Col. 16, ll. 13-38; Col. 17, ll. 11-13; ll. 21-22; ll. 29-34; ll. 39-55; Col. 12, ll. 1-9; Col. 20, l. 64-Col. 21, l. 6; Col. 21, ll. 24-26; Col. 22, ll. 17-24; Col. 23, ll. 1-9; Col. 25, ll. 38-45; Figs. 3B, 5C, 6D. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "evaluating the change in time of the characteristic of the content display to produce monitoring information regarding display of the content." Coremetrics contends that the term "characteristic" is indefinite, rendering this claim element indefinite as well.<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** same as element 1. |
| 18. | 6,108,637 [57, 62] | instructions for evaluating the change in time of the characteristic of the content display to produce | **This element is not subject to 35 U.S.C. 112(6).**<br><br>In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** same as element 17.<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** same as element 2. |

23

*NetRatings, Inc. v. Coremetrics, Inc.*  
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| | | monitoring information regarding display of the content | | |
| 19. | 6,108,637 [11, 16, 28, 33] | means for evaluating the change in time of the characteristic of the content display to produce monitoring information | **Function:** evaluating the change in time of the characteristic of the content display to produce monitoring information<br><br>**Structure:** A set of computer instructions as described in the specification sections cited below, which can be embodied in one or more computer programs, which cause one or more computer systems to perform the recited function, and which can be implemented using any appropriate computer language, and all structural equivalents of such set of computer instructions.<br><br>**Specification citations:** Col. 7, ll. 66- col. 8, ll. 5; Col. 8, ll. 29-37; Col. 10, ll. 22-- Col. 11, ll. 2; Col. 11, ll. 9-14, 37-67; Col. 12, ll. 9-36; Col. 13, ll. 17-21; Col. 13, ll. 35-40; Col. 14, ll. 27-31; Col. 16, ll. 13-38; Col. 17, ll. 11-13; ll. 21-22; ll. 29-34; ll. 39-55; Col. 12, ll. 1-9; Col. 20, l. 64-Col. 21, l. 6; Col. 21, ll. 24-26; Col. 22, ll. 17-24; Col. 23, ll. 1-9; Col. 25, ll. 38-45; Figs. 3B, 5C, 6D. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "evaluating the change in time of the characteristic of the content display to produce monitoring information." Coremetrics contends that the term "characteristic" is indefinite, rendering this claim element indefinite as well.<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** same as element 1. |
| 20. | 6,108,637 [12] | means for comparing the change in time of the characteristic of the content | **Function:** comparing the change in time of the characteristic of the content display to the change in time of the characteristic of the computer system to produce the monitoring information | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "comparing the change in time of the characteristic of the content display to the change in time of the |

24

*NetRatings, Inc. v. Coremetrics, Inc.*  
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| | | display to the change in time of the characteristic of the computer system to produce the monitoring information | **Structure:** A set of computer instructions as described in the specification sections cited below, which can be embodied in one or more computer programs, which cause one or more computer systems to perform the recited function, and which can be implemented using any appropriate computer language, and all structural equivalents of such set of computer instructions.<br><br>**Specification citations:** Col. 7, ll. 66- col. 8, ll. 5; Col. 8, ll. 29-37; Col. 10, ll. 22-- Col. 11, ll. 2; Col. 11, ll. 9-14, 37-67; Col. 12, ll. 9-36; Col. 13, ll. 17-21; Col. 13, ll. 35-40; Col. 14, ll. 27-31; Col. 16, ll. 13-38; Col. 17, ll. 11-13; ll. 21-22; ll. 29-34; ll. 39-55; Col. 12, ll. 1-9; Col. 20, l. 64-Col. 21, l. 6; Col. 21, ll. 24-26; Col. 22, ll. 17-24; Col. 23, ll. 1-9; Col. 25, ll. 38-45; Figs. 3B, 5C, 6D. | characteristic of the computer system to produce the monitoring information." Coremetrics contends that the term "characteristic" is indefinite, rendering this claim element indefinite as well.<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** same as element 1. |
| 21. | 6,108,637 [58] | instructions for comparing the change in time of the characteristic of the content display to the change in time of the characteristic of the computer system to produce the monitoring information | This element is not subject to 35 U.S.C. 112(6).<br><br>In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** same as element 20.<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** same as element 2. |

25

*NetRatings, Inc. v. Coremetrics, Inc.*
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| 22. | 6,108,637 [18] | means for transferring the means for monitoring from the content provider site to the content display site in response to the transfer of content from a content provider site | **Function:** transferring the means for monitoring from the content provider site to the content display site in response to the transfer of content from a content provider site<br><br>**Structure:** A set of computer instructions implemented on a content provider site as described in the specification sections cited below, and a set of computer instructions implemented on a content display site as described in the specification sections cited below, linked by a communication network as described in the specification sections cited below, and all structural equivalents of such sets of computer instructions and communication network.<br><br>**Specification citations:** Col. 6, ll. 57-67; Col. 7, ll. 1-3; Col. 7, ll. 66-Col. 8, ll. 5; Col. 8, ll. 29-37; Col. 8, ll. 43-49; Col. 10, ll. 22-67; Col. 11, l. 15-Col. 12, l. 39; Col. 19, l. 66-Col. 21, l. 6; Col. 23, ll. 1-9; Col. 22, ll. 2-11; Col. 23, ll. 56-60; Col. 25, ll. 13-27; Col. 25, ll. 32-45; Figs. 3A-3B, 5A-5C, 6A-6D. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "transferring the means for monitoring from the content provider site to the content display site in response to the transfer of content from a content provider site."<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** '637 patent: Col. 11:57-67; Col. 12:1-8, 15-24; Col. 13:37-40; Col. 13:51-58; Col. 14:31-40; Col. 16:17-27; Col. 17:11-13; Col. 17:29-33; Col. 20:4-12; Col. 25:13-23. |
| 23. | 6,108,637 [30] | means for transferring the means for monitoring from the content provider site to the content display site so that the means for | **Function:** transferring the means for monitoring from the content provider site to the content display site so that the means for monitoring operates at the content display site<br><br>**Structure:** A set of computer instructions implemented on a content provider site as described in the specification sections cited below, and a set of computer instructions implemented on a content display site as described in the specification sections cited below, linked by a | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "transferring the means for monitoring from the content provider site to the content display site so that the means for monitoring operates at the content display site." |

26

*NetRatings, Inc. v. Coremetrics, Inc.*
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
|  |  | monitoring operates at the content display site | communication network as described in the specification sections cited below, and all structural equivalents of such sets of computer instructions and communication network.<br><br>**Specification citations:** Col. 6, ll. 57-67; Col. 7, ll. 1-3; Col. 7, ll. 66-Col. 8, ll. 5; Col. 8, ll. 29-37; Col. 8, ll. 43-49; Col. 10, ll. 22-67; Col. 11, l. 15-Col. 12, l. 39; Col. 19, l. 66-Col. 21, l. 6; Col. 23, ll. 1-9; Col. 22, ll. 2-11; Col. 23, ll. 56-60; Col. 25, ll. 13-27; Col. 25, ll. 32-45; Figs. 3A-3B, 5A-5C, 6A-6D. | **Structure:** same as element 1.<br><br>**Intrinsic evidence:** same as element 22. |
| 24. | 6,108,637 [20, 35] | means for transferring the monitoring information to a remote site that is part of the network | **Function:** transferring the monitoring information to a remote site that is part of the network<br><br>**Structure:** A set of computer instructions implemented on a content display site as described in the specification sections cited below, and a set of computer instructions implemented on a remote site as described in the specification sections cited below, linked by a communication network as described in the specification sections cited below, and all structural equivalents of such sets of computer instructions and communication network.<br><br>**Specification citations:** Col. 6, ll. 57-67; Col. 7, ll. 1-3; Col. 7, ll. 66-Col. 8, ll. 5; Col. 8, ll. 29-37; Col. 8, ll. 43-49; Col. 10, ll. 22-67; Col. 11, l. 15-Col. 12, l. 39; Col. 19, l. 66-Col. 21, l. 6; Col. 23, ll. 1-9; Col. 22, ll. 2-11; Col. 23, ll. 56-60; Col. 25, ll. 13-27; Col. 25, ll. 32-45; Figs. 3A-3B, 5A-5C, 6A-6D. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "transferring the monitoring information to a remote site that is part of the network."<br><br>**Structure:** The corresponding "structure" described in the specification of the patent is the use of a spurious http request for a file having a "name" that denotes the monitoring data in some way, or the use of a request for execution of a CGI script in which the input parameter for the request is set to denote the monitoring information in some way. The specification fails to describe any other corresponding structure for this element, fails to provide any example of an actual spurious http request, CGI script request, or the code for server-side programs needed to process the same, and fails to provide further explanation of what other |

*NetRatings, Inc. v. Coremetrics, Inc.*  
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
|  |  |  |  | ways that the monitoring information could be transmitted from the user's computer to another computer. For these reasons, Coremetrics believes this claim to be indefinite, nonenabled and invalid for failure to disclose the best mode.<br><br>**Intrinsic evidence**: '637 patent, Col. 20: 4-12; Col. 20:23-29; Col. 20:57-Col. 21:6. |
| 25. | 6,108,637 [36] | means for transferring the monitoring information from the content display site to a remote site of the network that is different from the content provider site | **Function**: transferring the monitoring information from the content display site to a remote site of the network that is different from the content provider site<br><br>**Structure**: A set of computer instructions implemented on a content display site as described in the specification sections cited below, and a set of computer instructions implemented on a remote site as described in the specification sections cited below, linked by a communication network as described in the specification sections cited below, and all structural equivalents of such sets of computer instructions and communication network.<br><br>**Specification citations**: Col. 6, ll. 57-67; Col. 7, ll. 1-3; Col. 7, ll. 66-Col. 8, ll. 5; Col. 8, ll. 29-37; Col. 8, ll. 43-49; Col. 10, ll. 22-67; Col. 11, l. 15-Col. 12, l. 39; Col. 19, l. 66-Col. 21, l. 6; Col. 23, ll. 1-9; Col. 22, ll. 2-11; Col. 23, ll. 56-60; Col. 25, ll. 13-27; Col. 25, ll. 32-45; Figs. 3A-3B, 5A-5C, 6A-6D. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function**: The function of this claim element is "transferring the monitoring information from the content display site to a remote site of the network that is different from the content provider site."<br><br>**Structure**: The corresponding "structure" described in the specification of the patent is the use of a spurious http request for a file having a "name" that denotes the monitoring data in some way, or the use of a request for execution of a CGI script in which the input parameter for the request is set to denote the monitoring information in some way and in which the script runs on the content provider site and immediately forwards received information to an application manager site. The specification fails to describe any other corresponding structure for this element, fails to provide any example of an actual spurious http request, CGI script request, or the code for server-side programs |

*NetRatings, Inc. v. Coremetrics, Inc.*
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| | | | | to process the same, and fails to provide further explanation of what other ways that the monitoring information could be transmitted from the user's computer to another computer. For these reasons, Coremetrics believes this claim to be indefinite, nonenabled and invalid for failure to disclose the best mode.<br><br>**Intrinsic evidence:** same as element 24. |
| 26. | 6,108,637 [38, 39, 40] | means for storing monitoring information at the remote site | **Function:** storing monitoring information at the remote site<br><br>**Structure:** Any appropriate database on a computer system at the remote site as described in the specification sections cited below, and all structural equivalents of such database.<br><br>**Specifications citations:** Col. 10, ll. 22-58; Col. 11, ll. 37-56; Col. 21, ll. 18-21; Col. 22, ll. 51-60; Col. 23, ll. 10-14; Figs. 3A-3B, 5A-5C, 6A-6D. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "storing monitoring information at the remote site."<br><br>**Structure:** The only "structure" described in the specification of the patent is a database on a computer at the application manager's site.<br><br>**Intrinsic evidence:** '637 patent: Col. 21:18-21; Col. 23:10-13. |
| 27. | 6,108,637 [41] | means for accessing the monitoring information stored at the remote site from a site on the | **Function:** accessing the monitoring information stored at the remote site from a site on the network other than the remote site, such that the user at the other site can interact with the monitoring information but cannot modify the monitoring information<br><br>**Structure:** A set of computer instructions implemented on | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "accessing the monitoring information stored at the remote site from a site on the network other than the remote site, such that the user at the other site can interact with the monitoring information but cannot |

*NetRatings, Inc. v. Coremetrics, Inc.*  
Case No. 05-314 GMS (D. DEL)

**EXHIBIT A**

**JOINT CLAIM CONSTRUCTION CHART**

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| | | network other than the remote site, such that the user at the other site can interact with the monitoring information but cannot modify the monitoring information | a computer system as described in the specification sections cited below, and all structural equivalents of such set of computer instructions.<br><br>**Specifications citations:** Col. 10, ll. 22-58; Col. 11, ll. 37-56; Col. 21, ll. 21-24; Col. 23, ll. 14-24; Col. 24, ll. 41-46; Figs. 3A-3B, 5A-5C, 6A-6D. | modify the monitoring information."<br><br>**Structure:** The corresponding "structure" described in the specification of the patent is an unspecified set of computer instructions for creating a user interface, or GUI, which allows an individual from the content provider site to access the monitoring information gathered by the generic Java applet, only after this monitoring information has been stored at an independent application manager site. Such access must also be limited in such a way that the individual from the content provider site cannot modify the monitoring information, however, the patent does not disclose how this is to be accomplished. Such access must also allow for the individual from the content provider site to view the monitoring information in "any desired format" such as "graphs, bar charts, pie charts" however the patent does not disclose how this is to be accomplished. For these reasons, Coremetrics believes this claim to be indefinite, nonenabled and invalid for failure to disclose the best mode.<br><br>**Intrinsic evidence:** '637 patent: Col. 21:18-32; Col. 21:64- Col. 25:27. |
| 28. | 5,675,510 [9] | means for interpreting the logged machine operation events | **Function:** interpreting the logged machine operation events by reference to the dictionary<br><br>**Structure:** A processing system programmed to perform | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this claim element is "interpreting the logged machine operation events by |

30

NetRatings, Inc. v. Coremetrics, Inc.
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| | | by reference to the dictionary | the recited function, as described in the specification sections cited below, and all structural equivalents of such processing system.<br><br>**Specifications citations:** Col. 1, ll. 57-60; Col. 2, ll. 63-67; Col. 5, ll. 23-40; Col. 5, ll. 51-63; Fig. 1. | reference to the dictionary."<br><br>**Structure:** The corresponding "structure" described in the specification of the patent is database management system 4 in Figure 1. However, the patent does not give any examples or provide any further detail about this structure.<br><br>**Intrinsic evidence:** '510 patent: Col. 5:27-30; Col. 5:34-40. |
| 29. | 6,108,637 [59, 60, 64] | display instruction | **This term is not subject to 35 U.S.C. 112(6).**<br><br>In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** The function of this means-plus-function element is "causing content to be displayed by the computer system."<br><br>**Structure:** same as element 1.<br><br>**Intrinsic evidence:** '637 patent: Col. 11:57-67; Col. 12:1-8, 15-24; Col. 13:37-40; Col. 13:51-58; Col. 14:31-40; Col. 16:17-27; Col. 17:11-13; Col. 17:29-33; Col. 20:4-12; Col. 25:13-23. |
| 30. | 6,108,637 [64] | instructions for causing content to be displayed by the computer system | **This element is not subject to 35 U.S.C. 112(6).**<br><br>In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function:** same as element 29. |

31

*NetRatings, Inc. v. Coremetrics, Inc.*  
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
| | | | ordinary skill in the art at the time of the invention. | **Structure**: same as element 1.<br><br>**Intrinsic evidence**: same as element 8. |
| 31. | 6,108,637 [64] | instructions for monitoring display of content by the computer system to produce monitoring information regarding the display of the content, wherein the monitoring instructions are integrated with the display instructions such that execution of the display instructions causes execution of the monitoring instructions | **This element is not subject to 35 U.S.C. 112(6).**<br><br>In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | This claim element is governed by 35 U.S.C. § 112(6).<br><br>**Function**: The function of this claim element is "monitoring display of content by the computer system to produce monitoring information regarding the display of the content, wherein the monitoring instructions are integrated with the display instructions such that execution of the display instructions causes execution of the monitoring instructions."<br><br>**Structure**: same as element 1.<br><br>**Intrinsic evidence**: same as element 8. |
| 32. | 6,108,637 [65] | instructions, adapted for use at | **This element is not subject to 35 U.S.C. 112(6).** | This claim element is governed by 35 U.S.C. § 112(6). |

*NetRatings, Inc. v. Coremetrics, Inc.*  
Case No. 05-314 GMS (D. DEL)

EXHIBIT A

JOINT CLAIM CONSTRUCTION CHART

| No. | Asserted U.S. Patent(s) Nos. and Claims | Element/Term | NetRatings' Designation of Function, Structure and Intrinsic Evidence, Where Applicable | Coremetrics' Designation of Function, Structure and Intrinsic Evidence |
|---|---|---|---|---|
|  |  | the content display site, for monitoring display of content at the content display site to produce monitoring information regarding display of the content | In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | **Function:** The function of this claim element is "monitoring display of content at the content display site to produce monitoring information regarding display of the content." <br><br> **Structure:** same as element 1. <br><br> **Intrinsic evidence:** same as element 8. |
| 33. | 6,108,637 [65] | instructions for receiving monitoring information from the content display site | **This element is not subject to 35 U.S.C. 112(6).** <br><br> In addition, unless otherwise defined herein in reference to other claim terms, the words in the element have their ordinary meaning as would be understood by those of ordinary skill in the art at the time of the invention. | This claim element is governed by 35 U.S.C. § 112(6). <br><br> **Function:** The function of this claim element is "receiving monitoring information from the content display site." <br><br> **Structure:** same as element 24. <br><br> **Intrinsic evidence:** '637 patent, Col. 20: 4-12; Col. 20:23-29; Col. 20:57-Col. 21:6. |

905678