IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-314-GMS |
| v. ) | |
| ) | |
| COREMETRICS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of April, 2006, **DEFENDANT COREMETRICS, INC.'S RESPONSES TO NETRATINGS, INC.'S THIRD SET OF INTERROGATORIES TO COREMETRICS, INC.** were served upon the following counsel of record at the address and in the manner indicated:

Karine Louis, Esquire  **VIA FACSIMILE and U.S. MAIL**
Arianna Frankl, Esquire
Brown Raysman Millstein
 Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

The undersigned further certifies that on the 18th day of April, 2006, **DEFENDANT COREMETRICS, INC.'S RESPONSES TO NETRATINGS, INC.'S THIRD SET OF INTERROGATORIES TO COREMETRICS, INC.** were served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire  **VIA HAND DELIVERY**
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant Coremetrics, Inc.*

*Of Counsel:*

Robert T. Haslam
Nitin Subhedar
Bhanu K. Sadasivan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Matthew C. Lapple
HELLER EHRMAN LLP
4350 La Jolla Drive, 7th Floor
San Diego, CA 92121
Telephone: (858) 450-8400
Facsimile: (858) 450-8999

Dated: April 18, 2006
168681.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | <u>**VIA HAND DELIVERY**</u> |
| Frederick L. Whitmer, Esquire<br>Brown Raysman Millstein Felder & Steiner LLP<br>900 Third Avenue<br>New York, NY 10022 | <u>**VIA FEDERAL EXPRESS**</u> |

*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire