IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
                                :
NETRATINGS, INC.,               :
                                :
            Plaintiff,          :
                                :   Civil Action No. 05-314-GMS
       v.                       :
                                :
COREMETRICS, INC.,              :
                                :
            Defendant.          :
                                :
------------------------------ x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of Nielson Media Research, Inc.'s Responses and Objections to Coremetrics, Inc.'s Subpoena were caused to be served on April 14, 2006 on the following counsel of record in the manner indicated:

**BY FACSIMILE & FEDERAL EXPRESS**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Nitin Subhedar, Esquire
Matthew C. Lapple, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025

PLEASE TAKE FURTHER NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of (1) Notice of Deposition of Hemanth Puttsawamy; (2) Notice of

DB01:2078350.1                                                                064271.1001

Deposition of Srinivasa Ogireddy; and (3) Notice of Deposition of Karl Cama were caused to be served on April 18, 2006 on the following counsel of record in the manner indicated:

**BY FACSIMILE & U.S. MAIL**

>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

>Nitin Subhedar, Esquire
>Matthew C. Lapple, Esquire
>Heller Ehrman LLP
>275 Middlefield Road
>Menlo Park, CA 94025

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on April 21, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19899

**BY ELECTRONIC MAIL**

>Nitin Subheder, Esquire
>Heller Ehrman LLP
>275 Middlefield Road
>Menlo Park, CA 94025

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
jshaw@ycst.com

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900

Attorneys for NetRatings, Inc.

Dated: April 21, 2006