IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETRATINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-314-GMS |
| v. | ) | |
| | ) | |
| COREMETRICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Suma Sanakkayala, Esquire of Brown Raysman Millstein Felder & Steiner LLP, 900 Third Avenue, New York, NY 10022 caused copies of NetRatings, Inc.'s First Requests for Admission to Coremetrics, Inc. were caused to be served on April 21, 2006 on the following counsel of record in the manner indicated:

**BY FEDEX**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Nitin Subhedar, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on April 28, 2006 upon the following counsel of record in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Nitin Subheder, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, NY 10022
Telephone: (212) 895-2000

Dated: April 28, 2006

YOUNG CONAWAY
 STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
alundgren@ycst.com
Attorneys for NetRatings, Inc.