IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NETRATINGS, INC.,                                   )
                                                    )
                    Plaintiff,                      )
                                                    )
                                                    )    C.A. No. 05-314-GMS
           v.                                       )
                                                    )
COREMETRICS, INC.,                                  )
                                                    )
                    Defendant.                      )

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of May, 2006, **TOLER, LARSON**

**& ABEL, L.L.P.'S RESPONSES AND OBJECTIONS TO NETRATINGS, INC.'S**

**SUBPOENA** was served upon the following counsel of record at the address and in the manner

indicated:


Josy W. Ingersoll, Esquire                          VIA FACSIMILE AND U.S. MAIL
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

Karine Louis, Esquire                               VIA FACSIMILE AND U.S. MAIL
Arianna Frankl, Esquire
Brown Raysman Millstein
 Felder & Steiner LLP
900 Third Avenue
New York, NY  10022

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Third-Party Defendant Toler,*
*Larson & Abel, L.L.P.*

*Of Counsel:*

Robert T. Haslam
Nitin Subhedar
Bhanu K. Sadasivan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Matthew C. Lapple
HELLER EHRMAN LLP
4350 La Jolla Drive, 7th Floor
San Diego, CA  92121
Telephone: (858) 450-8400
Facsimile: (858) 450-8999

Dated:  May 4, 2006
161487.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th day of May, 2006, the attached **NOTICE OF SERVICE**

was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                  <u>HAND DELIVERY</u>
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

Frederick L. Whitmer, Esquire                          <u>VIA FEDERAL EXPRESS</u>
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY  10022

*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire