## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                :

NETRATINGS, INC.,

                :

        Plaintiff,

                :   Civil Action No. 05-cv-314-GMS

     vs.

                :

COREMETRICS, INC.,

                :

        Defendant.

                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## APPENDIX OF EXHIBITS TO NETRATINGS, INC.'S
## ANSWERING BRIEF ON CLAIM CONSTRUCTION

OF COUNSEL:

| | |
|---|---|
| | John W. Shaw (#3362) |
| | Karen E. Keller (#4489) |
| Frederick L. Whitmer | Andrew A. Lundgren (#4429) |
| Seth H. Ostrow | **YOUNG CONAWAY STARGATT** |
| Arianna Frankl | **& TAYLOR, LLP** |
| **BROWN RAYSMAN MILLSTEIN** | The Brandywine Building |
| **FELDER & STEINER LLP** | 1000 West Street, 17th Floor |
| 900 Third Avenue | P.O. Box 391 |
| New York, New York  10022 | Wilmington, Delaware  19899 |
| (212) 895-2000 | (302) 571-6600 |

Dated: May 15, 2006

## TABLE OF CONTENTS

| Description | Exhibit No. | Page Nos. |
|---|---|---|
| Excerpts, *IBM Dictionary of Computing* (George McDaniel ed., 10th Ed. 1993) [code, instruction] | 13 | A083 – A087 |
| Excerpts, *The New IEEE Standard Dictionary of Electrical and Electronics Terms* (Christopher J. Booth ed., 5th Ed. 1993) [code, computer code, instruction] | 14 | A088 – A094 |
| Excerpts, *McGraw-Hill Dictionary of Scientific and Technical Terms* (Sybil P. Parker ed., 5th Ed. 1994) [code, computer code, instruction] | 15 | A095 – A100 |
| Excerpts, *Microsoft Press Computer Dictionary* (3rd Ed. 1997) [code, instruction] | 16 | A101 – A104 |

916062

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on May 15, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE  19801

I further certify that on May 15, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY FEDERAL EXPRESS

> Robert T. Haslam, Esquire
> Heller & Ehrman LLP
> 275 Middlefield Rd.
> Menlo Park, CA 94025

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____/s/ Karen E. Keller (#4489)_____
John W. Shaw (#3362)
Karen E. Keller (# 4489)
Andrew A. Lundgren (#4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6600
alundgren@ycst.com

Of Counsel:
BROWN RAYSMAN MILLSTEIN
ELDER & STEINER LLP
Seth H. Ostrow
Frederick L. Whitmer
Arianna Frankl
Steven S. Rubin
900 Third Avenue
New York, New York 10022
(212) 895-2000

DB01:1631704.1