IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-314-GMS |
| v. ) | |
| ) | |
| COREMETRICS, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION SEEKING
AN ORDER AMENDING SCHEDULING ORDER**

WHEREAS paragraph 5 of the Scheduling Order in this matter (D.I. 16) provides for the completion of fact discovery by May 26, 2006; and

WHEREAS, certain witnesses will not be available for deposition until June 2006;

IT IS HEREBY STIPULATED by and among plaintiff NetRatings, Inc. and defendant Coremetrics, Inc., subject to the approval and order of the Court, that paragraph 5 of the Scheduling Order shall be amended to extend the deadline for completion of depositions of fact witnesses noticed by June 2, 2006 from May 26, 2006 to June 23, 2006. All other dates in the Scheduling Order shall remain unchanged.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Lauren E. Maguire* | */s/ Karen E. Keller* |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2403) | John W. Shaw (I.D. #3362) |
| Lauren E. Maguire (I.D. #4261) | Karen E. Keller (I.D. #4489) |
| 222 Delaware Avenue, 17th Floor | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, Delaware 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 571-6600 |
| *Attorneys for Defendant Coremetrics, Inc.* | *Attorneys for Plaintiff NetRatings, Inc.* |

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge

169698.1