IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-314-GMS |
| v. | ) |
| | ) |
| COREMETRICS, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of May, 2006, **DEFENDANT COREMETRICS, INC.'S RESPONSES TO NETRATINGS, INC.'S AMENDED SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO COREMETRICS, INC.** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                           <u>VIA U.S. MAIL</u>
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899


Karine Louis, Esquire                                                 <u>VIA U.S. MAIL</u>
Arianna Frankl, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY  10022

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Coremetrics, Inc.*

*Of Counsel:*

Robert T. Haslam
Nitin Subhedar
Bhanu K. Sadasivan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Matthew C. Lapple
HELLER EHRMAN LLP
4350 La Jolla Drive, 7th Floor
San Diego, CA 92121
Telephone: (858) 450-8400
Facsimile: (858) 450-8999

Dated: May 30, 2006

161487.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | HAND DELIVERY |
| Frederick L. Whitmer, Esquire<br>Brown Raysman Millstein Felder & Steiner LLP<br>900 Third Avenue<br>New York, NY  10022 | VIA FEDERAL EXPRESS |

/s/ Lauren E. Maguire
_____
Lauren E. Maguire