IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-314-GMS |
| v. ) | |
| ) | |
| COREMETRICS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 31st day of May, 2006, **DEFENDANT COREMETRICS, INC.'S SUPPLEMENTAL RESPONSES TO NETRATINGS, INC.'S FIRST, SECOND, AND THIRD SET OF INTERROGATORIES TO COREMETRICS, INC. (NOS. 1, 5, 7, 12, 13, 16)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                                              VIA U.S. MAIL
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899


Karine Louis, Esquire                                                                    VIA U.S. MAIL
Arianna Frankl, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

                                          ASHBY & GEDDES

                                          /s/ *Lauren E. Maguire*
                                          _____
                                          Steven J. Balick (I.D. #2114)
                                          John G. Day (I.D. #2403)
                                          Lauren E. Maguire (I.D. #4261)
                                          222 Delaware Ave., 17th Floor
                                          P.O. Box 1150
                                          Wilmington, DE 19899
                                          Telephone: (302) 654-1888
                                          Facsimile: (302) 654-2067
                                          sbalick@ashby-geddes.com
                                          jday@ashby-geddes.com
                                          lmaguire@ashby-geddes.com

                                          *Attorneys for Coremetrics, Inc.*

*Of Counsel:*

Robert T. Haslam
Nitin Subhedar
Bhanu K. Sadasivan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Matthew C. Lapple
HELLER EHRMAN LLP
4350 La Jolla Drive, 7th Floor
San Diego, CA 92121
Telephone: (858) 450-8400
Facsimile: (858) 450-8999

Dated: June 1, 2006

161487.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | <u>HAND DELIVERY</u> |
| Frederick L. Whitmer, Esquire<br>Brown Raysman Millstein Felder & Steiner LLP<br>900 Third Avenue<br>New York, NY  10022 | <u>VIA FEDERAL EXPRESS</u> |

/s/ Lauren E. Maguire
_____
Lauren E. Maguire