IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :

NETRATINGS, INC.,

                      :

         Plaintiff,

                      :     Civil Action No. 05-314-GMS

     v.

COREMETRICS, INC.,              :

         Defendant.   :

                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby

certifies that copies of NetRatings, Inc.'s Responses and Objections to Coremetrics, Inc.'s Fourth

Set of Requests for Production of Documents and Tangible Things were caused to be served on

May 22, 2006 on the following counsel of record in the manner indicated:

### BY FACSIMILE & U.S. MAIL

       John G. Day, Esquire
       Ashby & Geddes
       222 Delaware Avenue
       P.O. Box 1150
       Wilmington, DE  19899

       Nitin Subhedar, Esquire
       Bhanu Sadavisan, Esquire
       Heller Ehrman LLP
       275 Middlefield Road
       Menlo Park, CA  94025

       Matthew C. Lapple, Esquire
       Heller Ehrman LLP
       4350 La Jolla Village Drive, 7th floor
       San Diego, CA  92122-1246

PLEASE TAKE FURTHER NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certifies that copies of (1) NetRatings, Inc.'s Responses and Objections to Coremetrics, Inc.'s Fourth Set of Interrogatories; (2) NetRatings, Inc.'s Responses and Objections to Coremetrics, Inc.'s Fifth Set of Requests for Production of Documents and Tangible Things; 3) NetRatings, Inc.'s Responses and Objections to Coremetrics, Inc.'s First Set of Requests for Admissions, and  4) NetRatings, Inc.'s Responses and Objections to Coremetrics, Inc.'s Second Set of Requests for Admissions were caused to be served on May 31, 2006 on the following counsel of record in the manner indicated:

**BY U.S. MAIL**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Nitin Subhedar, Esquire
Bhanu Sadavisan, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025

Matthew C. Lapple, Esquire
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th floor
San Diego, CA  92122-1246

PLEASE TAKE FURTHER NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certifies that copies of (1) NetRatings, Inc.'s Rule 26(e)(1)(a) Supplemental Disclosures; (2) Notice of Deposition of Scott Feinstein, and 3) Notice of  Deposition of Elliot Towb were caused to be served on June 2, 2006 on the following counsel of record in the manner indicated:

DB01:2078350.1                                                                                                    064271.1001

**BY E-MAIL AND U.S. MAIL**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Nitin Subhedar, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025

Matthew C. Lapple, Esquire
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th floor
San Diego, CA  92122-1246

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on June 6, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

**BY ELECTRONIC MAIL**

Nitin Subheder, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025

Matthew C. Lapple, Esquire
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th floor
San Diego, CA  92122-1246

DB01:2078350.1                                                                                              064271.1001

YOUNG CONAWAY STARGATT &
   TAYLOR, LLP

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
Telephone:  (302) 571-6600
kkeller@ycst.com

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone:  (212) 895-2000
Facsimile:  (212) 895-2900

Attorneys for NetRatings, Inc.

Dated:  June 6, 2006

4