# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6554
DIRECT FAX: (302) 576-3467
kkeller@ycst.com

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

KAREN E. LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY - FILED UNDER SEAL**

**PUBLIC VERSION**

June 2, 2006

**BY CM/ECF AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    NetRatings, Inc. v. Coremetrics, Inc.;
             Civ. No. 05-314 GMS

Dear Judge Sleet:

    Please accept this letter as plaintiff NetRatings, Inc.'s ("NetRatings") request pursuant to Paragraph 8 of this Court's Scheduling Order for leave to file a motion for summary judgment of infringement respecting the asserted patents in the referenced action.[1] To illustrate the relatively straightforward nature of the infringement issues that make this case well suited to summary judgment, presented here are two examples of how defendant Coremetrics, Inc. ("Coremetrics") infringes two of the asserted patents. If permitted, NetRatings would file a summary judgment motion that would prove Coremetrics' infringement of the claims referred to here, as well as other claims from the asserted patents.

---

[1] The asserted patents are U.S. Patent Nos.: 5,675,510 (the "'510 patent"); 6,115,680 (the "'680 patent"); 6,138,155 (the "'155 patent"); 6,763,386 (the "'386 patent"); and 6,108,637 (the "'637 patent"). *See* Docket Item No. 75, Exs. A-E.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Gregory M. Sleet
June 2, 2006
Page 2

## Present Stage of Proceedings

NetRatings filed this patent infringement action against Coremetrics on May 19, 2005. Coremetrics denied NetRatings' allegations, but discovery has shown Coremetrics' denials to be insupportable by competent evidence. Fact discovery has proceeded from the outset of this action in accordance with the Court's Scheduling Order.[2] The expert discovery period commences at the end of June 2006. Claim construction proceedings have been ongoing and the parties briefed their respective claim construction contentions and will appear before Your Honor on June 15, 2006 for a *Markman* hearing.[3]

## Brief Recitation of the Facts

### A.   *Asserted Patents and the Parties*

An explanation of the asserted patents, and related technology and the parties and their industry has previously been presented in NetRatings' Opening *Markman* brief, filed on April 17, 2006. Docket Item No. 50. For efficiency, NetRatings respectfully refers the Court to that discussion.

### B.   *Coremetrics' Infringing Products*



## Coremetrics' Infringement of the
## Asserted Patents is Demonstrable on Undisputed Facts

In the claim charts below, NetRatings illustrates Coremetrics' infringement of two of the claims from two of the asserted patents (the '637 and '386 patents). If permitted by the Court, NetRatings will show its entitlement to summary judgment on additional claims of these and other asserted patents, through Coremetrics' own documentation and computer code, and the

---

[2] The parties' proposed order and stipulation extending fact deposition related deadlines through June 23, 2006 owing to scheduling difficulties was so ordered by the Court on May 26, 2006.

[3] While the Court has not yet made a claim construction ruling, and recognizing that the outcome of such ruling can impact on many aspects of the case, NetRatings believes that the infringement issues it will present in a summary judgment motion can be resolved largely independently of the claim construction issues raised by the parties.

[4] Excerpted pages of the Coremetrics' documents referred to herein are annexed hereto as Exhibits 1-3.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
June 2, 2006
Page 3

testimony of Coremetrics' witnesses.

A.  *Coremetrics' Infringement of Claim 30 of the '637 Patent*

| '637 Patent, Claim 30 | Coremetrics Infringing Products ("CIP") |
|---|---|
| A system for monitoring display at a content display site of content that is provided by a content provider site over a network to the content display site, wherein the network operates according to a protocol that enables new content to be transferred to a content display site in response to selection of a portion of content currently being displayed at the content display site, the system comprising: | [redacted] |
| means for monitoring the display of content to produce monitoring information regarding display of the content; and | [redacted] |
| means for transferring the means for monitoring from the content provider site to the content display site so that the means for monitoring operates at the content display site. | [redacted] |

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
June 2, 2006
Page 4

B.  *Coremetrics' Infringement of Claim 1 of the '386 Patent*

| '386 Patent, Claim 1 | Coremetrics Infringing Products ("CIP") |
|---|---|
| In a computer network comprising one or more servers and one or more clients, a method of monitoring interaction through a first client of the one or more clients with a first resource obtained by the first client from a first server of the one or more servers, the method comprising: | [redacted] |
| downloading the first resource from the first server to the first client, | [redacted] |
| downloading a tracking program from a server of the one or more servers to the first client, wherein the downloading of the first resource causes the downloading of the tracking program; | [redacted] |
| executing the tracking program on the client computer to monitor interaction through the client computer with at least one of the first resource and one or more second resources, the one or more second resources having been obtained by the first client from a server of the one or more servers as a result of interaction through the first client with at least one of the first resource and a second resource of the one or more second resources; | [redacted] |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Gregory M. Sleet
June 2, 2006
Page 5

| '386 Patent, Claim 1 | Coremetrics Infringing Products ("CIP") |
|---|---|
| storing resource use data associated with the monitored interaction; | [redacted] |
| and communicating the resource use data to a server of the one or more servers. | [redacted] |

## CONCLUSION

As demonstrated above, there is ample evidence in the record to support a motion for summary judgment of infringement of the two above-referenced sample claims. In support of its summary judgment motion, NetRatings will show that it is entitled to summary judgment regarding such claims, as well as with respect to many other claims of each of the asserted patents. Therefore, plaintiff NetRatings respectfully requests that the Court grant it leave to seek summary judgment on the issue of defendant Coremetrics infringement of the asserted patents.

Respectfully submitted,

/s/ *Karen E. Keller*
Karen E. Keller (I.D. No. 4489)

KEK:mcm
Attachments
cc:   Clerk, U.S. District Court (By E-Filing and Hand Delivery)
      John G. Day, Esq. (Counsel for Coremetrics, Inc.; By E-Filing and Hand Delivery)
      Nitin Subhedar, Esq. (Counsel for Coremetrics, Inc.; By E-mail and First Class Mail)
      Matthew C. Lapple, Esq. (Counsel for Coremetrics, Inc.; By E-mail and First Class Mail)