IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
NETRATINGS, INC.,                           :
                                            :
                    Plaintiff,              :
                                            :   Civil Action No. 05-314-GMS
        v.                                  :
                                            :
COREMETRICS, INC.,                          :
                                            :
                    Defendant.              :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certifies that copies of 1) Notice of Subpoena Duces Tecum and Ad Testificandum and Subpoena Duces Tecum and Ad Testificandum (to Brett Hurt); 2) Notice of Subpoena Duces Tecum and Ad Testificandum and Subpoena Duces Tecum and Ad Testificandum (to Robin Williamson), and 3) Notice of Subpoenas Duces Tecum and Ad Testificandum and Subpoenas Duces Tecum and Ad Testificandum (to Toler, Larson & Abel, L.L.P.) were caused to be served on April 21, 2006 on the following counsel of record in the manner indicated:

**BY FEDERAL EXPRESS (with exhibits) and FACSIMILE (without exhibits)**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Nitin Subhedar, Esquire
Matthew C. Lapple, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

PLEASE TAKE FURTHER NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certifies that copies of 1) Notice of Deposition (of The TJX Companies, Inc.); 2) Notice of Deposition (of Brookstone, Inc.); 3) Notice of Deposition (of Petco Animal Supplies, Inc.) and 4) Netratings, Inc.'s Fourth Set of Interrogatories to Coremetrics, Inc. were caused to be served on April 24, 2006 on the following counsel of record in the manner indicated:

**BY FACSIMILE, U.S. MAIL AND FEDERAL EXPRESS**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Nitin Subhedar, Esquire
Matthew C. Lapple, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

PLEASE TAKE FURTHER NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certifies that copies of 1) Notice of Deposition (of John Squire); 2) Notice of Deposition (of Steve Cox); 3) Notice of Deposition (of Heather Cameron); 4) Notice of Deposition (of Coremetrics' "Implementation Team"); 5) Notice of Deposition (of Russell Wirth); 6) Notice of Deposition (of Michael Osborne); 7) Notice of Deposition (of Mary Ann Lieu Allen); 8) Notice of Deposition (of Rohit Colaco); 9) Notice of Deposition (of Yury Lapis), and 10) NetRatings, Inc.'s Responses and Objections to Coremetrics, Inc.'s First, Second and Third Set of Interrogatories (Nos. 4, 5, 9, 12 & 13) were caused to be served on May 12, 2006 on the following counsel of record in the manner indicated:

**BY FACSIMILE AND U.S. MAIL**

    John G. Day, Esquire
    Ashby & Geddes
    222 Delaware Avenue
    P.O. Box 1150
    Wilmington, DE  19899

    Nitin Subhedar, Esquire
    Heller Ehrman LLP
    275 Middlefield Road
    Menlo Park, CA  94025

    Matthew C. Lapple, Esquire
    Heller Ehrman LLP
    4350 La Jolla Village Drive, 7th floor
    San Diego, CA  92122-1246

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 8, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

    John G. Day, Esquire
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    Wilmington, DE  19899

**BY ELECTRONIC MAIL**

    Nitin Subheder, Esquire
    Heller Ehrman LLP
    275 Middlefield Road
    Menlo Park, CA  94025

    Matthew C. Lapple, Esquire
    Heller Ehrman LLP
    4350 La Jolla Village Drive, 7th floor
    San Diego, CA  92122-1246

YOUNG CONAWAY STARGATT &
   TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
kkeller@ycst.com

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900

Attorneys for NetRatings, Inc.

Dated: June 8, 2006

4