IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-314-GMS |
| v. | ) |
| | ) |
| COREMETRICS, INC., | ) |
| | ) |
| Defendant. | ) |

### AMENDED NOTICE OF DEPOSITION OF SUSAN HICKEY

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendant Coremetrics, Inc. ("Coremetrics"), through its counsel, will take the deposition by oral examination of Susan Hickey on Friday, June 9, 2006, beginning at 9:00 a.m. and continuing until completed. The deposition will be conducted at Heller Ehrman, LLP, Times Square Tower, 7 Times Square, New York, NY 10036, or at such other place as may be agreed upon in writing by counsel for the parties. The examination shall be conducted before an officer or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure, and the testimony at the deposition will be recorded by videographic and stenographic means. You are invited to attend and cross-examine.

          ASHBY & GEDDES

          /s/ *John G. Day*
          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          Lauren E. Maguire (I.D. #4261)
          222 Delaware Ave., 17th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          Telephone: (302) 654-1888
          Facsimile: (302) 654-2067
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          lmaguire@ashby-geddes.com

          *Attorneys for Coremetrics, Inc.*

*Of Counsel:*

Robert T. Haslam
Nitin Subhedar
Bhanu K. Sadasivan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Matthew C. Lapple
HELLER EHRMAN LLP
4350 La Jolla Drive, 7th Floor
San Diego, CA 92121
Telephone: (858) 450-8400
Facsimile: (858) 450-8999

Dated: June 9, 2006
170325.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2006, the attached **AMENDED NOTICE OF DEPOSITION OF SUSAN HICKEY** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Frederick L. Whitmer, Esquire<br>Brown Raysman Millstein Felder & Steiner LLP<br>900 Third Avenue<br>New York, NY 10022 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*

John G. Day