IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETRATINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-314-GMS |
| | ) | |
| COREMETRICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE OF DEPOSITION OF JED MEYER

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendant Coremetrics, Inc. ("Coremetrics"), through its counsel, will take the deposition by oral examination of Jed Meyer on Friday, June 16, 2006, beginning at 9:00 a.m. and continuing until completed.  The deposition will be conducted at Heller Ehrman, LLP, Times Square Tower, 7 Times Square, New York, NY 10036, or at such other place as may be agreed upon in writing by counsel for the parties.  The examination shall be conducted before an officer or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure, and the testimony at the deposition will be recorded by videographic and stenographic means.  You are invited to attend and cross-examine.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Coremetrics, Inc.*

*Of Counsel:*

Robert T. Haslam
Nitin Subhedar
Bhanu K. Sadasivan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Matthew C. Lapple
HELLER EHRMAN LLP
4350 La Jolla Drive, 7th Floor
San Diego, CA  92121
Telephone: (858) 450-8400
Facsimile: (858) 450-8999

Dated: June 9, 2006
170319.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2006, the attached **AMENDED NOTICE OF**

**DEPOSITION OF JED MEYER** was served upon the below-named defendants at the address

and in the manner indicated:

John W. Shaw, Esquire                                              HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Frederick L. Whitmer, Esquire                                VIA FEDERAL EXPRESS
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY  10022


/s/ *John G. Day*
_____
John G. Day