IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-314-GMS |
| v. ) | |
| ) | |
| COREMETRICS, INC., ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION AND ORDER**

WHEREAS the parties have filed their opening and answering letter briefs seeking leave to file summary judgment motions;

WHEREAS paragraph 8 of the Scheduling Order in this matter (D.I. 16) provides for the filing of reply summary judgment letter briefs on or before June 16, 2006;

WHEREAS the teleconference for the Court to hear argument and determine whether the filing of summary judgment motions would be permitted originally was scheduled to take place on June 30, 2006;

WHEREAS on June 13, 2006 the Court ordered that the *Markman* Hearing in the above matter was rescheduled for July 6, 2006 and the summary judgment teleconference was rescheduled for September 6, 2006; and

WHEREAS the parties believe that extension of the scheduled deadline for submission of reply summary judgment letter briefs would be in the best interest of the Court and the parties because it would permit the parties to submit reply letter briefs that incorporate the Court's claim construction rulings;

2

IT IS HEREBY STIPULATED by and among plaintiff NetRatings, Inc. and defendant Coremetrics, Inc., subject to the approval and order of the Court, that paragraph 8 of the Scheduling Order shall be amended to extend the deadline for submission of reply summary judgment letter briefs from June 16, 2006 to August 21, 2006. All other dates in the Scheduling Order shall remain unchanged.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Lauren E. Maguire* | /s/ *Karen E. Keller* |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2403) | John W. Shaw (I.D. #3362) |
| Lauren E. Maguire (I.D. #4261) | Karen E. Keller (I.D. #4489) |
| 222 Delaware Avenue, 17th Floor | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, Delaware 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 571-6600 |
| sbalick@ashby&geddes.com | jingersoll@ycst.com |
| jday@ashby-geddes.com | jshaw@ycst.com |
| lmaguire@ashby-geddes.com | kkeller@ycst.com |
| *Attorneys for Defendant Coremetrics, Inc.* | *Attorneys for Plaintiff NetRatings, Inc.* |

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge

170403.1