# EXHIBIT 4
## REDACTED IN ITS ENTIRETY

# EXHIBIT 5

# REDACTED IN ITS ENTIRETY

# EXHIBIT 6

Case 1:05-cv-00314-GMS    Document 116-2    Filed 06/16/2006    Page 3 of 11

Williams-Sonoma

# WILLIAMS-SONOMA  *the place for cooks*

VIEW BASKET | SIGN IN | SEARCH | keyword or item # | GO

SHOP   GIFT IDEAS   RECIPES   CATALOG QUICK SHOP   REGISTRY

- New for Summer
- Features & Offers
- Bakeware
- Cooks' Tools
- Cookware
- Cutlery
- Dinnerware
- Electrics
- Flatware
- Food & Books
- Furnishings
- Glassware & Bar
- Home Keeping
- Linens
- Outdoor
- Sale

Father's Day Barbecue Menu

CBS 5-Minute Cooking School

*For Father's Day delivery, order by 9am (PST) June 15.*

ENTER YOUR EMAIL ADDRESS TO RECEIVE RECIPES AND SPECIAL OFFERS

[SUBMIT]


> Grill Tools Set of 4 $14.95


FATHER'S DAY GIFTS
Shop our selection of sure-to-please gifts just for Dad. Click here


> Williams-Sonoma Grill Tools $69.00

*New for Summer*    *For Outdoor*    *Gifts & Registry*

| OVER 200 NEW ITEMS | ON THE GRILL | MONOGRAMMED GIFTS |
|---|---|---|
|  ▸ See what's new for cooking and dining – indoors and out. |  ▸ Browse our new collection of teak-handled grilling tools. | ▸ Preview Dad's initials on our gift ideas. |
| INTRODUCING KIDS' COOKING | MARGARITA PARTY | WEDDING & GIFT REGISTRY |
|  ▸ View our selection of fun baking and cooking items for kids. |  ▸ Fresh new items for mixing and serving this favorite summer cocktail. |  ▸ Find, create or manage a registry. |

Williams-Sonoma, Inc. | Legal and Privacy Policy –Updated 5/06 | Site Map | Catalog Request | Store Locator
Customer Service | Business Sales | Visit Williams-Sonoma Home
For questions or assistance, call 24 hours a day! (877) 812-6235

http://ww5.williams-sonoma.com/ 6/9/2006 8:33:54 AM

NR-CORE208614

```
                            williams-sonoma-html
<html>
<head>
   <title>williams-Sonoma</title>
        <link rel="STYLESHEET" type="text/css"
href="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/i
mages/bld-20060523-005/html/css/wshomepage.css">
        <link rel="icon"
href="http://ww1.williams-sonoma.com/favicon.ico?sid=WSW14EESCRYXI45PPVH1CL3ULF9V4MU
H200606090533&src=hme" type="image/x-icon">
        <link rel="shortcut icon"
href="http://ww1.williams-sonoma.com/favicon.ico?sid=WSW14EESCRYXI45PPVH1CL3ULF9V4MU
H200606090533&src=hme" type="image/x-icon">


<link rel="icon"
href="http://ww1.williams-sonoma.com/favicon.ico?sid=WSW14EESCRYXI45PPVH1CL3ULF9V4MU
H200606090533&src=hme" type="image/x-icon">
<link rel="shortcut icon"
href="http://ww1.williams-sonoma.com/favicon.ico?sid=WSW14EESCRYXI45PPVH1CL3ULF9V4MU
H200606090533&src=hme" type="image/x-icon">
<script language="JavaScript">
<!--
function MM_findObj(n, d) { //v4.0
        var p,i,x;  if(!d) d=document;
if((p=n.indexOf("?"))>0&&parent.frames.length) {
    d=parent.frames[n.substring(p+1)].document; n=n.substring(0,p);
  }
  if(!(x=d[n])&&d.all) x=d.all[n]; for (i=0;!x&&i<d.forms.length;i++)
x=d.forms[i][n];
  for(i=0;!x&&d.layers&&i<d.layers.length;i++) x=MM_findObj(n,d.layers[i].document);
  if(!x && document.getElementById) x=document.getElementById(n); return x;
}

function MM_preloadImages() { //v3.0
        var d=document;
        if(d.images) {
                if(!d.MM_p) d.MM_p=new Array();
                   var i,j=d.MM_p.length,a=MM_preloadImages.arguments;
                for(i=0; i<a.length; i++)
                        if (a[i].indexOf("#")!=0) {
                                d.MM_p[j]=new Image; d.MM_p[j++].src=a[i];
                        }
        }
}

function MM_swapImgRestore() { //v3.0
        var i,x,a=document.MM_sr; for(i=0;a&&i<a.length&&(x=a[i])&&x.oSrc;i++)
x.src=x.oSrc;
}

<!--
function MM_reloadPage(init) {  //reloads the window if Nav4 resized
  if (init==true) with (navigator) {if
((appName=="Netscape")&&(parseInt(appVersion)==4)) {
    document.MM_pgW=innerWidth; document.MM_pgH=innerHeight; onresize=MM_reloadPage;
}}
  else if (innerWidth!=document.MM_pgW || innerHeight!=document.MM_pgH)
location.reload();
}
MM_reloadPage(true);
// -->

function MM_swapImage() { //v3.0
                                     Page 1
```

```
                                williams-sonoma-html
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/common/spacer.gif" width="1" height="1" alt="" border="0"><br>
                <a onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage
('navbasket','','http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com
/wsecimgs/images/bld-20060523-005/nav/txt_viewbasket_b.gif',1)"
href="http://ww1.williams-sonoma.com/sc/index.cfm?sid=WSW14EESCRYXI45PPVH1CL3ULF9V4M
UH200606090533&src=hme"><img
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/nav/txt_viewbasket_a.gif" name="navbasket" width="85"
height="13" alt="" border="0"></a><img
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/common/spacer.gif" width="7" height="1" alt="" border="0"><a
onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage
('navsignin','','http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com
/wsecimgs/images/bld-20060523-005/nav/txt_signin_1b.gif',1)"
href="http://ww1.williams-sonoma.com/prf/index.cfm?sid=WSW14EESCRYXI45PPVH1CL3ULF9V4
MUH200606090533&src=hme"><img
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/nav/txt_signin_1a.gif" width=45 height=13 alt="" border="0"
name="navsignin"></a><input type="image" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage
('navsearch','','http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com
/wsecimgs/images/bld-20060523-005/nav/txt_search_b.gif',1)"
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/nav/txt_search_a.gif" width="47" height="13" alt="Search"
border="0" name="navsearch"><br>
                <img
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/common/spacer.gif" width="1" height="7" alt=""
border="0"></td>
        <td width="129" nowrap valign="top"><img
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/common/spacer.gif" width="1" height="29" alt=""
border="0"><br>
                <input type="text" name="words" size="15" maxlength="100" value="
keyword or item #" onFocus="form.words.value='';" class="search"
style="width:129px"></td>
        <td width="5" nowrap valign="bottom"><img
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/common/spacer.gif" width="5" height="1" alt=""
border="0"></td>
        <td width="17" nowrap valign="bottom"><img
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/common/spacer.gif" width="1" height="1" alt="" border="0"><br>
                <input name="go" type="image"
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/nav/btn_go.gif" width=17 height=14 alt="" border="0"><br>
                <img
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/common/spacer.gif" width="1" height="6" alt=""
border="0"></td>
        <td width="5" nowrap valign="bottom"><img
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/bld-20060523-005/common/spacer.gif" width="5" height="1" alt=""
border="0"><script language="JavaScript1.1"
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/fixed/eluminate.js">resetVCPIVariables(document.url);</script><script
language="JavaScript1.1"
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/fixed/techprops.js"></script><script language="JavaScript1.1"
src="http://a1412.g.akamai.net/7/1412/243/0080/image1.styleinamerica.com/wsecimgs/im
ages/fixed/cmdatatagutils-homepage.js"></script><script
language="JavaScript1.1">cmReferrer =
                                     Page 3
```

NR-CORE208617

# EXHIBIT 7
## REDACTED IN ITS ENTIRETY

# EXHIBIT 8
## REDACTED IN ITS ENTIRETY

# EXHIBIT 9
## REDACTED IN ITS ENTIRETY

# EXHIBIT 10

## REDACTED IN ITS ENTIRETY

# EXHIBIT 11

## REDACTED IN ITS ENTIRETY