IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETRATINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-314-GMS |
| v. | ) | |
| | ) | |
| COREMETRICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Suma Sanakkayala, Esquire of Brown Raysman Millstein Felder & Steiner LLP, 900 Third Avenue, New York, NY 10022 caused copies of NetRatings, Inc.'s Responses and Objections to Coremetrics, Inc.'s Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to be served on June 5, 2006 on the following counsel of record in the manner indicated:

**BY U.S. MAIL**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**BY U.S. MAIL AND FACSIMILE**

Nitin Subhedar, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
Facsimile: (650) 324-0638

DB01:2084283.1                                                                                          064271.1001

Matthew C. Lapple, Esquire
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Facsimile: (858) 587-5953

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 23, 2006 upon the following counsel of record in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Nitin Subheder, Esquire
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

Matthew C. Lapple, Esquire
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
  FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, NY 10022
Telephone: (212) 895-2000

/s/ *Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
kkeller@ycst.com
Attorneys for NetRatings, Inc.

Dated: June 23, 2006