## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

NETRATINGS, INC.,
                            :

               Plaintiff,     :     Civil Action No. 05-cv-314-GMS

                            :

     vs.
                            :

COREMETRICS, INC.,
                            :

              Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION AND ORDER

Plaintiff NetRatings, Inc. ("NetRatings") and Defendant Coremetrics, Inc. ("Coremetrics"), by and through their undersigned counsel, hereby stipulate, subject to the approval of the Court, to the following:

WHEREAS, the parties entered into a Scheduling Order that was so ordered by the Court on October 12, 2005;

WHEREAS, among other things, the Scheduling Order provides that opening expert reports shall be served on opposing counsel on or before June 30, 2006, and further provides that responsive expert reports shall be served on opposing counsel on or before July 21, 2006; and

WHEREAS, NetRatings and Coremetrics wish to extend the aforementioned deadlines for service of expert reports as provided herein with the understanding that such extensions shall not form the basis for any extensions of other deadlines set forth in the Scheduling Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.     the date by which opening expert reports are to be served on opposing

counsel is extended from June 30, 2006 to July 31, 2006;

      2.    the date by which rebuttal expert reports are to be served on opposing

counsel is extended from July 21, 2006 to August 18, 2006; and

      3.    the extensions contained in items #1 and #2 above shall not form the basis

for any extensions of other deadlines set forth in the Scheduling Order.


AGREED TO AND ACCEPTED:

Dated:  Wilmington, Delaware
      June 27, 2006

*Counsel for NetRatings, Inc.*
YOUNG CONAWAY STARGATT &
TAYLOR, LLP

By: _/s/ Karen E. Keller_____
    John W. Shaw (No. 3362)
    Karen E. Keller (No. 4489)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253
    kkeller@ycst.com

*Counsel for Coremetrics, Inc.*
ASHBY & GEDDES

By: ___/s/ John G. Day_____
    John G. Day (No. 2403)
    222 Delaware Avenue
    P.O. Box 1150
    Wilmington, DE 19899
    Telephone:  (302) 654-1888
    Facsimile:  (302) 654-2067
    jday@ashby-geddes.com


SO ORDERED this _____ day of  June, 2006


                              _____
                              United States District Court Judge