IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
------------------------------ x
                                :
NETRATINGS, INC.,               :
                                :
              Plaintiff,        :
                                :
      v.                        :      Civil Action No. 05-314-GMS
                                :
COREMETRICS, INC.,              :
                                :
              Defendant.        :
                                :
------------------------------ x
```

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Karine Louis to represent Plaintiff NetRatings, Inc. in this matter.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (# 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600

Dated: July 13, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Karine Louis is granted.

Date: July ___, 2006

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 **will be paid** to the Clerk of Court.

_____
Karine Louis
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900
klouis@brownraysman.com

Date: July 13, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on July 13, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on July 13, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

> **BY E-MAIL**
>
> Robert T. Haslam, Esquire
> Heller & Ehrman LLP
> 275 Middlefield Rd.
> Menlo Park, CA 94025

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Karen E. Keller
> Karen E. Keller (No. 4489)
> kkeller@ycst.com
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899
> Telephone: (302) 571-6600