IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., | ) |
|         Plaintiff, | ) |
| v. | ) C.A. No. 05-314-GMS |
| COREMETRICS, INC., | ) |
|         Defendant. | ) |

## STIPULATION AND ORDER

WHEREAS the parties have filed their opening and answering letter briefs seeking leave to file summary judgment motions;

WHEREAS paragraph 8 of the Scheduling Order in this matter (D.I. 16) provides for the filing of reply summary judgment letter briefs on or before June 16, 2006;

WHEREAS on June 13, 2006 the Court ordered that the *Markman* Hearing in the above matter was rescheduled for July 6, 2006 and the summary judgment teleconference was rescheduled for September 6, 2006;

WHEREAS on June 16, 2006 the Court entered a stipulation extending the time for the parties to file their reply summary judgment letter briefs until August 21, 2006 which was expected to be after a *Markman* ruling;

WHEREAS the Court on August 2, 2006 ordered additional briefing on claim construction issues and therefore a ruling has not yet been entered; and

WHEREAS the parties believe that extension of the scheduled deadline for submission of reply summary judgment letter briefs would be in the best interest of the Court and the parties

because it would permit the parties to submit reply letter briefs that incorporate the Court's claim construction rulings;

IT IS HEREBY STIPULATED by and among plaintiff NetRatings, Inc. and defendant Coremetrics, Inc., subject to the approval and order of the Court, that

1) paragraph 8 of the Scheduling Order shall be amended to extend the deadline for submission of reply summary judgment letter briefs to September 8, 2006; and

2) the summary judgment teleconference shall be rescheduled for _____ at __:___ __.m.

All other dates in the Scheduling Order shall remain unchanged.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Karen E. Keller* | /s/ *Tiffany Geyer Lydon* |
| Josy W. Ingersoll (I.D. #1088) | Steven J. Balick (I.D. #2114) |
| John W. Shaw (I.D. #3362) | John G. Day (I.D. #2403) |
| Karen E. Keller (I.D. #4489) | Tiffany Geyer Lydon (I.D. #3950) |
| The Brandywine Building | Lauren E. Maguire (I.D. #4261) |
| 1000 West Street, 17th Floor | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE  19899 | P.O. Box 1150 |
| (302) 571-6600 | Wilmington, Delaware  19899 |
|  | (302) 654-1888 |
| *Attorneys for Plaintiff NetRatings, Inc.* | *Attorneys for Defendant Coremetrics, Inc.* |

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge