IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------ x
NETRATINGS, INC.,              :
                               :
            Plaintiff,         :
                               :  Civil Action No. 05-314-GMS
     v.                        :
                               :
COREMETRICS, INC.,             :
                               :
            Defendant.         :
                               :
------------------------------ x
```

**NOTICE OF CHANGE OF FIRM AFFILIATION
OF *PRO HAC VICE* COUNSEL**

PLEASE TAKE NOTICE of the change of firm affiliation for the below-listed counsel admitted *pro hac vice* on June 22, 2005 (*see* D.I. 5) and July 13, 2006 (*see* D.I. 119) to represent the plaintiff, NetRatings, Inc., in this matter:

>Seth H. Ostrow, Esq.
>SOstrow@dreierllp.com
>Arianna Frankl, Esq.
>AFrankl@dreierllp.com
>Karine Louis, Esq.
>KLouis@dreierllp.com
>Dreier LLP
>499 Park Avenue
>New York, New York 10022
>Telephone: (212) 328-6100
>Facsimile: (212) 328-6101

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
kkeller@ycst.com

OF COUNSEL:

DREIER LLP
Seth H. Ostrow (SO 9605)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101


BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Frederick L. Whitmer
Jeffrey P. Weingart
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900


Attorneys for NetRatings, Inc.

Dated: September 13, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on September 13, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany G. Lydon, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE  19801

I further certify that on September 13, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL**

>Nitin Subhedar, Esquire
>Heller Ehrman LLP
>275 Middlefield Rd.
>Menlo Park, CA 94025

>Matthew C. Lapple, Esquire
>Heller Ehrman LLP
>4350 La Jolla Village Drive, 7th Floor
>San Diego, CA  92122-1246

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Karen E. Keller*
>Karen E. Keller (No. 4489)
>kkeller@ycst.com
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899
>Telephone: (302) 571-6600

DB01:1964167.1                                                                                                                  064271.1001