IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
NETRATINGS, INC.,                                         :
                                                          :
                Plaintiff,                                :
                                                          :   Civil Action No. 05-314-GMS
        v.                                                :
                                                          :
COREMETRICS, INC.,                                        :
                                                          :
                Defendant.                                :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL**

PLEASE TAKE NOTICE that Frederick L. Whitmer, Jeffrey P. Weingart and the law firm of Brown Raysman Millstein Felder & Steiner LLP withdraw from representing plaintiff NetRatings, Inc. in this matter.

Plaintiff NetRatings, Inc. will continue to be represented by John W. Shaw, Andrew A. Lundgren and Karen E. Keller of Young Conaway Stargatt & Taylor, LLP, and Seth H. Ostrow, Arianna Frankl and Karine Louis of Dreier LLP.

                          YOUNG CONAWAY STARGATT &
                            TAYLOR, LLP

                          /s/ *Karen E. Keller*
                          John W. Shaw (No. 3362)
                          Andrew A. Lundgren (No. 4429)
                          Karen E. Keller (No. 4489)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          P.O. Box 391
                          Wilmington, DE  19899
                          Telephone:  (302) 571-6600
                          kkeller@ycst.com

OF COUNSEL:

DREIER LLP
Seth H. Ostrow (*pro hac vice*)
Arianna Frankl (*pro hac vice*)
Karine Louis (*pro hac vice*)
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

Attorneys for NetRatings, Inc.

Dated: September 21, 2006

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, hereby certify that on September 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany G. Lydon, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE  19801

I further certify that on September 22, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on September 21, 2006, to be served on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Nitin Subhedar, Esquire
>Heller Ehrman LLP
>275 Middlefield Rd.
>Menlo Park, CA 94025

>Matthew C. Lapple, Esquire
>Heller Ehrman LLP
>4350 La Jolla Village Drive, 7th Floor
>San Diego, CA  92122-1246

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Karen E. Keller*
>Karen E. Keller (No. 4489)
>kkeller@ycst.com
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899
>Telephone: (302) 571-6600