IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., Plaintiff, | |
| v. | Civil Action No. 05-314-GMS |
| COREMETRICS, INC., Defendant. | |

**STIPULATION TO AMEND THE STIPULATED PROTECTIVE ORDER**

Plaintiff NetRatings, Inc. ("NetRatings"), through its counsel, and Defendant Coremetrics, Inc., through its counsel, hereby stipulate that Paragraph 11 of the Stipulated Protective Order entered on October 31, 2005 (D.I. 20) shall be amended to read as follows:

11. "Trial Counsel" as used herein, means <u>only</u>:

a. the attorneys and employees of Dreier LLP, Young Conaway Stargatt & Taylor, LLP and Brown Raysman Millstein Felder & Steiner LLP responsible for this litigation for NetRatings; and

b. the attorneys and employees of Heller Ehrman LLP and Ashby & Geddes responsible for this litigation for Coremetrics.

**SO STIPULATED:**

YOUNG CONAWAY
STARGATT & TAYLOR LLP

Karen E. Keller

Josy W. Ingersoll (I.D. #1088)
John W. Shaw (I.D. #3362)
Karen E. Keller (I.D. #4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
(302) 571-6600
kkeller@ycst.com

*Attorneys for Plaintiff NetRatings, Inc.*

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Defendant Coremetrics, Inc.*

**DATED:** October 11, 2006

**SO ORDERED:**

Dated: ____________________________

____________________________
United States District Court Judge

196771