IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETRATINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-314-GMS |
| | ) | |
| COREMETRICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, the parties to this case have reached an agreement to settle their disputes, and;

WHEREAS, the Court on August 2, 2006 issued an Order requesting further briefing from the parties on claim construction; and

WHEREAS, the parties settled their differences before the Court had the opportunity to consider the requested further briefing and issue its final conclusions and rulings thereon; and

WHEREAS, NetRatings, Inc. has a filed an unopposed motion requesting relief from the August 2, 2006 Order;

IT IS HEREBY ORDERED this _____ day of October, 2006, that the August 2, 2006 Order (D.I. 123) is hereby vacated.

_____
United States District Judge