IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
:
NETRATINGS, INC.,
:
              Plaintiff,
:
                                         :   Civil Action No. 05-314-GMS
  v.
:
COREMETRICS, INC.,
:
              Defendant.
:
:
------------------------------ x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, NetRatings, Inc., ("NetRatings"), by its counsel Drier, LLP and Young Conaway Stargatt & Taylor, LLP, and Defendant, Coremetrics, Inc., ("Coremetrics"), by its counsel, Heller Ehrman LLP and Ashby & Geddes, hereby stipulate that they have reached a confidential settlement of the dispute that is the subject matter of the above-referenced action (the "Action"). Based upon such settlement, and upon the consent and approval of NetRatings and Coremetrics as indicated herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.    The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

    2.    Each party shall bear its own costs and attorneys fees.

AGREED TO AND ACCEPTED:

| | |
|---|---|
| Date: October 31, 2006 | Date: October 31, 2006 |
| *Counsel for NetRatings, Inc.* | *Counsel for Coremetrics, Inc.* |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |

By: /s/ Karen E. Keller
    John W. Shaw (No. 3362)
    Karen E. Keller (No. 4489)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253
    kkeller@ycst.com

DREIER LLP

    Seth H. Ostrow
    Arianna Frankl
    Karine Louis
    499 Park Avenue
    New York, New York 10022
    Telephone: (212) 328-6100
    Facsimile: (212) 328-6101

By: /s/ Tiffany Geyer Lydon
    Steven J. Balick (No. 2114)
    John G. Day (No. 2403)
    Tiffany Geyer Lydon (No. 3950)
    222 Delaware Avenue
    P.O. Box 1150
    Wilmington, DE 19899
    Telephone: (302) 654-1888
    Facsimile: (302) 654-2067
    tlydon@ashby-geddes.com

HELLER EHRMAN LLP

    Robert Haslam
    275 Middlefield Road
    Menlo Park, California 94025-3506
    Telephone: (650) 324-7000
    Facsimile: (650) 324-0638

SO ORDERED:

Date _____

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE