OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 31, 2008

**John G. Day, Esq. or Lauren E. Maguire, Esq.**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: jday@ashby-geddes.com

Dear Counsel:         RE: **CA 05-314 GMS - Netratings, Inc. v. Coremetrics, Inc.**

    Pursuant to the Order entered on 1/31/2008, the following documents are herewith returned to you:

**ITEMS # 88, 113, and 128**

    A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____
Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: __1/31__

_____
Signature of Attorney or their representative