OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 31, 2008

**John W. Shaw, Esq. or Karen E. Keller, Esq.**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jshaw@ycst.com

Dear Counsel:    RE: **CA 05-314 GMS - Netratings, Inc. v. Coremetrics, Inc.**

Pursuant to the Order entered on 1/31/2008, the following documents are herewith returned to you:

**ITEMS # 87 and 112**

A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____

Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: 1/31

_____
Signature of Attorney or their representative